UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.O., by his parent and next friend,<br>CLAUDIA PABO,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　Defendants. | Civil Action No.  07-1863 (JDB) |

## ORDER

Defendants have now answered plaintiffs' complaint brought under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 et seq.  The Court has reviewed the complaint and the answer in this case.  The parties raise grounds for summary judgment but have not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than November 30, 2007, a proposed schedule for the filing of the administrative record and dispositive motions.  In the event the parties cannot agree, separate proposals shall be filed by that date.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   November 15, 2007