**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CLAUDIA PABO,
parent and next friend of O.O.,

      Plaintiff,

       v.                       Civil Action No. 07-cv-1863

THE DISTRICT OF COLUMBIA

      Defendants.

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of November 15, 2007, the parties have conferred and

hereby request that the Court impose the following briefing schedule:

| | | |
|---|---|---|
| 1/11/2008 | - | Deadline for filing Administrative Record |
| 2/8/2008 | - | Deadline for Plaintiffs' Motion for Summary Judgment |
| 3/7/2008 | - | Deadline for Defendants' Combine Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| 3/21/2008 | - | Deadline for Plaintiffs' Combine Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| 4/4/2008 | - | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment |

Wherefore, the parties respectfully request that the Court issue its Order in conformity

with this request.

Respectfully submitted,

/s/ (filed electronically)
Michael J. Eig        #912733
MICHAEL J. EIG AND ASSOCIATES, P.C.

5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs

   /s/ (filed electronically)
Veronica Porter        #412273
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

Counsel for Defendants

2