UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

O.O., by his parent and next friend,
CLAUDIA PABO,

Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.,

Defendants.

Civil Action No. 07-1863 (JDB)

## SCHEDULING ORDER

Upon consideration of [6] the parties jointly proposed briefing schedule, it is hereby

**ORDERED** that the following schedule shall govern the proceedings in this matter:

1. The administrative record shall be filed by not later than January 11, 2008.

2. Plaintiffs' motion for summary judgment shall be filed by not later than February 8, 2008.

3. Defendants' response and cross-motion for summary judgment shall be filed by not later than March 27, 2008.

4. Plaintiffs' reply in support of their motion for summary judgment and response to defendants' cross-motion for summary judgment shall be filed by not later than March 21, 2008.

5. Defendants' reply in support of their motion for summary judgment shall be filed by not later than April 4, 2008.

/s/
JOHN D. BATES
United States District Judge

Dated:   November 30, 2007