**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882

# CLASSROOM OBSERVATION

**NAME:** O▮ O▮▮▮  
**DATE OF BIRTH:** ▮▮▮93  
**AGE:** 13.4 years  
**GENDER:** Male  
**GRADE:** Fifth  
**SCHOOL:** Our Lady of Victory  

**DATE OF REPORT:** 7/10/06  
**OBSERVER:** Denise White-Jennings, Ph.D.  
**TITLE:** Clinical Psychologist  
**LIC/CERT:** NCSP  

**Date of Observation:**

**5/25/06**

**Reason for Referral:**

O▮ was referred for evaluation due to concerns about his immaturity and need for intensive monitoring in order to complete assignments or participate in class. He is reported to struggle socially, having difficulty with peers and teachers. His parents are reported to spend an inordinate amount of time with him on homework and getting organized. He has a diagnosis of ADHD and is on medication. His school expresses concern that there are other issues that they do not have the resources to address, particularly as he moves into middle school. He was noted to lack motivation and to often refuse to complete class assignments independently but especially avoids group work. He has difficulty following instructions and needs frequent one to one attention. He is often off task, playing with things in his desk or doing other things. He is reported to have a pattern of pushing others buttons and is sent to the principal more than others in the class. He also goes to the school nurse to avoid certain (science and music) classes. Weaknesses were noted in understanding verbal directions, spelling, completing written work, organizing sentences and ideas into meaningful paragraphs, memory, retention of information over time, motivation, self-control, frustration tolerance, consistency in performance, interpreting social cues, making and keeping friends, accepting responsibility for his behaviors, getting along with adults, sudden changes in mood throughout the day, beginning a task, maintaining attention, having work and materials, organization, completing tasks, distractibility, overactive, study habits, and following school

1

rules. Strenghts were seen in understanding spoken language, expressing thoughts and ideas, speaking vocabulary, letter/word recognition, word attack skills, number concepts, basic operations, addition, subtractions, voice quality, discriminating letter symbols and sounds, and attendance. He was noted to be unusually shy or withdrawn, easily influenced by others and under active.

Neuropsychological evaluation (5/3/06, Federici, Psy.D.) found O⬛ intellectual abilities to fall within the low average-borderline range with clear indications of 'general suppression" due to his attentional and concentration problems in addition to global neuropsychologically based processing deficits in both auditory and visual spheres. He was noted to display language comprehension and auditory processing impairments in addition to weaknesses in clarity in oral expression. He was also noted to have major weaknesses related to a nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory as well as visual scanning, tracking and sequencing. Dr. Federici concluded that "while O⬛ certainly has ADHD, he has major (overlapping) psychological and cognitive issues. He definitely has issues with anxiety, frustration, in addition to becoming very easily angry and confused. There is a great deal of situation stress going on within the family which contributes to his difficulties." Diagnostic impressions were Cognitive Disorder NOS, Mixed Receptive-Expressive Language Disorder, Learning Disorder NOS, Mathematics Disorder, Disorder of Written Language, Developmental Reading Disorder, Attention Deficit Hyperactivity Disorder, Adjustment Disorder of Childhood with Mixed Emotional Features, and Post Traumatic Stress Disorder. Recommendations included "full individualized educational program with categorization as Multiply handicapped/multiply disabled/other health impaired (neurologically impaired based on Fetal Alcohol Spectrum Disorder), Speech and Language impaired, Nonverbal learning disorder, Multiple learning disabilities (reading, writing, and math – dyslexia), and ADHD; speech and language therapy, occupational therapy, and intensive learning disability remediation.

O⬛ teacher indicated that this has been a tough year for O⬛. He is old for the grade. He was supposed to go into 6th but was retained in 5th. At the beginning of the year he didn't make any attempt to relate to other students. He now plays with the boys a bit but prefers to be alone. On the playground he sometimes walks or runs the perimeter and sometimes he hops into a game of tag. He is very resistant to group work, although this past week he seemed to be making more effort to work with a group. He has also been more on task whereas before he had to be refocused constantly. Organization is a big problem. He has to have constant reminders and external organization. He sometimes gets goofy. He often complains about feeling tired. She indicated that this is partly avoidance and that he also gets sick to avoid tasks. He has been on crutches three times and it was unclear if this was a real need or a bid for attention and/or sympathy with a classmate who had an injury. O⬛ has had incidents of violence in the past and been suspended. He has made threats and has made sexualized comments (told girl she was sexy). His teacher noted that he has older siblings and may pick up things from them. He is not hostile but is preoccupied with police. He had a list and was keeping data on the teachers such as where they live. He has an agenda and wants to do what he wants to do. He tries to get his way. He has gotten better at accepting it when he doesn't get his own way. Before he would get so mad he would shut down. At times he would clench and unclench his fists. He also clenches and releases his fists when he is upset with peers.  He seems overly reliant on his mother for help with homework and when given assignments and will often say "I'll do that with my mother". At one time the teacher would send work home that he refused to do in school but has more recently begun to "require" him to do the work in class.  He is struggling in Science (D) because he does not get one on one support and that teacher does not send unfinished assignments home. O⬛ reads fluently, is well spoken and knowledgeable but he

doesn't volunteer much. He is not motivated to work. He plays with objects in his desk and if doing so sometimes will not respond. He can be reminded many times to get back on task and he won't do it or will do it for a minute and then go back off task. He can be extremely stubborn and at times gets "sick" when he can't do what he wants. He does better with things that get quick results like math and in resource room he responds more. O█ is on medication (Concerta) and his dosage was recently lowered due to concerns about toxicity.

**Behavior Observations:**

O█ was observed in his classroom. The class was involved in working on a project – making a mobil representing the three branches of government. O█ worked diligently on his project. He copied information from the board in a large messy print. He worked quietly and was focus on his project in the midst of a "lively" class. To help the students prepare for an upcoming science test the teacher suggested that they prepare by quizzing each other. O█ continued to work on his mobile. When the teacher offered to quiz him herself he stated that he and his mother had studied a lot. He added that he "either got an A or thought it". When O█ finished the drawings for his mobile he gave himself a little cheer. He began balancing a pencil on his head. When told to put away his project he ran to do so. The lights were accidentally turned off and O█ screamed. He walked across the room and tripped over several things. He next balanced a book on his head. He was reminded to get his supplies for the next class and prepare to leave. He said goodbye to the teacher and left running for science.

O█ was also observed in Science following the test. He was seated in the front of the class. He commented that he answered every test. After completing the test he drew in his plan book. The teacher reviewed the test. O█ did not raise his hand to respond and when called upon he did not know the answer to one question but was later able to respond correctly. The class was given pixie sticks candy as a treat. As the class left the science room, O█ was observed to twirl and bang into wall as he went back to class.

In the class he was hitting himself on the head with a book and with a hanger that he was to use to string up his mobile. O█ talked to himself as he returned to work on the project. He sought the teacher's input at every step of the lining up and stringing up the parts of the mobile. A classmate offered him some extra tape which O█ accepted and then added "Don't put any lip gloss on it, that wouldn't be good." He made several relevant comments to a group of classmates but failed to get their attention. As he finished the project he jumped around saying "I'm done, done, done. Hallelujah and calling to the teacher. He made a comment about wanting his favorite color. Another student attempted to engage him by talking about his favorite color but O█ did not notice. He was engaged in making admiring comments to himself about his project – "this is the best project in town". He began running from spot to spot, twirling on his knees, making noises until redirected by teacher to prepare for the end of the day. He continued to fidget, crawl on the floor until told to relax and put his head on the desk. He commented that he was tired and that it was time to go home and go to sleep. He commented that he was going to spend all of summer vacation reading. He laid on the floor next to his book bag. He commented that he wondered when the pixie stick was going to wear off.

**Educational Implications:**

O█ is a 13 year old student in the 5th grade who has been diagnosed with Cognitive Disorder NOS, Mixed Receptive-Expressive Language Disorder, Learning Disorder NOS, Mathematics Disorder, Disorder of Written Language, Developmental Reading Disorder, Attention Deficit Hyperactivity Disorder, Adjustment Disorder of Childhood with Mixed Emotional Features, and Post Traumatic Stress Disorder. O█ is in need of intensive special education services. Such services should include individualized instruction, behavior management, crisis intervention plan, individual and group psychosocial services, and medication monitoring. Speech and Language and Occupational services have also been recommended.

Denise White-Jennings, Ph.D.
Clinical Psychologist, DCPS
NCSP



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS**
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-671-1285
www.k12.dc.us

## Speech and Language Evaluation Report

NAME: O███, O████        I.D.#: 9051483
D.O.B: ████/9              C.A.:13.3
D.O.E.: 05/15/06          D.O.R.: 05/18/06
Home School: John Eaton Elementary School
Attending School:  Our Lady of Victory Catholic School
Grade: Fifth
Language In Home: English
Examiner: Leslie J. Charles, M.S.
                 Speech-Language Pathologist

## REASON FOR REFERRAL

O███ O████, a 13 year old Caucasian male, was referred to the CARE Center for a speech and language evaluation as part of multidisciplinary evaluation to determine eligibility for special education services. It was reported that O███ "…is having serious academic problems." (Parent Interview/Questionnaire, 4/26/06)

## BACKGROUND INFORMATION/RECORD REVIEW

O██ is the adopted son of Claudia Pabo and Charles Oliver. Birth history is unknown; O██ spent the first five years of life in a Russian orphanage. After age five, it was reported that O██ had "…earaches that interfered with his hearing". Visual problems were also reported. O██ is currently taking 36 mg. of Concerta twice a day to address Attention Deficit Disorder. His general heath is reported as being "good".

O██ is described by his parents as being outgoing, mechanical, athletic, and musical He is also described as a child who demonstrates symptoms of ADD such as a short attention span, a lack of motivation, poor organization skills, and one who lacks self control and has difficulty making friends.

Reportedly O███ does well when working one-to-one.   Auditory memory is reported to be an area of strength. O██ is a "…very charming and engaging

child" who is "...affectionate, lively, curious, enthusiastic" and has a sense of humor.

A neuropsychological evaluation was administered by Dr. Ronald S. Federici of Neuropsychological and Family Therapy associates, P.C. on May 3, 2006. In his summary, Dr. Federici reports that "...O█ definitely displays language comprehension and auditory processing impairments in addition to weaknesses in clarity an oral expression." He also states that "O█ has major weaknesses related to nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory visual scanning, tracking, and sequencing."

Results of assessments measuring O█ language skills, as assessed by Dr. Federici, were as follows:

Weschler Intelligence Scale for Children-Fourth Edition
    Verbal Comprehension          SS=83 (Low Average)
        Similarities              SS=9
        Vocabulary                SS=8
        Comprehension             SS=4
        (Information              SS=6)
        (Word Reasoning)          SS=5)

Test of Nonverbal Intelligence-Third Edition
        Quotient                  80 (Low Average)

Test of Adolescent and Adult Language-3 (TOAL-3)
        General Language          SS=74
        Listening                 SS=73
        Speaking                  SS=97
        Spoken Language           SS=83
        Vocabulary                SS=75
        Grammar                   SS=75
        Receptive Language        SS=72
        Expressive Language       SS=78

Weschler Individual Achievement Test – Second Edition (WIAT-2)
    Oral Language
        Listening Comprehension   SS=82
        Oral Expression           SS=88
        Composite Standard Score  SS=82

Test of Auditory-Perceptual Skills: Upper Level (TAPS:UL)
    Auditory Perceptual Quotient  SS=92
        Auditory Number Memory
            Forward               SS=116

---

Children First

|                              |        |
|------------------------------|--------|
| Reversed                     | SS=85  |
| Auditory Sentence Memory     |        |
|                              | SS=95  |
| Auditory Word Memory         | SS=115 |
| Auditory Interpretation      |        |
| of Directions                | SS=92  |
| Auditory Word Discrimination |        |
|                              | SS=82  |
| Auditory Processing          | SS=74  |

Dr. Federici states in his report that "O███ overall speech and language…were below age and grade level…" and that his "…overall intellectual abilities are most clearly within the below average range."

During O███ speech and language assessment for this evaluation, O██ stated to this diagnostician that he had been recently assessed by Dr. Federici and that the assessment "…took all day." He reported that he had to take his lunch and that he was very tired when he finished the testing. Considering O███ previously diagnosed ADHD, and a statement in Dr. Federici's report that "O██ displayed attention deficit hyperactivity disorder patterns although he was very manageable off medication. He was definitely overactive and impulsive and needed a great deal of redirection and structure", Dr. Federici's test scores may not accurately reflect the O███ true potential.

The assessments for this evaluation report were administered while O██ was on medication. He entered the evaluation setting readily and was quite friendly, cooperative, and verbal. He spoke about school and family and used appropriate eye contact. He asked questions and requested repetition of questions when he was unsure of what was being asked. The evaluation period lasted approximately 2 hours.

## ASSESSMENT PROTOCOLS

Record Review
Comprehensive Receptive and Expressive Vocabulary Test – 2 (CREVT-2)
Clinical Evaluation of Language Fundamentals-4 (CELF-4)

## TEST RESULTS AND INTERPRETATION

The Comprehensive Receptive and Expressive Vocabulary Test –2 was administered. Oral vocabulary is the collection of words that a person has available for use in conversation. Two important aspects of oral vocabulary are the receptive ability to understand words spoken by others (commonly referred to as listening comprehension or decoding) and the expressive ability to use words

---

in one's own speech (commonly referred to as meaningful speech or encoding). O█ was able to demonstrate the following vocabulary skills:

|  | Receptive Vocabulary | Expressive Vocabulary | General Vocabulary |
|---|---|---|---|
| Raw Score | 46 | 17 | 169 |
| Standard Score | 86 | 83 | 81 |
| Percentile Rank | 18 | 13 | 10 |
| Descriptor | Below Average | Below Average | Below Average |

Results of the vocabulary tests reveal O█ expressive and receptive vocabulary skills to be in the "below average" range.

The CELF – 4 was administered to assess O█ language functioning. This test is designed to assist in the determination of eligibility for language services, to identify linguistic strengths and weaknesses, and to provide performance-based assessment with a strong relationship to educational objectives and the curriculum.

| Subtest Scores (Mean=10, Standard Deviation =3) | | | |
|---|---|---|---|
| Subtest | Scaled Score | Percentile Rank | Descriptor |
| Recalling Sentences | 10 | 50 | Average |
| Formulated Sentences | 9 | 37 | Average |
| Word Classes – Receptive | 10 | 50 | Average |
| Word Classes-Expressive | 11 | 63 | Average |
| Word Classes-Total | 10 | 50 | Average |
| Word Definitions | 9 | 37 | Average |
| Semantic Relationships | 6 | 9 | Below Average |
| Understanding Spoken Paragraphs | 10 | 50 | Average |

| Core and Index Scores (Mean=100, Standard Deviation =15) | | |
|---|---|---|
| | Standard Score | Percentile Rank | |
| Core Language Score | 97 | 42 | Average |
| Receptive Language Index | 92 | 30 | Average |
| Expressive Language Index | 99 | 47 | Average |
| Language Memory Index | 90 | 25 | Average |

**Core Language Score**

---

Children First

O███ was administered four subtests of the CELF-4 from which the Core Language score was derived. This score is considered to be the most representative measure of O███ language skills and provides an easy and reliable way to quantify the student's overall language performance. For O███ Core Language score, the following subtests were administered:

- Recalling Sentences
- Formulated Sentences
- Word Classes – 2 Total
- Word Definitions

O███ received a Core Language score of 97. This places O███ in the "average" range of functioning.

## Receptive Language Index

The Receptive Language Index is a measure of O███ performance on subtests designed to probe receptive aspects of language. For O███ Receptive Language Index, the following subtests were administered:

- Word Classes – 2 Receptive
- Understanding Spoken Paragraphs
- Semantic Relationships

O███ received a Receptive Language Index of 92 placing his skills in the "average" range of functioning.

## Expressive Language Index

The Expressive Language Index is a measure of O███ performance on subtests designed to probe expressive aspects of language. For O███ Expressive Language Index the following subtests were administered.

- Word Structure 2-Expressive
- Recalling Sentences
- Formulated Sentences

O███ received an Expressive Language Index or 99 placing his skills in the "average" range of functioning.

## Subtest Scores

The *Recalling Sentences* subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. This task is associated with tasks such as writing from dictation, taking notes, remembering the teacher's instructions, and copying from the chalkboard. O███ received a **scaled score of 10** on the Recalling Sentences subtest. This score is in the "average" range.

The *Formulated Sentences* subtest is used to evaluate the ability to formulate compound and complex sentences when given grammatical constraints. The

student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. O█████ **scaled score of 9** indicates that he has no difficulties in the generative language aspects related to planning and producing sentences for conversation, classroom discourse, academic interactions, and written language.

The *Word Classes 2* subtest is used to evaluate the student's ability to understand relationships between words that share a variety of functional and conceptual relationships. O████ **scaled score of 10** indicates he can associate related words automatically and efficiently. Adequate ability to perceive relationships in the meaning of words and form word associations is essential for classroom listening and reading comprehension.

The *Word Definitions* subtest is used to evaluate the student's expressive vocabulary. The student is orally presented a word, followed by an introductory sentence that includes the word. The student is then asked to define the word using descriptive language. O████ received a **scaled score of 10** on the Word Definitions subtest demonstrating age appropriate skills.

The *Understanding Spoken Paragraphs* subtest is used to evaluate the student's ability to understand information presented in spoken paragraphs. The student answers questions about a paragraph presented orally. The questions probe the student's understanding of the paragraph's main idea, detail and sequence of events, and the student's ability to make inferences and predictions from the information presented.    O████ received a **scaled score of 10** on the *Understanding Spoken* Paragraphs subtest.

The *Semantic Relationships* subtest is used to evaluate the ability to identify different semantic relationships in sentences. After listening to a sentence, the student selects the two correct choices from four visually presented options. O████ received a **scaled score of 6** on the Semantic Relationships subtest. This score is in the "below average" range. O████ demonstrated difficulty answering questions with spatial (above/on), temporal, sequential (before/after), and passive relationships.


O█████ articulation, voice and fluency are appropriate for his gender, age, and linguistic environment.


## SUMMARY

O█ O████ was referred to the CARE Center for a speech and language evaluation as part of multidisciplinary evaluation to determine eligibility for special education services due to reported difficulty academically.

O███ was adopted at age 5 and his early birth and medical history is unknown. O███ has had earaches that interfered with his hearing and visual problems were also reported. O███ is currently taking 36 mg. of Concerta twice a day to address Attention Deficit Disorder. His general heath is reported as being "good".

A neuropsychological evaluation was administered by Dr. Ronald S. Federici who stated "O████ overall speech and language…were below age and grade level…" and that his "…overall intellectual abilities are most clearly within the below average range." Due to the fact that O███, who has been taking medications for his previously diagnosed A.D.H.D., was assessed without prescribed medications and was administered a wealth of assessments in one day, Dr. Federici's test scores may not accurately reflect the O████ true potential.

Results of assessments administered revealed O████ expressive and receptive vocabulary skills to be in the "below average" range. Language was assessed and revealed O███ core (general), expressive, receptive, and language memory skills to be within the average range. O███ demonstrated weakness in the area of semantic relationships.  O███ articulation, voice, fluency and pragmatic language skills were appropriate for his age, gender and linguistic environment.


## RECOMMENDATIONS

Results of assessment protocols reveal O████ speech and language skills to be within normal limits. Scores received do not qualify him for services under IDEA and Chapter 30. O████ weakness in the area of semantic relationships can be addressed in the classroom curriculum.

*Leslie J. Charles*

Leslie J. Charles, M.S.
Speech-Language Pathologist
D.C. Public Schools



# Neuropsychological & Family Therapy Associates, P.C.

*Forensic, Psychological, and Neuropsychological Evaluations*
*Child, Adolescent and Adult Psychiatry*
*Individual, Family, and Couples Psychotherapy*

**Clinic Director**
Ronald S. Federici, Psy.D.

**Manager**
Kathleen R. Tucker

**Clinical Neuropsychology**
Ronald S. Federici, Psy.D.
William D. Ling, Ph.D.

**Neurobehavioral Therapists**
Nadya Molina, M.Ed.
Leslie Smith, M.Ed., BCBA

**Clinical Psychotherapy**
Nicole Cornthwaite, L.M.F.T.

**Auditory Processing/Speech
Language/Audiology**
Dr. Jay Lucker

**Research Specialist**
Dr. Deanna Linville

**Administrative Assistant**
Anya Shambat

**OFFICE**

400 South Washington Street
at 620 Wolfe Street
Alexandria, Virginia 22314
(703) 548-0721

FAX: (703) 836-8995

DRFEDERICI@AOL.COM

www.DRFEDERICI.com

## REPORT OF NEUROPSYCHOLOGICAL EVALUATION

Name of Patient:          O▮▮O▮▮

Date of Birth:            ▮▮▮▮▮▮, 1993

Date of Examination:      May 3, 2006

## TESTS ADMINISTERED:

Diagnostic Clinical Interview
Wechsler Intelligence Scale for Children - Fourth Edition (WISC-IV)
Test of Nonverbal Intelligence- Third Edition
Test of Visual-Perceptual Skills (Non-Motor): Upper Level
Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI)
Test of Adolescent and Adult Language- Third Edition
Wide Range Achievement Test - III (WRAT-3)
Wechsler Individual Achievement Test - Second Edition (WIAT-II)
Test of Auditory-Perceptual Skills: Upper Level
California Verbal Learning Test for Children (CVLT-C)
Wide Range Assessment of Memory and Learning
Children's Category Test
House-Tree-Person Projective Drawings (HTP)
Kinetic Family Drawing (KFD)
Rorschach Psychodiagnostic Test
Thematic Apperception Test
Reynold's Anxiety Scale
Reynold's Depression Scale
Reynold's Suicide Scale
Multiscore Depression Inventory
Family Sentence Completion Series
Child Neuropsychological History
Conners' Rating Scales for Attention Deficit Hyperactivity Disorder
Attention Deficit Hyperactivity Disorder Test
Differential Test of Conduct and Emotional Problems
Achenbach Child Behavior Checklist
Sensory Profile


May 3, 2006
Page 2

## REASON FOR REFERRAL:

O⬛ O⬛ was referred for comprehensive neuropsychological evaluation upon the request of Dr. Patrick Mason, Chief of the International Adoption Clinic in Fairfax-Inova Hospital.

Additionally, parents were in need of an urgent psychological evaluation to assess O⬛ overall "psychological stability" prior to his return to his catholic school program where he has been placed on suspension pending professional evaluations.

## BACKGROUND INFORMATION:

O⬛ O⬛ is a 13 year, 1 month-old fifth grade student who attends Our Lady of Victory Catholic School in Washington, D.C. O⬛ resides at home with his two adoptive parents: Claudia Tabot, age 54, who is an attorney; and Charles Oliver, age 57, who is also an attorney. Parents have been separated since June of 2005.

O⬛ was adopted from an orphanage in Russia at the age of 5-years-old through New Families Foundation (adoption completed April, 1998).

The Olivers also have two other children who are also adopted: Christina, age 15, who was adopted from Russia at the age of 2½-years-old and has severe psychiatric difficulties in addition to severe learning disabilities and is at the Lab School of Washington, D.C.; and Victor, age 15, who was adopted from Russia at the age of 2½-years-old and has the diagnosis of attention deficit hyperactivity disorder in addition to small head circumference.

None of the three children are biologically related.

## REVIEW OF RECORDS:

In reviewing O⬛ overall medical and developmental records, he has significant psychosocial growth failure as he is below the first Percentile in terms of height, weight, and head circumference. O⬛ is apparently making slow progress and is being followed by a Pediatric Endocrinologist at Georgetown University Medical Center although the family was also referred to Dr. Patrick Mason who is a specialist in growth failure in internationally adopted children.

O⬛ also has a diagnosis of attention deficit hyperactivity disorder and is on 36 mg of Concerta twice per day to address attentional problems and impulsivity. Adderall has been tried in the past without significant positive results.

O█ O█████
May 3, 2006
Page 3

Parents report that an Individualized Educational Program and special education evaluations are pending through the D.C. Public Schools but parents were also advised that the current neuropsychological evaluation may expedite special education interventions.

O██ also has a history of speech and language therapy and has been receiving tutoring through the Sylvan Learning Center on a weekly basis.

## CURRENT SYMPTOMS:

In reviewing the Child Neuropsychological History Form along with the Parental Interview, O██ seems to be functioning within the average range in terms of grades in his school program although is weak in overall comprehension as well as showing weaknesses in both receptive and expressive language, particularly auditory processing. Parents also feel that O██ has weaknesses in understanding math concepts and major difficulties with attention, concentration, as well as general organizational deficits.

O██ works much better with a small teacher-student ratio as he requires a tremendous amount of attention and support in order to complete his work.

Parents also report that O██ shows some weaknesses in his fine-motor skills as his handwriting is very poor. There are also some indications that he may be ambidextrous.

O██ also has difficulties with visual-spatial abilities in addition to sensory integration problems as he is overly sensitive to touch and noise.

O██ parents report that he has many gaps in his memory, learning, and overall problem solving. Once again, he requires a great deal of structure and consistency in order to complete his tasks.

From a psychological perspective, O██ was dismissed from school as he apparently threatened to injure the other children by stating "I have guns and I will shoot them". O██ was showing some signs of threatening and paranoid behavior in addition to impulsivity and incessant chatter, particularly when he is off his medication. For these reasons, school officials requested a psychological evaluation prior to his re-admission at school. A conversation with his principal following the neuropsychological evaluation provided information that O██ would be able to attend school and was not in any position of harming himself or others.

O██ can be very friendly but there are definitely some needs for one-on-one attention as he tends to be somewhat indiscriminate, impulsive, and not always cooperative. O██ can also be somewhat destructive towards objects as he has had two episodes of vandalism outside of the home.

Parents have also reported mood swings, crying spells, irritability, in addition to having difficulties with dealing with same age peers. O██ is worse when his medications wear off.

O██ O█████
May 3, 2006
Page 4

## DEVELOPMENTAL HISTORY:

In reviewing O███ developmental history, Russian records indicated that the biological parents most likely abuse alcohol although accurate information is not completely known.

From birth, O██ was in two different placements. At 3 years-old, O██ was not speaking and was in an orphanage for a children who have mental retardation. O██ apparently learned to talk during that period of time.

When O██ was adopted at 5 year-old, he began at D.C. Public Schools and was in a preschool program in addition to receiving "English as a Second Language".

In kindergarten, O██ received some speech and language therapy to address pre-reading issues. In first grade, O██ showed more patterns of disruptive behaviors. In second, third, and fourth grade, O██ was having difficulties in completing his class work and was showing some processing deficits. O██ was also suspended on one occasion for taking a pocket knife to school.

O██ received a brief clinical psychological evaluation in third grade which indicated ADHD as he was having very poor work habits, impulsivity, and general disorganization.

O██ parents changed to a catholic school program in his fourth-fifth grade year as he was having difficulties in the public school setting. O██ repeated fifth grade as he was behind in many areas of academics.

## DIAGNOSTIC CLINICAL INTERVIEW/MENTAL STATUS EXAMINATION:

O██ presented with clear and consistent indications of physical and facial dysmorphology which is consistent with an alcohol related neurodevelopmental disorder. O██ displayed a degree of strabismus and he was also wearing glasses. O██ displayed somewhat wide-set eyes, psychosocial growth failure, in addition to unusual ear formations as well as significant neurocognitive and neuropsychiatric difficulties which are consistent with alcohol related neurodevelopmental disorders. O██ growth parameters are well below the 5th percentile with very small head circumference which certainly confirms FAS spectrum disorder.

O██ displayed attention deficit hyperactivity disorder patterns although he was very manageable off medication. He was definitely overactive and impulsive and needed a great deal of redirection and structure.

O██ displayed indiscriminate behaviors as he was very attached to examiner without really knowing the whole process. O██ did not ask for his parents at any level but there were definitely times that he was whining and being very immature and became very fatigued.

732

O█ O█████
May 3, 2006
Page 5

O███ speech and language indicated weaknesses in both receptive and expressive areas. There was global indications of learning weaknesses.

## NEUROPSYCHOLOGICAL FUNCTIONING:

The following tables are a summary of O████ scaled scores on the Wechsler Intelligence Scale for Children - Fourth Edition; Test of Nonverbal Intelligence- Third Edition; Test of Visual-Perceptual Skills (Non-Motor) : Upper Level; Beery-Buktenica Developmental Test of Visual-Motor Integration; Test of Adolescent and Adult Language- Third Edition; Wide Range Achievement Test - Third Edition; Wechsler Individual Achievement Test- Second Edition; Test of Auditory-Perceptual Skills: Upper Level; California Verbal Learning Test for Children; Wide Range Assessment of Memory and Learning; and the Children's Category Test:



**May 3, 2006**
**Page 6**

| WECHSLER INTELLIGENCE SCALE FOR CHILDREN - FOURTH EDITION | | | |
|---|---|---|---|

| **Verbal Comprehension** | | **Perceptual Reasoning** | |
|---|---|---|---|
| Similarities | 9 | Block Design | 8 |
| Vocabulary | 8 | Picture Concepts | 3 |
| Comprehension | 4 | Matrix Reasoning | 5 |
| (Information | 6) | (Picture Completion | 5) |
| (Word Reasoning | 5) | | |
| **Working Memory** | | **Processing Speed** | |
| Digit Span | 10 | Coding | 7 |
| Letter-Number Sequencing | 4 | Symbol Search | 7 |
| (Arithmetic | 4) | (Cancellation | 6) |

| | Score | Percentile | Range |
|---|---|---|---|
| Verbal Comprehension | 83 | 13 | Low Average |
| Perceptual Reasoning | 71 | 3 | Borderline |
| Working Memory | 83 | 13 | Low Average |
| Processing Speed | 83 | 13 | Low Average |
| Full Scale IQ Score | 74 | 4 | Borderline |

---

## TEST OF NONVERBAL INTELLIGENCE- THIRD EDITION

| | |
|---|---|
| TONI-3 Quotient | 80 |
| Percentile | 9 (Low Average Range) |

O█ O█████
May 3, 2006
Page 7

## TEST OF VISUAL-PERCEPTUAL SKILLS (NONMOTOR: UPPER LEVEL)

| Subtests | Standard Scores | Scaled Scores |
|---|---|---|
| Visual Discrimination | 76 | 5 |
| Visual Memory | 73 | 5 |
| Visual-Spatial Relations | 86 | 7 |
| Visual Form Constancy | 88 | 8 |
| Visual Sequential Memory | 79 | 6 |
| Visual Figure Ground | 76 | 5 |
| Visual Closure | 83 | 7 |
| Visual Perceptual Quotient | 65 | |
| Percentile | 1 | Deficient Range |

NOTE: Average Standard Score = 100/Average Scaled Score = 10

---

## BEERY-BUKTENICA DEVELOPMENTAL
## TEST OF VISUAL-MOTOR INTEGRATION   (VMI)

| | VMI | Visual | Motor |
|---|---|---|---|
| Standard Scores | 109 (High Average Range) | 106 (Mid Average Range) | 104 (Mid Average Range) |
| Scaled Scores | 12 | 11 | 11 |
| Percentiles | 73 | 65 | 61 |
| Age Scores | 14 yr., 0 mo. | 14 yr., 2 mo. | 15 yr., 6 mo. |



May 3, 2006
Page 8

## TEST OF ADOLESCENT AND ADULT LANGUAGE - 3 (TOAL-3)

| Subtests | Standard Score | Percentile |
|---|---|---|
| Listening Vocabulary | 7 | 16 |
| Listening Grammar | 4 | 2 |
| Speaking Vocabulary | 7 | 16 |
| Speaking Grammar | 12 | 15 |
| Reading Vocabulary | 8 | 25 |
| Reading Grammar | 4 | 2 |
| Writing Vocabulary | 3 | 1 |
| Writing Grammar | 5 | 5 |

| Composites | Quotients | Percentiles |
|---|---|---|
| General Language | 74 | 4 Below Average Range |
| Listening | 73 | 3 Below Average Range |
| Speaking | 97 | 42 Average Range |
| Reading | 76 | 5 Below Average Range |
| Writing | 64 | 1 Below Average Range |
| Spoken Language | 83 | 13 Low Average Range |
| Writing Language | 67 | 1 Below Average Range |
| Vocabulary | 75 | 5 Below Average Range |
| Grammar | 75 | 5 Below Average Range |
| Receptive Language | 72 | 3 Below Average Range |
| Expressive Language | 78 | 7 Below Average Range |

---

## WIDE RANGE ACHIEVEMENT TEST - III (WRAT-III)

| | Standard Score | Percentile | Grade Score |
|---|---|---|---|
| Reading | 97 | 42 | Seventh Grade |
| Spelling | 95 | 37 | Sixth Grade |
| Arithmetic | 71 | 3 | Fourth Grade |



May 3, 2006
Page 9

## WECHSLER INDIVIDUAL ACHIEVEMENT TEST - SECOND EDITION (WIAT-2)

### (Scored on Age-Based Norms)

| Subtests | Standard Score | Percentile | Age Equivalent | Grade Equivalent |
|---|---|---|---|---|
| **Reading** | | | | |
| Word Reading | 85 | Low Average Range | 10:4 | 5:3 |
| Reading Comprehension | 72 | Below Average Range | 11:0 | 5:8 |
| Pseudoword Decoding | 79 | Below Average Range | 8:8 | 2:2 |
| Composite Standard Score | 77 | Below Average Range | | |
| Percentile | 6 | | | |
| **Mathematics** | | | | |
| Numerical Operations | 79 | Below Average Range | 10:4 | 4:7 |
| Math Reasoning | 66 | Below Average Range | 8:8 | 3:5 |
| Composite Standard Score | 70 | Below Average Range | | |
| Percentile | 2 | | | |
| **Written Language** | | | | |
| Spelling | 78 | Below Average Range | 9:0 | 3:5 |
| Written Expression | 72 | Below Average Range | 8:4 | 3:0 |
| Composite Standard Score | 73 | Below Average Range | | |
| Percentile | 4 | | | |
| **Oral Language** | | | | |
| Listening Comprehension | 82 | Low Average Range | 9:4 | 4:2 |
| Oral Expression | 88 | Low Average Range | 8:4 | 3:8 |
| Composite Standard Score | 82 | Low Average Range | | |
| Percentile | 12 | | | |
| Total Composite | 73 | Below Average Range | | |
| Percentile | 4 | | | |

O█ O█████
**May 3, 2006**
**Page 10**

### TEST OF AUDITORY-PERCEPTUAL SKILLS: UPPER LEVEL (TAPS: UL)

| Subtests | Standard Scores | Scaled Scores | Percentile Ranks | Stanines |
|---|---|---|---|---|
| Auditory Number Memory | | | | |
|     Forward | 116 | 13 | 86 | 7 |
|     Reversed | 85 | 7 | 16 | 3 |
| Auditory Sentence Memory | 95 | 9 | 37 | 4 |
| Auditory Word Memory | 115 | 13 | 84 | 7 |
| Auditory Interpretation of Directions | 92 | 8 | 30 | 4 |
| Auditory Word Discrimination | 82 | 6 | 12 | 3 |
| Auditory Processing | 74 | 5 | 4 | 2 |
| Auditory Perceptual Quotient | 92 | | | |
| Percentile | 29 | (Average Range) | | |

**NOTE: Average Standard Score = 100/Average Scaled Score = 10**


May 3, 2006
Page 11

### CALIFORNIA VERBAL LEARNING TEST FOR CHILDREN (CVLT- C)

| Level of Recall | Scaled Scores |
|---|---|
| List A Total Trial 1-5 | 23 |
| List A Trial 1 Free Recall | -1.5 |
| List A Trial 5 Free Recall | -2.0 |
| List B Free Recall | -2.5 |
| List B Free Recall vs. List A Trial 1 Free Recall | -1.0 |
| List A Short-Delayed Free Recall | -2.0 |
| Short-Delayed Free Recall vs. List A Trial 5 | -0.5 |
| List A Short-Delayed Cued Recall | -2.0 |
| List A Long-Delayed Free Recall | -2.5 |
| Long-Delayed Free Recall vs. Short-Delayed Free Recall | -0.5 |
| List A Long-Delayed Cued Recall | -2.0 |

---

### WIDE RANGE ASSESSMENT OF MEMORY AND LEARNING (WRAML)

| Subtests | Index | Percentile | |
|---|---|---|---|
| Verbal Memory Index | 85 | 16 | (Low Average Range) |
| Visual Memory Index | 79 | 8 | (Below Average Range) |
| Learning Index | 73 | 4 | (Below Average Range) |
| General Memory Index | 74 | 4 | (Below Average Range) |

O█ O█
May 3, 2006
Page 12

## CHILDREN'S CATEGORY TEST

Standard Score          83
Percentile              13          Low Average Range

---

## INTELLECTUAL-COGNITIVE FUNCTIONING:

As a general summary statement, O█ is functioning generally within the low average-borderline range of intelligence based on the cross-validating Wechsler Intelligence Scale for Children - Fourth Edition and the language/culture free Test of Nonverbal Intelligence- Third Edition. It is very clear that O█ displays a "general suppression" in his overall intellectual-cognitive abilities which is a very common pattern in children who have alcohol related neurodevelopmental disorders impacting receptive and expressive language in addition to visual-spatial and perceptual organizational skills. It is also clear that O█ displays indications of an attention deficit hyperactivity disorder pattern although he displays more indications of classic neuropsychologically based processing deficits impacting overall attention, memory, learning, and overall academic performance.

Furthermore, O█ overall speech and language and general academics were below age and grade level and indicative of multisensory neuropsychologically based learning and processing deficits. O█ is struggling to maintain age and grade level skills.

Furthermore, overlapping psychological/emotional issues such as anxiety and mood fluctuations combined with heightened irritability further contribute to O█ suppression and inconsistencies on intellectual testing.

Further evaluation of O█ performance on the Wechsler Intelligence Scale for Children- Fourth Edition indicates weaknesses in language comprehension, auditory processing, and general verbal reasoning. O█ tends to be very concrete and primitive in his logic when dealing with more complex auditory comprehension tasks. O█ has the ability to use simple categorization in addition to recalling basic general factual information and vocabulary word knowledge but is somewhat disorganized in dealing with more complex language based tasks.

O█ performance scores also indicate a great deal of variability. O█ performs much better with dealing "hands on" visual-spatial abilities such as block designs whereas he is very weak in visual

O█ O████
May 3, 2006
Page 13

attention and visual perceptual organizational skills.

O█ was very confused and disorganized when dealing with any type of visual attention and visual organizational tasks and was also very slow and labored in terms of visual perceptual processing speed.

In summary, O███ 12-point discrepancy between measured verbal and performance sections in addition to a moderate degree of variability between subtests scores clearly indicates a general suppression in his intellectual abilities which is directly related to global neuropsychological deficits.

In contrast, O██ performed within the low average range on the Test of Nonverbal Intelligence-Third Edition. O██ was able to complete basic visual attention and visual learning tasks but his overall intellectual abilities are most clearly within the below average range. Once again, there are certainly "suppressive factors" lowering his optimal abilities which may be slightly higher within the low average range but O██ has many areas of neuropsychological "struggle" which will continue to impact his overall academics.

## ATTENTION SPAN, CONCENTRATION, AND LEVEL OF HYPERACTIVITY:

O██ has a diagnosis of ADHD and is on 72 mg of Concerta which is a very high dose. O██ is showing more signs of "rebound effects" in addition to irritability when his medication wears off.

Updated Conners' Rating Scales yielded the following scores:

|  |  |
|---|---|
| Conduct Disorder | T-score = 72 |
| Anxious-Shy | T-score = 75 |
| Restless-Disorganized | T-score = 69 |
| Learning Problems | T-score = 69 |
| Psychosomatic | T-score = 71 |
| Obsessive-Compulsive | T-score = 67 |
| Antisocial | T-score = 74 |
| Hyperactive-Immature | T-score = 74 |

**NOTE: T-Scores above 65 = clinical problems**

There is no question that O██ displays ADHD characteristics in addition to conduct and emotional problems. He is grossly inattentive, distractible, with a high level of overactivity and impulsivity. O██ can also be very immature, anxious, and childlike with very poor judgement and reasoning as he just does not take the time to "think situations through".



May 3, 2006
Page 14

Parents also report a great deal of conduct and emotional problems on Differential Test of Conduct and Emotional Problems. O█ has fears, worried, immaturities, in addition to generally poor judgement.

On the cross-validating Attention Deficit Hyperactivity Disorder Test, Oleg obtains a score of 130 which indicates a very high probability of significant ADHD. O█ displays gross inattention and distractibility which interferes with his ability to focus and complete his tasks in a timely and efficient manner. He is also very impulsive as he does not wait his turn which interferes with his ability to follow rules and regulations.

O█ is also grossly hyperactive, impulsive, and often "on the go". Parents have reported that he is very hyperactive off his medication.

O█ teachers (in conversation on the phone) have also reported that he is very inattentive and distractible with classic ADHD patterns.

**FINE- AND GROSS-MOTOR COORDINATION/SENSORY PERCEPTUAL ABILITIES:**

O█ displays many indications of vestibular and proprioceptive weaknesses. He has difficulties with tactile, taste, and movement sensitivity in addition to processing multisensory tasks.

O█ also becomes very easily overstimulated and disorganized with general difficulties in self-control/self-regulation. He can become very emotional, anxious, and insecure in addition to acting childlike and not always taking responsibility for his actions.

On the other hand, parents report that O█ is a very kind and sensitive youth who provides a great deal of positive interaction with his family.

**VISUAL-SPATIAL/PERCEPTUAL MOTOR FUNCTIONING:**

O█ definitely displays weaknesses in both motor and non-motor based visual perceptual processing. Oleg showed significant weaknesses in visual discrimination, visual-spatial relations, visual figure ground, visual memory/visual sequential memory, in addition to rapid visual scanning, tracking, and sequencing. In contrast, O█ seems to perform much better when given "hands on" visual learning tasks such as block design patterns. It is very common for children who have visual perceptual processing disorders to struggle in higher level academic areas, particularly reading style, rate, comprehension, spelling/written language, and overall mathematics. In O█ specific case, it is clear that he may have the most difficulties when dealing with any type of academic tasks which requires a high level of visual attention to details; visual memory processing and consolidation, in addition to retrieval.

O█ O█████
May 3, 2006
Page 15


O█████performance on measures of visual motor integration were generally within the average range which, again, indicates that he is a much stronger "hands on visual learner".

In contrast, O██was more disorganized when trying to complete the Rey-Osterreith Complex Figure which is a more unstructured visual-motor task. His impulsivity most certainly contributed to his difficulties.

## RECEPTIVE AND EXPRESSIVE LANGUAGE:

O███has a history of speech and language difficulties even though his parents were informed that he was speaking "adequate Russian language" at the time of adoption. It was most certainly evident that O███may have had a degree of psychosocial "regression" in his language development as he was in an institution for children who had mental handicaps.

O████current performance on the Test of Adolescent and Adult Language- Third Edition indicates a moderately severe language disorder involving both receptive and expressive areas. O██definitely displays major problems in auditory comprehension/auditory processing, verbal reasoning, auditory conceptualization, short-term memory, in addition to sound-word discrimination and basic phonemic awareness and analysis.

Additionally, O███ shows weaknesses in oral expressive skills, particularly semantic-pragmatic-syntactical expression. While O███can certainly communicate, he is not always clear and connected in his oral expressive skills.

## READING AND READING COMPREHENSION:

Overall, O███definitely displays a developmental reading disorder even though he is on or near 4th-5th grade level. O███ is able to complete basic graphic and phonemic word attack and decoding strategies but still has some difficulties with multi-syllabic word attack and decoding patterns. It is still difficult for O███to rapidly and consistently analyze multi-syllabic words into their natural auditory units and sound out and blend the component letters and syllables of a word.

O██has difficulties with visual scanning, tracking, and sequencing which further slows down his overall reading abilities and, primarily, comprehension skills. O██ is able to remember general concepts but "misses many details" which is a hallmark characteristic in children who have nonverbal learning disorders in addition to language disorders impacting overall reading and reading comprehension.

O█ O████
May 3, 2006
Page 16

## SPELLING/WRITTEN LANGUAGE:

O████ spelling and written language abilities are also very classically dyslexic and indicative of a learning disability profile. O████ misspellings are characterized by phonetically inaccurate attempts which include such errors as extraneous letters, omitted syllables, auditory discrimination errors, syllable reversals, and letter-order errors.

Furthermore, O████ expressive writing abilities were very haphazard and disorganized as he struggled in putting his thoughts and ideas and relating them in a logical and cohesive written format.

In summary, O████ definitely displays indications of a "dyslexic pattern" based on his general language organizational disorder combined with visual perceptual processing weaknesses impacting reading and writing.

## MATHEMATICS REASONING/NUMERICAL OPERATIONS:

O██ definitely displays a prominent learning disability in overall mathematics. O██ just does not understand the sequence of steps or directionality or general language of mathematics.

His overall language weaknesses impact his comprehension in addition to his nonverbal learning disorder impacting his overall visual organization and visual learning skills. O██ is able to complete basic multiplication and some division problems but he is generally careless and disorganized in his overall logic, reasoning, and problem solving.

## MEMORY AND LEARNING:

Overall, O██ displays inconsistencies and inefficiencies in both auditory and visual memory and learning. O██ becomes very easily "overloaded" when trying to "sort out" volumes of lengthy and sequential material.

Even when information is broken down into small and manageable sections with consistent repetition, O██ still has difficulties in efficiently learning and processing information.

O██ shows equal weaknesses in both auditory and visual memory and learning with slightly more problems evident in visual attention and visual perceptual processing.

In summary, O████ attentional and concentrational difficulties are certainly a factor although he displays classic neuropsychologically based learning deficits.

O██ O████
May 3, 2006
Page 17

## HIGHER LEVEL FRONTAL LOBE-EXECUTIVE FUNCTIONING:

O██ fell within the low average range on the Children's Category Test. While he showed no major indications of executive dysfunction which is certainly a positive sign, he still has difficulties with planning, organization, sequencing, in addition to categorization and being efficient in his overall "problem solving".

## PSYCHOLOGICAL FUNCTIONING:

O██ has recently engaged in inappropriate behavior at school in which he apparently threatened other children with bodily harm. Parents have also reported that O██ can become very anxious and easily frustrated in addition to some times quite immature in his social skills.

Psychological testing indicates that O██ is a very anxious, easily frustrated, confused, and impulsive youth. He has very low self-esteem and feels sometimes very helpless, hopeless, in addition to being prone towards depression.

Furthermore, O██ has a great deal of stress and frustration due to the changing family situation (parents separation) and, combined with his neuropsychological deficits which impact his ability to consistently thinking logically and rationally, O██ may act out in a very impulsive manner.

O██ responses to the Rorschach and Thematic Apperception Tests were filled with angry, irritable, and very needy and insecure themes. It is very clear that O██ has had <u>significant</u> early childhood disruption in his overall attachment as he can be very sad, confused, and "lost" in which he may act out for attention. O██ also very immature problem solving strategies.

O██ Self-Report Inventories reveal his own assessment that he is often very depressed, unhappy, and insecure. He reports that he frequently feels helpless and hopeless and there are deep signs of despondency and depression in addition to feelings that his life is "falling apart" and he is <u>very sad</u> regarding the conflict and tensions within his family system.

O█ O█████
May 3, 2006
Page 18

## DIAGNOSTIC IMPRESSIONS:

AXIS I     1.    Cognitive Disorder Not Otherwise Specified (Alcohol Related Neurodevelopmental Disorder/Static Encephalopathy/Minimal Brain Dysfunction)

           2.    Mixed Receptive-Expressive Language Disorder (Weaknesses in Language Comprehension/Auditory Processing and Oral Expressive Skills, Particularly Semantic-Pragmatic-Syntactical Expression)

           3.    Learning Disorder Not Otherwise Specified (Significant Nonverbal Learning Disorder/Visual Perceptual Processing Disorder)

           4.    Mathematics Disorder

           5.    Disorder of Written Expression

           6.    Developmental Reading Disorder

           7.    Attention Deficit Hyperactivity Disorder Not Otherwise Specified (ADHD Secondary to Multi-Sensory Neuropsychological Deficits)

           8.    Adjustment Disorder of Childhood with Mixed Emotional Features (Anxiety, Depression, and Periodic Disturbance of Conduct)

           9.    Post-Traumatic Stress Disorder (Early Childhood Institutionalization)

AXIS II    Low Average- Borderline Intellectual Functioning

AXIS III    Psychosocial Growth Failure Secondary to Fetal Alcohol Spectrum Disorder

O█ O█████
May 3, 2006
Page 19

## SUMMARY AND RECOMMENDATIONS:

O█ O████ is a 13 year, 1 month-old fifth grade student (repeating) who presents with a very complex neuropsychological profile consistent with an alcohol related neurodevelopmental disorder.

O████ intellectual abilities fall within the low average-borderline range although there are clear indications of "general suppression" due to his attentional and concentrational problems in addition to global neuropsychologically based processing deficits in both auditory and visual spheres.

Specifically, O███ definitely displays language comprehension and auditory processing impairments in addition to weaknesses in clarity in oral expression. While O███ can certainly "communicate", he can sometimes chatter incessantly and be rambling, fragmented, and somewhat disjointed. Additionally, O███ has major weaknesses related to a nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory as well as visual scanning, tracking, and sequencing.

It is very common for children who have multisensory neuropsychologically based processing and attentional deficits related to fetal alcohol syndromes to develop a classic "dyslexic disorder". The principal definition of neuropsychologically based dyslexia is a multiple learning disability syndrome characterized by problems in receptive and expressive language, oral and written language, with overall problems emerging in the areas of reading, spelling, writing, speaking, listening, and mathematics. Dyslexic children typically have differences in the structure and function of the brain due to auditory and visual processing problems.

Discussion with O████ principal indicates that he is "falling behind" and has major academic struggles which confirms the diagnosis of multiple learning difficulties.

While O███ certainly has ADHD, he has major (overlapping) psychological and cognitive issues. O███ definitely has difficulties with anxiety, frustration, in addition to becoming very easily angry and confused. There is a great deal of situational stress going on within the family which contributes to his difficulties.

The following are treatment recommendations:

1.    A copy of O████ report is being made available to his parents to share with the appropriate school officials in the D.C. Public Schools as well as private catholic schools.

2.    Based on the neuropsychological evaluation, O███ definitely requires a full "Individualized Educational Program" with "categorization" in the following areas:



**May 3, 2006**
**Page 20**

> A.    Multiply handicapped/multiply disabled/other health impaired (neurologically impaired based on Fetal Alcohol Spectrum Disorder).
>
> B.    Speech and language impaired.
>
> C.    Nonverbal learning disorder.
>
> D.    Multiple learning disabilities (reading, writing, and math— dyslexia).
>
> E.    ADHD.

3.    Based on the neuropsychological evaluation, O▇definitely requires Special Education support in the following areas:

> A.    Speech and, primarily, language therapy a minimum of 2-3 hours per week. Emphasis needs to be improving O▇ overall auditory comprehension and processing and expressive skills, particularly organizing semantic-pragmatic language.
>
> B.    Occupational therapy to address nonverbal learning deficits and organizational problems related to ADHD. Occupational therapy should be a minimum of 2 hours per week.
>
> C.    Intensive learning disability remediation is highly recommended a minimum of 5 hours per week. O▇has the ability to improve but definitely requires a great deal of individualized instruction.

4.    O▇ learning disabilities are directly related to neurological/neuropsychological deficits impacting brain behavior relationships and subsequent academic skills. Therefore, it is imperative that he be immediately considered for supportive Special Education services.

5.    The following catalogs would also be extremely beneficial in providing remedial material:

> A.    "Lingui Systems" at www.linguisystems.com.
>
> B.    "Remedia Publications" (available by calling 1-800-826-4740).
>
> C.    "Exclusively LD" (available by calling 1-800-776-4332).
>
> D.    "Reading Specialist" (available by calling 1-800-776-4332).



May 3, 2006
Page 21

     E.    "Reading and Language Arts" (available at www.linguisystems.com).

     F.    "Critical Thinking Books and Software" (available by calling 1-800-458-4849 or on the web at www.criticalthinking.com).

     G.    "The Source for Nonverbal Learning Disorders" by Sue Thompson (available by calling 1-800-776-4332).

All of these books and catalogs have excellent remedial material which would be very helpful to O█.

6.    O█ would also benefit by interventions for auditory processing deficits and disorders.

The Earobics Program available through Cognitive Concepts at www.cogcon.com or by calling 1-888-328-8199 would also be very beneficial.

Additionally, the book by Dorothy Kelly entitled "Cental Auditory Processing Disorders" would be very beneficial in working with O█.

7.    The Lindamood-Bell Programs which are available in the D.C. would be very beneficial in providing general language remediation.

O█ should be considered for a summer school program.

8.    It would be very important to develop a strong "behavioral plan". The family definitely requires Applied Behavioral Analysis and verbal behavior therapy to work on a concrete and specific behavioral plan for O█ as well as his overall family. The importance of parental consistency and structure is highly recommended.

9.    Attached to this current neuropsychological evaluation is a list of 25 recommendations to address attentional and information processing deficits.

Additionally, there are another two pages of recommendations to address specific attentional concerns.

10.    O█ should followed by Dr. Patrick Mason who is an expert in Pediatric Endocrinology for children from other countries. It is clear that O█ has significant psychosocial growth failure.

11.    A review of O█ visual-oculomotor abilities is necessary. O█ clearly has ongoing strabismus and there are definite problems with visual scanning, tracking, and


May 3, 2006
Page 22

convergence. Therefore, parents should consult with his ophthalmologist as well as a Developmental-Behavioral Optometrist (Dr. Christopher Renner) at 703-578-3600.

12.     As this Board Certified Neuropsychologist also has Board Certifications in Advanced Clinical Psychopharmacology, the following recommendations are offered:

O▮, is on 72 mg of Concerta which has caused some appetite suppression and may also contribute to suppression in his overall growth patterns due to the fact that he may not be eating as he should. Additionally, O▮ shows definite "rebound effects".

While O▮ certainly requires some stimulants, it would be better to keep it to a minimal level, possibly no more than 36 mg in the morning.

It would be also appropriate to consider a low dose of Risperdal as an adjunct to Concerta or as a replacement. The side effect of Risperdal is slight "weight gain" which would be very beneficial and may also help reduce some of O▮ overall anxiety and impulsivity in addition to agitation.

13.     It should also be noted that a great deal of O▮ ADHD symptoms are directly related to his current anxiety and frustration in addition to situational stress within the family. This is an area that requires psychological interventions.

14.     Re-evaluation neuropsychologically every two years is recommended.

Ronald S. Federici, Psy.D.
Clinic Director
Clinical Neuropsychologist
Diplomate-American Board of Professional Neuropsychology (ABPN)
Diplomate-American Board of Medical Psychotherapists (ABMP)
Fellow in Advanced Clinical Psychopharmacology (FACAAP)
Diplomate-American Board of Disability Analysts (ABDA)
Fellow-American College of Professional Neuropsychology

RSF/ep

# NEUROPSYCHOLOGICAL and FAMILY THERAPY ASSOCIATES, P.C.

Dr. Ronald Steven Federici

400 South Washington St., Alexandria  VA  22314

(703) 548-0721  Phone   (703) 836-8995  Fax

## FAMILY and SCHOOL ACCOMMODATIONS for CHILDREN with ATTENTIONAL, AUDITORY and/or VISUAL-PERCEPTUAL PROCESSING DISORDERS

1.  Classroom placement is very important.  Child should be seated centrally in the class and away from as many distractions as possible such as windows, doorways, other noisy students, heating or air conditioning, pencil sharpeners or any other type of distraction.

2.  It is very important for parents and teachers to gain the child's undivided attention before giving any type of instructions or directions.  Speaking slowly and clearly without over-exaggerating speech will be helpful in addition to giving directions in a logical and time-ordered sequence with words which make the sequence clear such as "first", "next" and "finally".

3.  Gaining undivided attention can also be obtained by calling the child's name or a gentle touch/nonverbal reinforcer, which will serve to alert the child and to focus attention upon the classroom activity.

4.  It is also very important to continually check comprehension by asking the child for a brief summary after key ideas have been presented in order to make certain he/she understands.  Paraphrasing instructions and information in shorter and simpler sentences rather than only by repeating will be helpful.

5.  The child should be encouraged to ask questions for additional clarification.

6.  It is also very important to emphasize key words when speaking or writing, especially when presenting new information.  Brief instructions with emphasis on the main idea being presented may also be effective.

7.  Use gestures that will help clarify information in addition to varying the loudness of the voice to increase attention may also be beneficial.

8.  It will also be very helpful for the child with an attentional disorder to sit next to a student who has very good attention and focus.

9.  It is very important to shorten assignments or work periods to coincide with span of attention.  Using a timer, which can break down tasks into small and manageable sections with specific time limits, such as 15 minutes, will also be very beneficial.

10.  It is important to give assignments one at a time to avoid work overload and also reduce the general amount of in-class and at-home material or break it down into very small segments in order to prevent the child from feeling overloaded.

**Page 2**

11.    It is very important for children with attentional problems to be on a daily and weekly set of goals and objectives, which clearly list out and/or post all of their requirements.  For example, a daily and weekly "planner" and a notebook, which can be coordinated between parents and teachers, is recommended.  This way, the child will be able to review specific requirements, goals and objectives.

12.    It is also very important to provide consistent and concrete examples and specific steps in order to accomplish each task.  It is also very important to make certain that parents and teachers give one direction at a time and prioritize assignments and activities.

13.    It is important to continually address messiness and organizational skills.  In addition to a daily, weekly and monthly assignment sheet, parents and teachers should list out all materials needed daily in a consistent format in which homework needs to be turned in. Frequent checks and reward points for homework and appropriate behaviors should be done throughout the day at regular intervals (approximately 15-30 minutes).

14.    It is very important to provide auditory and visual cues at all times as children with attentional problems have difficulties with visual attention.  Therefore, it is very important to carefully explain in a concrete and direct manner all of the goals and objectives in addition to providing additional visual handouts which can summarize classroom activities and requirements.

15.    It is very important to continually teach the child with an attentional disorder "there is a place for everything and everything belongs in its place".  Frequent checks/rechecks on a daily and weekly basis need to be done in addition to continual positive reinforcement for organizational skills, adherence to time constraints and appropriate task completion.

16.    It is very important for parents and teachers to practice with an attentional-disordered child to continually "look at me while I talk and watch my eyes while I speak".

17.    It is very important for children with attentional disorders to sit in close proximity to teachers and parents when completing tasks so visual and physical and monitoring of behaviors can be done.  Also, consistently state in a calm and rational manner the behaviors that need to be completed.

18.    It may also be very helpful to have a small note-card with specific goals and objectives taped to the child's desk such as eyes forward, sitting down, pay attention, and, complete task on time.  This may be one way for the teacher to nonverbally redirect the child by pointing to the note-card when the child with an attentional problem appears to be off task.

19.    A contract or "level system" which can be implemented at home will be very beneficial. While it is certainly acknowledged that children with attentional problems have difficulties with consistency and self-control, they need to learn to be taught to strive for betterment/improvement and keep track of daily and weekly academic behavior, home behavior, task completion, attention and concentration, self-control, motivation and general attitude.  It should be <u>emphasized</u> that there is most always a correlation (connection) between a child anxiety, motivation and general emotional development and the amount of attentional and concentrational difficulties that are presented.

**Page 3**

20.   Organizational rules need to be emphasized as part of the family contract.

21.   It is also very important for parents and teachers to have regular desk checks and checks for notebook neatness with training and redirection if problems surface.

22.   It may also be very important to allow additional time to complete timed in-class examinations or standardized tests as this will give a better measure of abilities. Additionally, a proctor can also be helpful in addition to allowing the child with an attentional disorder to complete their test in a quiet setting.

23.   Children with attentional disorders need a great deal of visual aides and cues which can be posted around the home and in their room.  This will keep them on-task and continually remind them of daily and weekly goals and objectives.  It is very important for parents to write out instructions and requirements.

24.   It is also very important for parents and teachers to recognize times that a child with an attentional problem can become fatigued and frustrated and require time for alternate movements such as stretching or standing in the back of the class.

25.   It is very important for continual praise and reinforcement for self-control, positive attention and motivation.  It is also very important to ignore minor inappropriate behaviors or disruptions, and to use appropriate discipline, time outs or positive reprimands as opposed to lectures or criticism.  It is extremely important to continually attend to any type of positive behaviors in order to shape appropriate responses.

### ADHD Accommodation Plan for Teaching

Interventions for improving attention

- Seat student in a quiet area
- Seat student near a good role model
- Seat student near a "study buddy"
- Increase distance between desks
- Seat student away from distracting stimuli (for example, air conditioner, high traffic areas, etc.)
- Allow extra time to complete assigned work
- Shorten assignments or work periods to coincide with span of child's attention (a timer may be used)
- Break long assignments into smaller parts so that the student can see an end to work
- Give assignments one at a time to avoid work overload
- Develop a checklist of important steps to help the student self-monitor their progress and provide cues when a step has been missed
- Pair written instructions with oral instructions
- Provide peer assistance in note taking
- Give clear, concise instructions
- Increase saliency of lesson to student
- Look at student when talking
- Seek to involve student in lesson presentation
- Provide written outline of lesson
- Pair students to check work
- Cue student to stay on task, e.g., private signal

Interventions to reduce impulsivity

- Ignore minor, inappropriate behavior
- Increase immediacy of rewards and consequences
- Use time-out procedure for misbehavior
- Supervise closely during transition times
- Use "prudent" reprimands for misbehavior (i.e., avoid lecturing or criticism)
- Attend to positive behavior with complements, etc.
- Acknowledge positive behavior of nearby student
- Seat student near good role model or near teacher
- Set up behavior contracts
- Instruct student in self-monitoring of behavior, i.e., hand raising, calling out
- Call on only when hand is raised in appropriate manner
- Ignore student who calls out without raising hand
- Praise student when hand raised to answer question
- Implement classroom behavior management system
- Implement home-school token economy

Interventions for decreasing excessive motor activity

- When appropriate, allow student to stand wile working
- Provide opportunity for breaks that get the child out of their seat, i.e., run errands, etc.
- Provide short break between assignments
- Supervise closely during transition times
- Remind student to check over work product if performance is rushed and careless

Page 2

### Interventions for improving written work

- If written language is weak accept non-written forms for reports (i.e., displays, oral, projects), accept use of typewriter, word processor, tape recorder, do not assign large quantities of written work; test with multiple choice or fill-in questions; instruction in "brain storming" to generate ideas

### Interventions for increasing organization and planning

- Allow student to tape record assignment or homework
- Write main points on board in lesson presentation
- Use visual aids in lesson presentation
- Ask for parental help in encouraging organization, i.e., routines for homework, check if student has needed work each morning, help organize materials
- Provide rules for getting organized
- Encourage students to have notebook with dividers and folders for work
- Provide student with homework assignment book
- Supervise writing down of homework assignments
- Check homework daily
- Send daily/weekly progress reports home
- Regularly check desk and notebook for neatness, encourage neatness rather than penalize sloppiness
- Allow student to have extra set of books at home
- Provide peer assistance with organization skills
- Give assignments one at a time to avoid confusion
- Assist student in setting short-term goals in completing assignments
- Do not penalize for poor handwriting if visual-motor deficits or organizational deficits are present

### Interventions for improving mood

- Provide reassurance and encouragement
- Frequently compliment positive behavior and work product
- Speak softly and in a non-threatening manner if student shows nervousness
- Review instructions when giving new assignments to make sure the student comprehends the directions
- Look for opportunities for the student to display leadership roles within the class
- Focus on student's talents and accomplishments
- Conference frequently with parents to learn about student's interests and achievements outside of school
- Send positive notes home
- Assign student to be a peer teacher in an area where he or she excels
- Make time to talk alone with the student
- Encourage social interactions with classmates if student is withdrawn or excessively shy
- Reinforce student frequently when signs of frustration are noticed
- Look for signs of stress build up and provide encouragement or reduce work load to alleviate pressure and avoid temper outbursts
- Spend more time talking to students who seem pent-up or display anger easily
- Provide brief training in anger control; encourage student to walk away; use calming strategies (deep breaths); tell a nearby adult when feeling angry

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
- [ ] Initial Evaluation
- [X] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Other _____

Date  September 21, 2006

Student  O████ O████                         DOB ████93

School  Kingsbury/CARE Center

Current Disability Category  Multiple Disability - MD (OHI/LD)

Setting  Out of General Education Settig

Dear  Claudia Pabo

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with  MD (OHI/LD)
- [X] Your child will begin receiving  Psychological Services                     as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
      from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [X] Other:  Placement at: Prospect Learning Center

**Description and Explanation of agency action proposed or refused.**

The MDT has reviewed evaluations/reports and determined that the student is eligible for special education services as a student with a disability classification of MD. Prospect LC is an appropriate placement, as services indicated inn the IEP can be implemented at this school.

**Description of Other Options Considered and reasons for rejection of each option**

The MDT has reviewed evaluations/reports and determined that a non-public placement  is inappropriate, as an appropriate public placement has been identified in accordance with IDEA.

Other relevant factors to the decision- _____

MDT Members:
- [X] Principal or Designee
- [ ] Parent
- [ ] Student
- [X] Social Worker
- [ ] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter  (*may be one)
- [X] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  C.A.R.E. Center                          at  202/671-0882          (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student O~~OO~~ _____ _____ DOB ~~  ~~93 Age 13  Grade 7  ID 9051483 _____

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

- [x] ~~Wechsler Intelligence Scale for Children-III (WISC-III) - a commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years. Date of Report~~ 5/3/06
- [ ] Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____
- [ ] Wechsler Adult Intelligence Scale-III (WIAS 111) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____
- [ ] Bayley Scales of Infant Development-11 - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____
- [x] Wechsler Individual Achievement Test (WIAT)- a commonly used individually administered instrument designed to assess the educational ~~achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations,~~ listening comprehension, oral expression, and written expression. Date of Report 5/3/06
- [ ] Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____
- [ ] Kaufman Test of Educational Achievement (KTEA) -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____
- [x] Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report 5/30/06 (Indep Eval)  5/11/06 (Indep Eval) Cognitive
- [ ] Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____
- [x] Developmental Test of Visual Motor Integration (VMI) -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report 5/3/06
- [ ] Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____
- [ ] Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____
- [ ] House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

Neuropsychological Evaluation (Federici, 5/3/06)
Comprehensive Receptive and Expressive Vocabulary Test (CREVT-2) -5/15/06
Social Work Evaluation Report (7/5/06)
Review of Independent Evaluation (8/21/06)

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student O██O█████ _____ DOB ████93 Age 13 Grade 7 ID 9051483

[X] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
Date of Report 5/3/06

[X] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report 5/3/06

[ ] **Goodenough-Harris Drawing Test** -a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

[X] **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report 5/3/06

[ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

[ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

[ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

[ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

[ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
Date of Report _____

[X] **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
Date of Report 5/15/06

[ ] **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

[ ] **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

[ ] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

[ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
Date of Report _____

[ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
Date of Report _____

[X] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 1 Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT  O█ O████ (DOB:█████/93)          SCHOOL  Kingsbury/CARE Center     DATE: 9/21/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Claudia Pabo | not present | |
| Cindy F. Brown, LICSW | Cindy F. Brown LICSW | Case Manager/Social Worker |
| Jermaine Perkins | Jermaine Perkins | Psychologist |
| Vecia Banner | Vecia O. Banner | IEP developer/Spec. Ed. |
| Dr. Eve Peterson | via telephone | Principal - Prospect LC |
| Leslie Charles | Leslie J Charles | Speech-Language Pathologist |

The purpose of this meeting is to discuss and identify and appropriate educational placement for the student.

DCPS has proposed Prospect LC as an appropriate educational program for the student. The parent and educational consultant have visited the program and observed classes. Parent's attorney previously sent letter indicating that the parent has filed a due process complaint appealing the decision of the IEP team to place the student at Prospect LC, the parent was rejecting the placement, and that it was unnecessary for the placement meeting to go forward. DCPS notes that a placement decision has not yet been made and the placement meeting is proceeding in order for DCPS to discuss Prospect LC and determine whether it is an appropriate program.

Dr. Peterson participated via telephone to discuss her program. She indicated that the parent & Dr. Solomon visited last week and had an opportunity to observe classes. Prospect is a full-time special education program for students with learning disabilities. Some students also have Speech Language Impairment and Other Health Impairment (OHI). OHI student are mostly ADHD. There are 2 - 13 yr old classrooms, although they are at capacity. Dr. Peterson noted that she has been assured by Special Ed that another 13 yr old class will be added if necessary. The 13 yr old classes are on the 4th floor, but student do get related services (OT, speech, etc...) in other parts of the building. In addition to the special ed classrooms, the program has Humanities (Art, Music), Physical Education, Science (through reading and Math), Library, Reading Resource, and Math Resource. The program also

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**

STUDENT ██████████████     SCHOOL Kingsbury/CARE Center   PAGE 2 OF 2

**Discussion of Placement (continued):**

has a special education teacher who provides transition services to students, esp. those who will be transitioning out of the program. Life skills component is also a part of program.

Prospect has all related services (on-site providers) for psychological, social work, speech, OT, adaptive physical ed. Dr. Peterson noted that parent indicated that student has visual perceptual concerns and that she informed parent that Prospect has full-time OT who provides direct services to students. There are three psychologist, two of which provide direct intervention services. Also, two speech therapists providing direct services to students. Social workers provide support to parents, work on attendance issues and provide behavioral intervention to student (mostly for issues related to ADHD). Prospect also has a full-time nurse who monitors and provides service to student with health issues, such as asthma, diabetes, seizures. Also administers medication.

Lunch periods are in two groupings (older and younger students). The school day begins at 7:45 am and ends at 2:15 pm. Also, school follows Positive Behavior Intervention model. All special education teachers are certified and aides either are certified or in processing of completing requirements. All classes have a special education teacher and aide.

Based on the information provided by Dr. Peterson about the program, DCPS (MDT) believes that Prospect is an appropriate program for the student. DCPS will issue prior Notice to Prospect LC.

Referral
4/26/06

**District of Columbia Public Schools**
**Division of Special Education**

Contact Log

| Date/Time | Note(s) |
|---|---|
| 6/8/06 | Writer attempted to contact C. Pabo at work re: scheduling Social history interview. Writer left detailed message w/ contact information on voice messaging service._____ Cindy F. Breeny, LCSW |
| 6/21/06 | Writer contact C. Pabo at work (w/ Dr. White-Jennings on speakerphone). Parent informed that Dr. White-Jennings was present. Discussed w/ C. Pabo need to schedule soc'l hx interview. Writer and parent agreed to 6/28 @ 9am / CARE. Also discussed scheduling MDT/IEP mtg and proposed 7/10 (am) and 7/13 (am). Parent asked questions re: purpose of mtg. IEP development, and placement. Parent informed that IEP mtg would occur after MDT mtg if student is eligible. Also, there is possibility that placement may be discussed, but this will be based on setting identified. Parent wants to accept 7/13 @ 9am, but stated that she wants her educational consultant to attend the mtg. Parent informed that invitation letter, along w/ confirmation will be sent to her. If she needs to cancel, based on the consultant's availability, she can send a written response via fax. Parent agreed. Cindy F. Breeny, LCSW |
| 7/10/06 & 7/10/06 | Writer attempted to contact C. Pabo re: forwarding reports/documents via facsimile as previously discussed. Writer left detailed message w/ contact information. Message also informed parent that CARE Cntr receptionist could take fax info and forward info. if writer was not available._____ Cindy F. Breeny, LCSW |
| 7/11/06 | Writer spoke to parent re: faxing info to her. Parent indicated that info should be faxed to L. Solomon at 244-5045. Cindy F. Breeny, LCSW |
| 7/13/06 | Writer received message from parent from 7/12 and actually spoke to parent re: her cancelling the meeting. Parent stated that she miscommunicated w/ the Ed. Consult. (L. Solomon) and she was not available. Parent not comfortable w/ proceeding w/o Ms. Solomon. Parent proposed alt. dates/times (7/24 1pm, 7/28 1pm). L. Solomon not available next week & parent not available that following wk.— Cindy F. Breeny, LCSW |
| 7/13/06 | Writer contacted parent re: sched. meeting 7/24 (1:30 pm). Confirmation faxed to L. Solomon, along w/ observation. Letter of confirmation sent to parent via regular mail.) Cindy F. Breeny, LCSW |

Student's Name: ████ ████
School: Our Lady of Victory

DOB: ████ 93
ID#: 9 0 5 1 4 8 3

761

**District of Columbia Public Schools**
**Division of Special Education**

Contact Log

| Date/Time | Note(s) |
|---|---|
| 7/13/06 & Addendum | Parent also notified writer that she has new feature of student on medication. She will forward the report to the writer via fax today. — *Cindy F. Brown, LICSW* |
| 8/9/06 | Writer received call from C. Pabo re: whether writer received vision report. Writer informed parent the report was received. C. Pabo stated that she was not sure if report was received. Since when she contact CA. R.E. Center re: whether to send via fax or mail she was told that they were not sure it would be received by mail. C. Pabo sent report by mail anyway. — *Cindy F. Brown, LICSW* |
| 8/18/06 | Writer received evaluation report from L. Sotomum via certified mail. — *Cindy F. Brown, LICSW* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Student's Name: ██████ ████
School: Our Lady of Victory

DOB: ████ 93
ID#: 9051483

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 11/2/06

Ms. Claudia Pabo
Parent / Guardian Name

RE: O██O█████

3512 Rodman Street, N.W.
Street #   Street                    Quad   Apt. No.

SCHOOL: Kingsbury

Washington, D.C. 20008
City                          State   Zip Code

ID NO. 9051483

DOB: ██/93

Dear Ms. Claudia Pabo

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 11/8/06      Time: 9:30 am      Place/Location:

> C.A.R.E. Center @ Shaw JHS
> 925 Rhode Island Ave., NW WDC 200001
> (R Street entrance near 10th Street) 202/671-0882

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [X] \*\*develop/review IEP(including consideration of extended school year (ESY) services
- [ ] \*\*discuss CompEd
- [X] \*\*review evaluation or reevaluation information
- [ ] discuss placement
- [ ] \*consider transition services needs
- [ ] develop the student evaluation plan (SEP)
- [ ] determine manifestation
- [ ] discuss quarterly review
- [ ] discuss documented levels of service
- [ ] discuss eligibility
- [ ] behavior plan review
- [ ] \*\*review records to support the completion of services as follows:
  - [ ] Graduated
  - [ ] Completed Services
  - [ ] Aged Out
  - [ ] Transferred Out of District
  - [ ] Dropped Out
- [X] Other: Individual Service Plan (ISP) - if needed

\*\*Placement will be discussed.

MDT Members:
- [X] **Principal or Designee**
- [ ] **General Education Teacher**
- [X] **Psychologist**
- [X] **Parent**
- [X] **Special Education Teacher**
- [X] **Other:** Occupational Therapist
- [X] **LEA Representative**
- [ ] **Speech and Language**
-     Kingsbury Staff
- [ ] **Student**
- [X] **Social Worker**

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

  *_____     *_____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Cindy F. Brown, LICSW - Case Manager    at 202/671-0882    (school telephone number).

Sincerely, *Cindy F. Brown, LICSW*

District of Columbia Public Schools      07-02-2001      Division of Special Education      Confirmation of Meeting Notice

# MICHAEL J. EIG AND ASSOCIATES, P.C.
### ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301) 657-3843

Michael J. Eig          MD, DC
Haylie M. Iseman        MD, DC, NY

Paula A. Rosenstock    VA, DC
Patricia Cyr           CA, DC

November 1, 2006

Cindy F. Brown, LICSW
Case Manager
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington D.C. 20001

Re: O███ O█████
*via facsimile and first-class mail*

Dear Ms. Brown:

In response to your letter of October 25, 2006, my client and I are available to attend an IEP meeting on November 8, 2006, at 9:30 AM at the C.A.R.E. Center.  Please send a confirmation of this date, time and location to my office.  Thank you.

Sincerely,

Paula Rosenstock

cc: Claudia Pabo

764



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS**
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

October 25, 2006

Ms. Claudia Pabo
3512 Rodman Street, N.W.
Washington, D.C. 20008

*Via facsimile an regular mail*

Re:    O█ O████ (DOB: ████/93)

Dear Ms. Pabo,

DCPS has completed the Occupational Therapy Evaluation and subsequently, is proposing the following dates/times to convene a MDT/IEP meeting to review the results of the evaluation:

- November 8, 2006 @ 9:30 p.m.;
- November 8, 2006 @ 10:30 a.m.; or
- November 8, 2006 @ 1:30 p.m.

The proposed location for the meeting is the C.A.R.E. Center. Please coordinate with Piper Caswell at Kingsbury regarding their availability to participate either in person or via telephone.  A written response can be forwarded to my attention via facsimile at 202/673-6557 or e-mail at cindy.brown@k12.dc.us. I can be contacted at 202/671-0882 if you have any questions. .

Sincerely,

Cindy F. Brown, LICSW
Case Manager

CC:    Michael J. Eig, Esquire
Patricia Young, Director – C.A.R.E. Center
Gayle Hall, Liaison for Private-Religious Schools
Piper Caswell, Asst. Director of Middle School - Kingsbury Day School



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | M. Eig, Esquire | Fax: | 301/657-3843 |
| From: | Cindy F. Brown, LICSW – Date: Case Manager | | 10/25/2006 |
| Re: | | Pages: | 2 |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please comment    ☐ Please Reply    ☐ **Please Recycle**

Letter of Invitation

Thank you



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS**
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-671-6557

September 8, 2006

Ms. Claudia Pabo
3512 Rodman Street, N.W.
Washington, D.C. 20008

*Via facsimile an regular mail*

Re:    C█, O█ (DOB: █/93)

Dear Ms. Pabo,

Per the MDT/IEP meeting on August 30th, DCPS proposed Prospect Learning Center as an appropriate placement for your child. . Subsequently, DCPS is proposing the following dates/times for a placement meeting at the C.A.R.E. Center:

- September 18, 2006 @ 1:30 p.m.;
- September 18, 2006 @ 2:00 p.m.; or
- September 18, 2006 @ 2:30 p.m.

- September 19, 2006 @ 1:30 p.m.
- September 19, 2006 @ 2:00 p.m.;
- September 19, 2006 @ 2:30 p.m.;

- September 21, 2006 @ 9:30 a.m.;
- September 21, 2006 @ 10:00 a.m.; or
- September 21, 2006 @ 10:30 a.m.

A response can be forwarded to my attention via facsimile at 202/673-6557. If you fail to confirm a date/time from the three sets of dates/times offered, DCPS will convene the meeting on the last date/time offered - September 21st @ 10:30 a.m. I can be contacted at 202/671-0882 if you have any questions or concerns.

Sincerely,

Cindy F. Brown, LICSW
Case Manager

CC:    Michael J. Eig, Esquire
        Patricia Young, Director – C.A.R.E. Center
        Gayle Hall, Liaison for Private-Religious Schools
        Paula Perelman, Director, Dispute Resolution and Settlement



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Michael J. Big, Esquire | Fax: | 301/657-3843 |
| From: | Cindy F. Brown, LICSW – Case Manager | Date: | 9/8/2006 |
| Re: | ██████████ | Pages: | 2 |
| CC: | | | |

☐ Urgent    ☑ For Review    ☐ Please comment    ☐ Please Reply    ☐ **Please Recycle**

Letter of Invitation – Placement Meeting

Thank you

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0509
RECIPIENT ADDRESS     93016573843
DESTINATION ID
ST. TIME              09/08 13:47
TIME USE              00'20
PAGES SENT            2
RESULT                OK
```



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Michael J. Eig, Esquire | Fax: | 301/657-3843 |
| From: | Cindy F. Brown, LICSW – Case Manager | Date: | 9/8/2006 |
| Re: | | Pages: | 2 |

☐ Urgent      ☐ For Review      ☐ Please comment      ☐ Please Reply      ☐ Please Recycle

Letter of Invitation – Placement Meeting

769

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**

| | |
|---|---|
| IN THE MATTER OF O▇▇ O▇▇▇ [DOB: ▇▇/93], | ) |
| PETITIONER | ) |
| | ) |
| V. | ) |
| | ) |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS, | ) |
| | ) |
| RESPONDENT | ) |

2006 NOV -7 PM 2: 53
DC PUBLIC
SCHOOL SYSTEM

---

## DCPS MOTION TO DISMISS

District of Columbia Public Schools, ("DCPS") by and through the undersigned attorney, the Office of the General Counsel, files this Motion to Dismiss Due Process Complaint, and in support states as follows:

1.      On September 15, 2006, DCPS received Petitioner's Due Process Complaint.

2.      A Due Process hearing is scheduled for November 16, 2006 at 9:00 a.m. on this matter.

3.      The complaint alleges parents unilaterally placed the student at Kingsbury Day School (KDS) because "the school system's failure to propose an appropriate program and placement for O▇▇ is a denial of the free appropriate public education to which he is entitled under IDEA." Furthermore, parents seek to have DCPS fund the placement at KDS.

4.      DCPS is unable to access any information regarding this student.

O█ O███ [DOB:███/93]
**DCPS Motion to Dismiss**
Page 2 of 5

5.      KDS informed Dr. Tiece Ruffin, Placement Specialist Monitor, DCPS, the school's policy does not allow them to give DCPS any records for this student. Mr. Robert Brooks, Assistant to the Director, KDS, stated since O█ O███ was a private pay student and because he was not a DCPS placement, DCPS does not have a right to inspect any of his school records.

6.      DCPS does not contest the fact that O█ O███ was unilaterally parentally placed at the non-public Kingsbury Day School. Furthermore, DCPS is not currently funding the placement at KDS.

7.      DCPS asserts a fundamental unfairness due to unequal access to records and information. DCPS can not properly defend against this due process complaint without equal access to records.

8.      The Supreme Court of the United States of America held in *Schaffer v. Weast* the burden of persuasion in a due process hearing is on the moving party. 546 U.S. 49, 126 S. Ct. 528, 531 (2005). Although *Schaffer* is primarily a case about the burden of proof it is important to note the discussion regarding access to information. The Supreme Court wrote the extensive procedural safeguards in IDEIA were designed to ensure information-sharing occurred and that a party did not have a "unique informational advantage." *Id* at 536. Here, DCPS is unable to access any records for the student because KDS has blocked, prevented or otherwise interfered with DCPS' right to student records. The Supreme Court recognized the process envisioned under IDEIA was a collaborative process and was not designed to allow a party to unfairly gain tactical advantage. *Id.*

9.      DCPS can not be expected to defend a claim for which its attempts to gain knowledge have been blocked.

O█ O█ [DOB: █/93]
**DCPS Motion to Dismiss**
Page 3 of 5

10.    DCPS submits a notarized signed statement by Dr. Tiece Ruffin in support of our claim regarding KDS blocking access to records.  Please see the attached Attestation.  *(Note: Original signature on file with DCPS OGC)*

11.    DCPS requests the Impartial Hearing Officer to dismiss the due process complaint filed by petitioners on September 14, 2006 for unfair access to records which terminally affects DCPS ability defend itself in the pending action.

12.    In the alternative, DCPS requests for an extension of timelines for disclosures and an order requiring Petitioners to submit all documents requested by DCPS in a timely manner.

Wherefore, DCPS respectfully submits this motion to dismiss,

Submitted by:

Saurabh Gupta
Attorney Advisor

*Cc: Michael J. Eig, Esq*

772

O█ O█ [DOB:█/93]
**DCPS Motion to Dismiss**
Page 4 of 5

### CERTIFICATE OF SERVICE

I, Saurabh Gupta, Esq. hereby certify that a copy of the Defendant's response was served to Michael J. Eig, Esq., on November 7, 2006 via facsimile at 301-657-3843.

Saurabh Gupta, Esq.
D.C. Public Schools
Office of the General Counsel
Telephone: (202) 442-5178
Fax: (202) 442-5097/8



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

### Dr. Tiece Ruffin's Attestation and Statement

I, Dr. Tiece Ruffin, affirm my statements below are true:

1. I am writing this statement based on Mr. Saurabh Gupta's, Attorney-Advisor DCPS, request to retrieve records for the following students all of whom are attending Kingsbury Day School:

   a. O█, O█████
   

2. I am a DCPS employee in the Office of Special Education.

3. I am a placement specialist and monitor for Non-Public Day Schools for DCPS.

4. On November 1, 2006 I attempted to gain access to and obtain copies of the students' (listed above) educational records from Kingsbury Day School.

5. Mr. Robert Brooks, Assistant to the Director, Kingsbury Day School, informed me the above listed students are current attendees at Kingsbury.

6. Mr. Brooks further informed me that I could not have access to those records.

7. Mr. Brooks explained that these students were private pay. Additionally, DCPS did not place or fund these students. Therefore, I did not have privileges to access, view, or copy Kingsbury's records.

8. Kingsbury Day School's policy only allows parent or the party responsible for the placement of the student access to the records.

9. I left Kingsbury Day School with out any information or records on the students listed above because these students are not DCPS students.

Respectfully Submitted,

_11/07/06_
**Date**

_Tiece Ruffin_
**Dr. Tiece Ruffin**
**DCPS Placement Specialist**

> ... to and subscribed before me
> _7th_ day of _November, 2006_,
> Ann J. Fenwick
> ... Public - Washington, D.C.

ANN J. FENWICK
District of Columbia
My Commission Expires
April 14, 2011

774

O▮▮ O▮▮▮ [DOB▮▮▮▮/93]
**DCPS Motion to Dismiss**
Page 5 of 5

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**

O▮▮ O▮▮▮ DOB▮▮▮/93

Petitioner,

v.

**District of Columbia Public School**

Respondent

---

### ORDER

The Hearing Officer, upon consideration of DCPS' Motion to Dismiss Due Process Complaint and any response thereto, finds that DCPS' Motion is **GRANTED** . As such, the Petitioners shall be precluded from moving forward on their Due Process Complaint Notice.

_____
Impartial Hearing Officer

Issued: _____

cc:    Saurabh Gupta, Esquire
       Michael Eig, Esquire



Office of the General Counsel
9th Floor
825 North Capitol Street, NE
Washington, DC 20002
(202) 442-5000
fax (202) 442-5098

## **FACSIMILE**

To: Michael J. Eig

Co: O█  O█

From: S. Gupta

Date: 11/7/06

Fax No.: 301-657-3843

Tele. No.: _____

Tele. No.: (202) 442-5000

No. Pages Including Cover Sheet ___6___

Comments: DCPS Motion To Dismiss

### Confidentiality Notice
The information contained in this facsimile is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.

776

# hp LaserJet 9050mfp series

hp invent

---

## Fax Call Report                                                                    1

DCPS Office of General Counsel
2024425098
07-Nov-2006 03:42 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 1497 | 07-Nov-2006 03:41 PM | Send | 93016573843 | 1:04 | 6 | Success |



Office of the General Counsel
9ᵗʰ Floor
825 North Capitol Street, NE
Washington, DC 20002
(202) 442-5000
fax (202) 442-5098

---

### FACSIMILE

To: _Michael J. Eig_                Date: _11/7/06_

Co: _▮▮ ▮▮_                         Fax No.: _301-657-3843_

                                     Tele. No.: _____

From: _S. Gupta_                    Tele. No.: (202) 442-5000

No. Pages Including Cover Sheet _6_

Comments: _DCPS Motion to Dismiss_

_____

_____

_____

_____

#### Confidentiality Notice
The information contained in this facsimile is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

TO: M. EIG

CO: O. O~~●~~

FROM: S. Gupta

Date: 11/7/06

Fax No.: 301-657-3843

Tele. No.: _____

Tele. No.: _____

**No. Pages, Including Cover Sheet:** 2

COMMENTS: DCPS Motion to Dismiss &
Notarized Stmt ⟹ ONLY

### CONFIDENTIALITY NOTICE

The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.

778

# hp LaserJet 9050mfp series

| Fax Call Report | 1 |
|---|---|

DCPS Office of General Counsel
2024425098
07-Nov-2006 03:49 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 1501 | 07-Nov-2006 03:48 PM | Send | 93016573843 | 0:45 | 2 | Success |



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

## FACSIMILE

Date: _11/7/06_

TO: _M. EIG_           Fax No.: _301-657-3843_

CO: _O. O_             Tele. No.: _____

FROM: _S. Gupta_      Tele. No.: _____

No. Pages, Including Cover Sheet: _2_

COMMENTS: _DCPS Motion to Dismiss &_
_Notarized Stmt → ONLY_

**CONFIDENTIALITY NOTICE**

The information contained in this telefacsimile has been transmitted by an attorney.  It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.    If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.

779

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301) 657-3843

Michael J. Eig        MD, DC
Haylie M. Iseman      MD, DC, NY

Paula A. Rosenstock   VA, DC
Patricia Cyr          CA, DC

November 7, 2006

Saurabh Gupta, Esq.
Attorney Advisor
District of Columbia Public Schools
Office of the General Counsel
825 North Capitol Street, NE
Washington D.C. 20002

Re: O███O█████
*via overnight mail*

Dear Mr. Gupta:

For the upcoming due process hearing scheduled for November 16, 2006, at 9:00A.M.,
regarding the above-referenced student, we will be relying upon the following enclosed
documents:

OO- 1    Due Process Hearing Request, 9-14-06;
OO- 2    Letter to Ms. Cindy F. Brown from Michael J. Eig, Esq., 9-21-06;
OO- 3    Letter to Ms. Cindy F. Brown from Michael J. Eig, Esq., 9-18-06;
OO- 4    Letter to Ms. Cindy F. Brown from Michael J. Eig, Esq., 9-8-06;
OO- 5    Letter to Ms. Cindy F. Brown from Michael J. Eig, Esq., 8-15-06;
OO- 6    DCPS Occupational Therapy Evaluation Report, 10-19-06;
OO- 7    Supplementary Evaluation, 8-16-06;
OO- 8    Supplementary Evaluation, 8-9-06;
OO- 9    Classroom Observation, 7-10-06;
OO- 10   Letter to Ms. Claudia Pabo from Dr. Christopher Renner, 7-2-06;
OO- 11   DCPS Social Work Evaluation Report, 6-28-06;
OO- 12   Educational Evaluation, 5-30-06;
OO- 13   DCPS Speech and Language Evaluation Report, 5-18-06;
OO- 14   Report of Neuropsychology Evaluation, 5-3-06;
OO- 15   Child Neuropsychological History, 5-3-06;
OO- 16   Application for Admission, Kingsbury Day School, 2006
OO- 17   Due Process Complaint Disposition, 9-26-06;
OO- 18   DCPS Prior Notice, 9-21-06.

# MICHAEL J. EIG AND ASSOCIATES, P.C.

Saurabh Gupta, Esq.
November 7, 2006
Page Two

We will be relying upon the following witnesses or their designees, in-person or via telephone:

1.      Claudia Pabo, Parent;
1.      Laura Solomon, Educational Consultant, Expert in Education;
2.      Marlene Gustafson, Director, Kingsbury Day School, Expert in Education;
3.      Laurie Dietzel, Psychologist, Dietzel, Butler, and Associates, LLC, Expert in Psychology.

Please be advised that we may also rely on any documents and witnesses disclosed by DCPS, as well as any other documents and witnesses to which DCPS does not object. We will object to any documents or testimony from witnesses not disclosed in a timely manner in accordance to the IDEA and federal regulations.

Sincerely,

Michael J. Eig /mlg

*Enclosures*

cc:     Claudia Pabo
        Student Hearing Office

781



**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740
FACSIMILE (301) 657-3843

September 14, 2006

Sharon Newsome
District of Columbia Public Schools
Student Hearing Office
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002

Re: O█ O████
*via facsimile and first-class mail*

Dear Ms. Newsome:

Enclosed please find a due process hearing request for the above-named student. Please feel free to call if you have questions regarding this matter.

Sincerely,

Michael J. Eig

cc:    Claudia Pabo

EXHIBIT
782
00-1





SEP 14 2006

# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. <u>A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).</u>

- The due process complaint must describe an alleged violation that occurred not more that two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.</u> Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Student Name: O___TO___    Birth Date: ___, 1993

Address:  3512 Rodman Street, NW, Washington, D.C. 20008

Home School: John Eaton Elementary School

Present School of Attendance: Kingsbury Day School

Is this a charter school? No    If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student:  Claudia Pabo

Address (if different from the student's above): _____ same as above _____

Phone/Contact Number: _____ see below    Fax Number (if applicable): _____ see below

783

**B.  Individual Making the  Complaint/Request for Due Process Hearing:**

Name: Michael J. Eig, Esq.

Complete Address: _____ same as above _____

_____

Phone: (h) __see below__ (w) __see below__ (Fax) __see below__ (e-mail) _____

Relationship to the Student:

☒  Parent          ☐  Legal Guardian            ☐  Parent Surrogate

☐  Self/Student    ☐  Local Education Agency (LEA)  ☐  Parent Advocate

**C.  Legal Representative/Attorney (if applicable):**

Name: Michael J. Eig, Esq.

Address: _____ Michael J. Eig and Associates, P.C. _____

_____ 5454 Wisconsin Avenue, Suite 760, Chevy Chase, Maryland 20815 _____

Phone: (w) 301-657-1740 _____ (Fax) 301-657-3843 ____ (e-mail) _____

Will attorney / legal representative attend the resolution session?  ☒ Yes       ☐ No

**D.  Complaint Made Against (check all that apply):**

☒  DCPS school (name of the school if different from page one) _____
☐  Charter school (name of the charter school if different from page one) _____
☐  Non-public school or residential treatment facility (name) _____
☐  Parent

**E.  Resolution Session Between Parent and LEA:**

I understand that it is my right to have a resolution session to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: All parties must agree to waive the resolution session to avoid having this meeting.)

☐    I wish to waive the Resolution Session.

**E.  Mediation Process:**

IDEA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session.  Mediation is also available prior to a due process hearing, but mediation may not be used to deny or delay a parent's right to a hearing on parent's due process complaint. Please check all that apply:

☐    I am requesting mediation as an alternative to the resolution session meeting.
☐    I am requesting mediation services **only**.
☐    I do not wish to use a mediator at this time.

784

## G.    Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.        What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

O█ O████ is a thirteen-year-old student who is eligible to receive special education services under the IDEA as a student with Multiple Disabilities. O██ has a specific learning disability, language disorder, problems with reading social cues and peer relationships, behaviors associated with Attention Deficit Hyperactivity Disorder ("ADHD") including some oppositionality, impulsivity, variable attention, hyperactivity, and poor executive functioning. O██ is also identified as having Fetal Alcohol Syndrome. The District of Columbia Public Schools ("DCPS") has identified him as a student with an educational disability eligible to receive special education and related services under the IDEA.

During the 2005-06 school year O██ attended Our Lady of Victory School ("OLV"). Prior to attending OLV, O██ attended John Eaton and Hearst Elementary School. O██ experienced great difficulty during the 2005-06 school year. Ms. Pabo spent several hours a night with O█ trying to complete his school assignments. As a result, out of concern for her son, and at the recommendation of OLV, in the Spring of 2006, Ms. Pabo, contacted DCPS and requested that the school system determine O███ special education eligibility. A multi-disciplinary team ("MDT") met in April of 2006 and determined that evaluations and observation were necessary. The team reconvened prior to the start of the 2006-07 school year to review all evaluations and observations and to determine O███ eligibility. The DCPS MDT found O██ eligible for special education services and proposed IEP goals and objectives. The team recommended that O███ receive full-time special education at the Prospect Learning Center for the 2006-07 school year. After reviewing the proposed IEP, Ms. Pabo shared many concerns about the goals and objectives with the DCPS IEP team. The team refused to modify any of the goals and/or objectives.

Ms. Pabo, along with her educational consultant, Dr. Laura Solomon, observed the Prospect Learning Center and found that it is not appropriate to meet O███ needs. Ms. Pabo has many concerns about Prospect. For example, Prospect does not offer a flexible curriculum which is essential for O██ to succeed. In addition, O███ would be at Prospect for only one year, before having to change schools due to his age.

In sum, the school system's failure to propose an appropriate program and placement for O██ is a denial of the free appropriate public education to which he is entitled under IDEA. Ms. Pabo has located an appropriate placement for O██ at the Kingsbury Day School. As a remedy for the school system's failure she requests that O██ be placed and funded at Kingsbury for the 2006-07 school year.

2.        To the extent known to you at this time, how can this problem be resolved?

As a remedy for the school system's failure she requests that O██ be placed and funded at Kingsbury for the 2006-07 school year.

785

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

786

**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301)657-3843



September 21, 2006

Cindy F. Brown
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington, D.C. 20001

Re: O██ O████
*via facsimile and first-class mail*

Dear Ms. Brown:

On September 8, 2006 you invited my client to a placement meeting at the C.A.R.E. Center for her son, O██ O██. According to you, the purpose of this meeting was to discuss the parent's impressions of the Prospect Learning Center and to allow her to either accept or reject that placement.

On September 18, 2006 I wrote to you and informed you that the parent was rejecting the DCPS proposed placement at the Prospect Learning Center and had filed a due process complaint appealing the decision of the IEP team. I further indicated that the IEP meeting was not necessary and should not go forward. It is my understanding that despite this letter your team went forward with a meeting today without the parent our her representatives present. This is a violation of the parents's due process rights and a *violation of the IDEA*. A school system cannot meet without a parent present, particularly when the parent has indicated that the meeting should not go forward. I am enclosing a copy of our September 18, 2006 letter for your reference.

Thank you.

Sincerely,

Michael Eig

*enclosure*
cc:    Dr. Laura Solomon
       Ms. Claudia Pabo

**EXHIBIT**
787
OO-2



**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301)657-3843



September 18, 2006

Cindy F. Brown
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington, D.C. 20001

Re: O█, O████
*via facsimile and first-class mail*

Dear Ms. Brown:

Thank you for your letter clarifying the IEP meeting. Please be advised that my client has filed a due process complaint notice appealing the decision of the IEP team to place O█ at Prospect Learning Center. Accordingly, my client rejects this placement and will be proceeding to a due process hearing. Therefore, the meeting on September 21, 2006 is unnecessary and should not go forward.

Sincerely,

Michael Eig, Esq. /snd

Michael Eig

cc:    Dr. Laura Solomon
       Ms. Claudia Pabo

788

**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301)657-3843



SEP 1 8 2006

September 18, 2006

Cindy F. Brown
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington, D.C. 20001

Re: O█ O███
*via facsimile and first-class mail*

Dear Ms. Brown:

Thank you for your letter clarifying the IEP meeting.  Please be advised that my client has filed a due process complaint notice appealing the decision of the IEP team to place O██ at Prospect Learning Center.  Accordingly, my client rejects this placement and will be proceeding to a due process hearing.  Therefore, the meeting on September 21, 2006 is unnecessary and should not go forward.

Sincerely,

Michael Eig, Esq. /jmd

Michael Eig

cc:    Dr. Laura Solomon
       Ms. Claudia Pabo

EXHIBIT
789
tabbies
00-3



## MICHAEL J. EIG AND ASSOCIATES, P.C.
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301)657-3843

September 8, 2006

Cindy F. Brown
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington, D.C. 20001

Re: O█, O████
*via facsimile and first-class mail*

Dear Ms. Brown:

I have received your September 8, 2006 letter in which you propose dates for a placement meeting at the C.A.R.E. Center for the above-named student. As you know, on August 30, 2006, DCPS proposed placement for Oleg at Prospect Learning Center. Therefore, I am unclear as to why it is necessary for the team to reconvene. Please clarify why this meeting is necessary.

Thank you for your cooperation in this matter.

Sincerely,

Michael Eig

cc:    Dr. Laura Solomon
       Ms. Claudia Pabo

**EXHIBIT**
DD-4 790

**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301)657-3843

August 15, 2006

Cindy F. Brown
Central Assessment Referral and Evaluations
C.A.R.E. Center at Shaw Junior High School
925 Rhode Island Avenue, NW
Washington, D.C. 20001

Re: O█ O█████
*via facsimile and first-class mail*

Dear Ms. Brown:

My office represents the above-named student in all matters related to his special education. Enclosed please find an authorization form signed by O█ mother. Please be advised that Dr. Laura Solomon spoke with a member of the staff at the CARE Center on August 9, 2006 and canceled the August 10, 2006 IEP meeting. However, it is my understanding that DCPS went forward with this IEP without the parents or Dr. Solomon present and found O█ eligible for special educations services. The IEP team recommended a setting "out of the general education setting" but did not propose a placement. O█ parents have identified an appropriate placement for him at the Kingsbury Day School. They are willing to consider any DCPS proposed placement, however, absent an appropriate public program, they will be enrolling him at Kingsbury at the start of the 2006-07 school year.

We are willing to attend an IEP meeting at the school system's earliest convenience to discuss the issue of placement. Below please find dates that we are all available to attend a meeting.

Monday August 28, 2006, 9:00 AM or earlier
Wednesday August 30, 2006, anytime
Friday September 1, 2006, after 2pm

EXHIBIT
791
00-5

**District of Columbia Public Schools**
**Local Education Agency**
**Special Education Branch**
**Occupational/Physical Therapy Unit**
**(202) 576-5422**

## OCCUPATIONAL THERAPY EVALUATION REPORT

### STUDENT IDENTIFYING INFORMATION:

Student Name:          O███, O███
D.O.B.:                ███/93
Parent(s):             Claudia Pabo and Charles Oliver
Address:               3512 Rodman St NW Washington DC 20015
C.A.:                  13 years 7 months
School:                Kingsbury
Phone:                 202-966-4368
Therapist:             Delise Holloman, OTR/L
Date of Evaluation:    10/19/06

### REASON FOR REFERRAL:

O███ is a 13-year, 7-month-old Caucasian male student referred for an occupational therapy evaluation to assess his need for school-based services. O███ was referred for an evaluation for special education services by his school special education teacher due to concerns regarding his academic and social/emotional functioning as per social history report.

### HISTORY/BACKGROUND INFORMATION:

As per social report as well as psychoeducational report, special education evaluation, it is reported that O███ is two years older than his grade mates who will enter the sixth grade in the fall of 2006. Ms. Pabo, the student's mother, reported that she essentially home-schooled O███ during the elementary years as he was not learning during school hours and her concerns were about the number of injuries that O███ sustained at the hands of older children at a previous school, at Eaton, he was attending. He is adopted. He was adopted when he was 5 years old and, at the time, both parents, a sister and an older brother live together. However, since that time, the parents have separated. As per report, current issues include specific learning disabilities, language disorder, problems with reading social cues, peer relationships and behaviors associated with attention deficit hyperactivity disorder. O███ was also identified as having fetal alcohol syndrome. O███ has had two incidents of testing, one when he was on medication due to his severe ADH and the other when he was off of his medication. They had recommended a minimum of two to three hours a week of speech and language therapy, occupational therapy for at least two hours a week and a minimum of five hours a week of special education support. Currently, he is attending Kingsbury school and does not receive any occupational therapy at this time; thus, the purpose of the occupational evaluation. It was reported, as well, that other

EXHIBIT

792

OO-6

**Occupational Therapy Evaluation Report**

**Student Name:** O████████, O█████
**D.O.B.:**              ████████/93
**Therapist:**     Delise Holloman, OTR/L
**Page 2**

concerns are significant difficulties with attention and
organization, his lack of focus as well as problems with
transition. O████ lives with his mother a brother and a sister in a
home and the children split weekends with their parents.

**BEHAVIORAL OBSERVATIONS:**
O████ was observed in his classroom as well as the testing area. In
the testing area, he was able to follow various directions, ask
appropriate questions. It was noted that there were minimal
distractions but he was easily verbally cued back on task. It is
felt that this is an accurate assessment of O█████ current skill
level in the areas tested.

**ASSESSMENTS ADMINISTERED:**
  MVPT-III revised (Motor-Free Visual Perception Test-Revised)
  TVMS (Test of Visual Motor Skills-Revised)
  Classroom Observation
  Teacher Interview
  Clinical Observation
  Record Review
**ASSESSMENT RESULTS:**

**CLASSROOM OBSERVATION/Teacher Interview:**
O████ was observed in his science class for approximately 45
minutes.  He was very distracted and fidgety at his desk. He used a
paper clip and was playing with a paper clip during class session.
He was also asked to participate in the classroom sessions by the
teacher and he asked the teacher at one point, " Well, where are we
on our paper?" He was able to answer a couple of questions that the
teacher asked even though he was distracted and not focused on the
activity. He continually played with the paper clip, doodled and
just played with other items on his desk while in the classroom.
Mr. Eldridge, the science teacher, reported that this was one of
O█████ better days. He appeared to be more focused than usual.
However, when he initially started the class, he was very
disorganized, he needed verbal cues to focus on task and, at one
point in the session, the substitute teacher also had to stand by
O███ at the desk and continually cue him on where the class was in
reference to the activity that was being done in the classroom and
what he had to write on his paper. O█████ teacher Sara Hutchkins
reported that he has difficulty organizing his thoughts into
writing and struggling to make transitions from one class to the
next. His posture, as Ms. Hutchkins noted, was stiff when sitting

**Occupational Therapy Evaluation Report**

**Student Name:** O█████, O███
**D.O.B.:** ████/93
**Therapist:** Delise Holloman, OTR/L
**Page 3**

in a regular chair. His pencil grip was hard and that he wrote hard. reports that he has difficulty maintaining focus during the whole class and in small groups and doing individual work. He is easily distracted. He has a hard time copying notes from the board onto the paper or an Alphasmart. He also has difficulty with executive functioning. However, when asked to read aloud, he read independently in the class and he did raise his hand to ask the teacher where he was on the work sheet. Eventually, he placed his head on the desk and, when called to respond to some questions, he was unable to respond with the answer.

**TEST OF VISUAL MOTOR SKILLS-REVISED:**
This test is designed to assess a child's ability to translate motorically with his or her hand what they perceive visually. It consists of 23 forms/designs that the student is asked to copy. The eight classifications in scoring are closure, angles, intersecting/overlapping individual lines, size of design, rotational reversals, ling lengths, over/underpenetration and modification of designs.
O█████ raw score was 130, his motor age is 12 years, 6 months. His standard score was 103, his scaled score was 11 and percentile rank was 58. O███ demonstrated a 1-year, 1-month delay in the areas of visual-motor. Although he had a pretty high score, he did display some deficits in the areas of closure, modification of designs, angles and over/underpenetration of angles, particularly in that area. He was able to duplicate what he saw in the test booklet; however, he needed verbal cues to take his time, to slow down. Overall, he did very well with copying the objects.

**MOTOR-FREE VISUAL PERCEPTION TEST-III:**
This is a 65-item multiple choice test administered to assess a child's visual (their ability to see) and perceptual (their interpretation of the material presented) skills without the motor component. For students ages 4 through 10, only items 1 through 40 are administered. For students ages 11 years and older, administration begins with number 14 and continues thought number 65. The student is required to either point or verbally indicate the letter of the four alternatives that he or she feels is the correct response. The five areas identified and assessed with the MVPT-III are the following:
1.    Spacial Relationships: The ability to orient ones body in space and to perceive the positions of objects in relation to oneself and other objects; for example, figure reversals and

794

**Occupational Therapy Evaluation Report**

**Student Name:** O▮▮▮▮▮, O▮▮▮
**D.O.B.:** ▮▮▮▮/93
**Therapist:** Delise Holloman, OTR/L
**Page 4**

        figural rotations.

2.    Visual Discrimination: The ability to discriminate dominant features of different objects; for example, the ability to discriminate position, shapes, forms, colors and letter-like forms.

3.    Figure Ground: A form of visual discrimination that involves the ability to distinguish an object from the background (or surrounding objects).

4.    Visual Closure: A form of visual discrimination that involves the ability to perceive a whole figure when only fragments are presented.

5.    Visual Memory: The ability to recognize one stimulus item after a very brief interval.

Scoring for the MVPT is based on the number of correct responses (raw score). O▮▮▮▮ raw score was 52, his standard score was 99, his age-equivalent is 13 years. Overall, O▮▮ displays a 7-month delay in this area, particularly in the areas of visual memory and figure ground. He required minimal to moderate verbal cues to take his time and to really look at the items and to focus on what was being done.

**CLINICAL OBSERVATION:**
During testing, O▮▮▮ was seated on a ball to increase his inability to attend and to focus on task and to work on his posture. He was able to sit with his feet on the ground, in an upright posture close to the desk while performing all the activities that require writing or eye-hand coordination tasks. First he was given a 24-piece puzzle in which he was able to put together independently upside down and then he turned it around. He did not need any visual cues. He was also given a Lego puzzle with visual numerical instructions and he was able to read and follow the instructions to complete this puzzle with no assistance from the therapist, no cues. It appeared when performing activities that required him to put together things such as the 24-piece puzzle as well as the Lego puzzle, he was very focused and determined and was able to complete the task in a timely fashion. He was very talkative through the whole process while he was performing this task and, for the most part, his comment was, "I like building things," and he said, "I am so disorganized." He was able to maintain fair posture while sitting on the ball. He used his elbow occasionally to support himself. O▮▮▮ was able to catch and throw a tennis ball 6/6 trails, bounce and pass a baskeball and dribble alternating hands and with

**Occupational Therapy Evaluation Report**

**Student Name:**   O██████, O████
**D.O.B.:**                ██████/93
**Therapist:**       Delise Holloman, OTR/L
**Page 5**

both hands independently. He was able to use a scooter board using just his upper extremity to propel himself.When asked why he did not use his legs student replied" I like ussing my arms". It also appeared that O███ sitting on the ball encouraged him to be less distracted and mor focused on table top activities.

**UPPER EXTREMITY FUNCTION:**
O███ demonstrated appropriate muscle strength in his arms and his legs for his age. His range of motion, which is the (degree of movement in his joints), was within normal limits. The tone, which is the (degree of muscle tension), was also within normal limits.

**VISUAL SKILLS/SENSORY PROCESSING SKILLS:**
This skill area focuses on the student's ability to organize and interpret sensory input needed for an appropriate adaptive response and interaction with the environment. O███ was noted to have smooth eye movements to locate objects either stationary or moving (tracking). His eyes came together appropriately (convergence) as needed for near and far point copying, up close and board work tasks. O███ wears glasses and he performed all these activities with his glasses.

**HANDWRITING SKILLS:**
Clinical observations were made of O█████ hand dominance, grasp pattern writing pressure, alphabet and number reproduction, spacing/alignment, directionality/reversals and stabilization of written work. O███ was asked to write his name at the top of the paper, as well as date. He was able to write his name; however, spacing was a problem. He was able to write a sentence with poor spacing and with   poor directionality and letter formation. However, he did demonstrate good punctuation and capitalization of the sentences. He was asked to also writer upper and lower case letters of the alphabet which he completed in a timely fashion. However, some of the letters were written in the wrong direction; for example the letter P and J, starting from bottom to top. He did display adequate spacing when writing these letters as well as legibility. Also, when writing his numbers, he wrote 1 through 20 and was able to write those numbers correctly and in a timely fashion, with fairly good spacing and alignment. He was  asked to come up with a sentence on his own, which he did, and  displayed minimal directionality problems; however, spacing appears to be a problem, but the sentence was legible. He used his right hand to stabilize the paper while writing and he used adequate, good

**Occupational Therapy Evaluation Report**

Student Name:  O█████, O████
D.O.B.:        ████/93
Therapist:     Delise Holloman, OTR/L
Page 6

pressure and had formed a good tripod grasp when writing.

**SCISSOR SKILLS:**
Clinical observation of O█████ scissor skills was made. He was noted to orient himself to the scissors and paper effectively. He used the table and his left hand occasionally to stabilize the paper and to move it appropriately. When he was having difficulties cutting more complex designs, he was able to raise the paper up and use his hand to manipulate the paper to cut it effectively. He demonstrated average ability to open and close the scissors. He was able to cut out the shapes on a bold-face line. The movements were noted to be slow and meticulous and very smooth. He had no difficulty cutting out the shapes.

**SELF-CARE SKILLS:**
O████ reports that he is able to bathe himself and dress himself independently. He demonstrated the ability to tie his shoes independently. He also reports that he is able to open various containers in the cafeteria and has no difficulty with eating. He also reports that for his chores he helps his mom occasionally with sweeping off the front porch and the front walk but he needs major help with his room, his room is so disorganized. He reports that he does not, as far as his hobbies are concerned, prefer to play any team games. He does like to shoot basketball and toss a football. He enjoys swimming, ice skating and rollerskating and running.

**SUMMARY:**
O████ is a 13-year, 7-month-old Caucasian student who is currently in the 6th grade at Kingsbury school. As a result of classroom observation and formal assessments, O████ demonstrates minor deficits in the areas of visual perception, with a 7 month delay and, in the area of visual motor skills, with also a deficit of 1-year, 1-month delay. It is recommended that O████ receive school-based occupational therapy one time a week for 30 minutes to address fine motor, visual motor and visual perception deficits. It is also recommended that occupational therapy engage the student in various therapeutic tasks and exercises to achieve the objectives outlined in his current IEP. The teachers and family working with O████ are more than welcome to contact the therapy department for further information as needed. The number for the therapy department is 202-576-5422.

**RECOMMENDATIONS:**

797

Occupational Therapy Evaluation Report

**Student Name:** O█████, O█████
**D.O.B.:** ██/93
**Therapist:** Delise Holloman, OTR/L
**Page 7**

1. O████ sit in the front of the class and that instructions are presented in simple form as well as written form.
2. O████ should be given ample time to perform written activities such as tests and assignments and to encourage him to ask for help if needed.
3. It is also recommended that a behavioral program be set in place to provide rewards when O████ has completed an assignment or has focused on an activity within a certain amount of time.
4. O████ be given an organized list of things that need to be done for that day; however, not overwhelming – maybe three items – that can be placed on the list so that he knows what he has to do that day, and then a list when he gets home of what he needs to do.

_Delise Holloman, OTR/L_     10/23/06
Delise Holloman, OTR/L     DATE

304/OTI:HSC/422/768331
D:  10/20/2006 1109
T:  10/23/2006 0945

DCPS

LAURA SOLOMON, ED.D.

SPECIAL EDUCATION SERVICES, INC.

5512 30TH STREET, NW
WASHINGTON, DC 20015
202-244-5336
FAX 202-244-5045
EMAIL: placeyourkids@aol.com

August 16, 2006

O▮▮ O▮▮▮: (dob: ▮▮▮/93)
3512 Rodman Street, NW
Washington, DC 20015

date of evaluation: 7/11/06
chronological age: 13-4
grade placement: rising 6th

## SUPPLEMENTARY EVALUATION

O▮▮ was seen for supplementary testing at the request of his mother, Claudia Pabo. O▮▮ has just completed the fifth grade, which he repeated, at Our Lady of Victory School (OLV), a Catholic School with learning resource support, in Washington, DC. He was transferred there by his parents after attending John Eaton Elementary School, a public school, also in Washington, DC, for the fourth and fifth grades. Prior to attending Eaton, O▮▮ attended Hearst Elementary School, also a public school in Washington, DC. He entered pre-kindergarten at Hearst instead of kindergarten, which would have been age-appropriate. Therefore, it is important to keep in mind that O▮▮ is minimally two years older than his grade-mates who will enter sixth grade in the Fall of 2006.

Ms. Pabo shared that O▮▮ special education and related service needs were not met through either of the public schools he attended and that she and O▮▮ father, Charles Oliver, obtained speech/language therapy, tutoring, and medical intervention for his multiple needs through community service providers. In addition, Ms. Pabo reported that she, essentially, home schooled O▮▮ during his elementary school years as he was not learning during school hours. This necessitated her taking several hours of leave from her job each week to tutor and reteach him. The parents were also concerned about the number of injuries O▮▮ sustained at the hands of older children at Eaton. The move to OLV was motivated by their small classes and the on-going support available through their learning specialist. It was upon the recommendation of OLV staff, after an increase in academic concerns and behavioral issues emerged in the Spring of 2006, that the family contacted the District of Columbia Public Schools (DCPS) to apply for special education and related services. Along with this examiner, the family is currently in the eligibility process with DCPS.

O▮▮ joined his family through adoption when he was 5 years old. Also in the family at the time were both parents and an older sister and an older brother, also adopted. Since that time, the parents have separated. Not surprisingly, O▮▮ emotional health has been negatively affected by the climate in the home prior to Mr. Oliver's leaving and since that time.

EXHIBIT

tabbies

OO-7    799

O██ O████
Supplementary Evaluation
Page 2

O█████ social-emotional-behavioral, attentional, and learning needs were present when Ms. Pabo and Mr. Oliver completed the adoption. Current issues include specific learning disabilities; language disorder; problems with reading social cues and peer relationships; and behaviors associated with Attention Deficit Hyperactivity Disorder (ADHD) including some oppositionality, impulsivity, variable attention, hyperactivity, and poor executive functioning. Recently, O██ was identified as having Fetal Alcohol Syndrome (FAS), a condition caused by maternal prenatal alcohol abuse. (For the reader's benefit, the Centers for Disease Control and Prevention [http://www.cdc.gov/ncbddd/fas] describes FAS as a "a lifelong condition that causes physical and mental disabilities. FAS is characterized by abnormal facial features, growth deficiencies, and central nervous system [CNS] problems. People with FAS might have problems with learning, memory, attention span, communication, vision, hearing, or a combination of these. These problems often lead to difficulties in school and problems getting along with others. FAS is a permanent condition.").

O██ has recently been evaluated by professionals in the community and in DCPS. The information now available on O████ functioning is voluminous and will only briefly be summarized here. The reader is urged to obtain each evaluator's full report.

In May 2006, O██ was evaluated by Ronald S. Federici, Psy.D., a neuropsychologist in private practice. According to Ms. Pabo, it is Dr. Federici's model to evaluate children *while they are off their medications*. In O███ case, Ms. Pabo believes that, because he was not medicated, the obtained cognitive scores (Borderline to Low Average) underestimated O████ actual ability because his ADHD is so severe. The reader is asked to keep this in mind as opinions are formed about school placement, educational programming, and appropriate services.

Dr. Federici used multiple measures and clinical observations to identified language-based learning disabilities in reading, math, and written language, a nonverbal learning disability, FAS, ADHD, and speech/ language impairments. He recommended a minimum of 2-3 hours a week of speech/language therapy, occupational therapy for at least 2 hours a week, and a minimum of 5 hours a week of special education support. In addition, he recommended therapy for his auditory processing deficit, development of a behavior plan, referral to a pediatric endocrinologist, and an evaluation by Dr. Christopher Renner, a developmental optometrist. (It should be noted that, subsequent to Dr. Renner's evaluation, O██ was treated by Harry Wachs, OD, for vision therapy for an extensive time period).

O██ was also seen by Laurie C. Dietzel, Ph.D., and Jaime Butler, M.A., M.S.T., of Dietzel and Butler and Associates, LLC, in May 2006. The purpose of that evaluation was to administer measures of academic achievement while O██ was on his ADHD medication. O███ behavior during that testing was notably more cooperative and engaging than it had, apparently, been during Dr. Federici's testing. Basic academic skills were found to range from Low Average to Average. When a more robust measure of reading comprehension was administered, O██

800

O██O████
Supplementary Evaluation
Page 3

scored in the very poor range, below the 1st percentile.  Recommendations included books-on-tape while reading along, extended time, and explicit teaching of reading comprehension strategies.

Four reports from DCPS were reviewed (a fifth document, the proposed IEP, was also reviewed and will be discussed during an IEP meeting with DCPS).  Jermaine Perkins, a DCPS school psychologist, observed O██ at OLV in June 2006, interviewed his homeroom teacher (also in 6/06), and reviewed Dr. Federici's neuropsychological (in July 2006).  Highlights from the classroom observation included: limited to no peer interactions, undeveloped typing skills, and disengagement with class and group activities.  O██ hit himself with a book on the head.

As reported by Mr. Perkins, O███ teacher, Ms. Beck's, concerns were as follows: significant difficulties with attention and organization; lack of focus which impacted on academic performance; and problems with transitions.  Ms. Beck noted that O██ responded better in small groups and one-to-one.

Mr. Perkins stated his opinion that O██ met criteria (under the *Individuals with Disabilities Education Act* [IDEA]) for learning disabilities, noting that a final determination of eligibility would be made by the Multidisciplinary Team (MDT).

O██ was also observed at OLV by Denise White-Jennings, Ph.D., a clinical psychologist with DCPS, on 5/25/06.  He was noted to work "diligently" with quiet focus on a project, to have "large, messy print" when copying from the board, to be startled by the unexpected turning off of lights in the classroom (he screamed), to make both relevant and irrelevant comments to peers, to exhibit random and excessive motor activity (twirling on his knees on the floor, running from place to place), and to trip over things as he moved about the classroom.  Dr. White-Jennings also observed O██ to hit himself in the head with a book and a hanger.

Dr. White-Jennings also reviewed Dr. Federici's report and interviewed O████ teacher at OLV.  School concerns were in the areas of motivation; immaturity; need for intense monitoring for task completion; difficulty following directions; need for one-to-one attention; academic and social-emotional deficits; difficulty with organization, sustained attention, and executive functioning; and auditory processing.  O██ was noted to prefer playing alone and was resistant to working in groups.  His basic academic skills were seen as well-developed.

Based on her review, observation, and interviews, Dr. White-Jennings concluded that "O██ is in need of intensive special education services.  Such services should include individualized instruction, behavior management, crisis intervention [plan], individual and group psychosocial services, and medication monitoring."  Dr. White-Jennings noted that both speech/language and occupational therapies were recommended.

O█ O█████
Supplementary Evaluation
Page 4

O█ was evaluated by Leslie J. Charles, M.S., a speech/language pathologist with DCPS, on 5/15/06. Ms. Charles reviewed the speech/language testing conducted by Dr. Federici, along with his diagnostic impressions. She also administered two standardized tests which yielded scores in the Low Average to Average ranges in all areas. Ms. Charles concluded that Oleg's speech/language skills were "within normal limits." She stated that he did not qualify for services under the IDEA. (It should be noted that many of the scores obtained by Dr. Federici fell in the Borderline and Low Average ranges; therefore Ms. Charles' conclusion is factually incorrect).

This examiner reviewed an extensive social history compiled by Cindy F. Brown, LICSW, a social worker with DCPS. This report was quite comprehensive and the reader should review it.

Finally, O█ was evaluated by Christopher Renner, O.D., a developmental optometrist with extensive experience working with children with special needs, on 6/2/06. In summary, Dr. Renner found O█ to have poor binocular vision and poor coordination when using both of his eyes together. The tremor that Dr. Renner observed when examining O████ gaze in all directions suggested "generalized fine motor deficiencies." His fast eye movements, necessary for reading, were slow but accurate. Dr. Renner prescribed a prescription that was stronger than suggested for simple problems with acuity and that had a prism lens added. Through these lenses, Dr. Renner hoped that O████ eye alignment, focus, and near-point functioning would improve.

**Current Evaluation**

O█ was seen for one session of testing in a distraction-reduced, office setting. He arrived with his mother at the appointed time and had no difficulty playing by himself in the waiting room while this examiner and his mother talked. By the time the examiner went to get him for the testing, O█ had built a skyscraper out of unit blocks that almost reached the ceiling. He was quite proud of his work and was pleased that it was allowed to remain standing while he worked. When it was time for him to go home, he cooperatively worked alongside the examiner to put the blocks on the shelf. O█ was able to follow the visual organization established by the examiner for putting blocks of different sizes together on the shelves.

O█ presented as much younger than his age, both in physical size and in his interaction style and conversational topics. Although he was on medication, he tended to talk continuously unless asked to stop by the examiner or when writing or answering questions. O█ was completely cooperative and there is every reason to believe that the results presented below reliably reflect his current levels of performance in the areas measured, within the intrinsic limitations of the tests themselves. As with any complex child with multiple needs, O████ scores may underestimate his actual potential.

O█ O█████
Supplementary Evaluation
Page 5

*Instrument Utilized*

Woodcock-Johnson Psycho-Educational Battery-Third Edition
Tests of Cognitive Ability

*Results and Discussion*

**AUDITORY SUBTESTS**

On the Verbal Comprehension subtest, O█ was asked to name pictures of common objects, provide synonyms and antonyms for target words, and complete verbal analogies. His score fell in the Average range, at the 52nd percentile. O█ response pattern on two of the four subsections, Picture Vocabulary and Verbal Analogies, showed solid skill development to the ceiling level. On the other two, Synonyms and Antonyms, there was more variability in his patterns of passes and fails suggesting some missing word knowledge.

On the Sound Blending subtest, O█ was asked to name words when presented with their individual phonemes (speech sounds). He scored in the High Average range, at the 84th percentile, showing that this area is well-developed. It should not be assumed that, because O█ *auditory* skills are strong, he is able to perform as well when visual components are involved.

On the Auditory Working Memory subtest, O█ was asked to repeat increasingly longer strings of words and numbers, separating out the words from the numbers while retaining their originally-presented sequence. An example would be "milk-2-3-hat." If presented with this, O█ would have been expected to say, "milk-hat-2-3." He worked very hard on this subtest and performed very well. He scored in the Average range, at the 59th percentile. This suggests that following **simple** directions in proper order should be within his capability.

The Incomplete Words subtest required O█ to name a word after only part of the word was presented. He scored quite well, in the High Average range, at the 84th percentile. This suggests that, in a typically noisy classroom, and when directions and information are concrete and short, he should be able to process what is being said even if he misses some of it.

Finally, the Numbers Reversed subtest was presented. This subtest is best understood as an auditory test that requires good use of cognitive strategies for success. The examiner read O█ increasingly longer strings of numbers. He was asked to say them back in reverse order. For example, if the examiner said "6-8", O█ was to say, "8-6." O█ was reliably able to repeat up to 5 digits backwards, which is quite impressive for a child his age. He used repetition as a strategy to help him remember the order forward, which enabled him to repeat the digits backwards.

O█ O█████
Supplementary Evaluation
Page 6

## VISUAL SUBTESTS

On the Spatial Relations subtest, O██ was shown simple and complex geometric shapes and was asked to identify, from an array of partial shapes, which one(s) made up the whole shape. Given his history of significant visual processing impairments, it was not surprising that his score fell only in the Low Average range, at the 15th percentile. O██ was quite reliably able to correctly identify parts of wholes when there were only two. On occasion, he was able to identify 3 parts. Beyond that, however, the visual processing involved was beyond his capability. Although he was lively and enthusiastic while taking the test, his perceptual difficulties interfered with his performance.

The Visual Matching subtest is a timed test which required O██ to find matching numeral sequences and draw circles around them. He obtained his lowest scores on the entire Battery here achieving only in the Deficient range, at the .4 percentile. Given O████ previously identified deficits in visual processing, it is noteworthy that he made only one perceptual error. His very low scores reflected extremely slow processing and response speed, in part a function of brain functioning and in part a result of the great care he took when comparing the written numbers.

## NONVERBAL REASONING

O██ was given the Concept Formation subtest which required him to determine the difference(s) between sets of pictures based on color, shape, number, and/or size. The first portion of the test presents simple and obvious dichotomies: one picture is red, one is yellow; one is a circle, one is a square. O██ was easily able to determine the differences on those items. As the test progressed, however, he was asked to identify differences that both included and excluded variables. He was not able to complete this portion of the test at all. O██ scored in the Low Average range, at the 17th percentile.

## AUDITORY-VISUAL INTEGRATION

On the Visual-Auditory Learning subtest, O██ was shown rebus symbols and told their labels. For example, a stick figure of a person with a hat was labeled, "cowboy." He was then presented with "stories" made up of these symbols. After each story, four more symbols were introduced. Each new story was comprised of more and more symbols. An error correction procedure is built into this test: each time O██ labeled a symbol incorrectly, the examiner corrected him and had him repeat the correct label. Using this model, it is hoped that the child will store the correct label in long-term memory for easy retrieval.

O██ scored in the Low Average range, at the 17th percentile on this subtest. While he was able to learn most of the symbol names, it often took him more than one correction to do so.

804

O███ O████
Supplementary Evaluation
Page 7

There were some symbols he was never able to learn. This subtest is important because it simulates the process of decoding letters in order to read words and understand what they mean. O███ difficulty on this subtest, which uses pictures instead of letters, is indicative of the problems he experiences when he is reading.

**Cluster Scores**

In addition to the findings on the subtests, several Cluster scores were obtained. These shed important light on O███ cognitive and academic strengths, as well as the struggles he has in school.

O███ Verbal Ability score fell squarely in the Average range, at the 52nd percentile. In contrast, his Thinking Ability score, adversely affected by poor visual processing and nonverbal reasoning, fell only at the bottom of the Average range, at the 27th percentile. His overall Cognitive Efficiency, the ease with which O███ can use what skills and abilities he has on specific tasks, fell only in the Low Average range, at the 16th percentile. His Phonemic Awareness score fell in the High Average range, at the 88th percentile, showing that this area is well-developed. O███ Working Memory score, measured only in the auditory realm on the WJ-3, fell in the Average range, at the 72nd percentile.

*Impressions and Recommendations*

O███ O████ was evaluated on academically-related measures of cognitive ability when he was 13 years 4 months old. For this examiner, O███ presented as a cheerful, friendly, exuberant child whose manner was consistent with that of someone younger than he is chronologically. He was cooperative during testing and completed everything that was given to him. His ADHD and his visual processing problems were easily observable.

O███ has recently been evaluated by multiple professionals with mixed findings. Estimates of cognitive ability range from Borderline to Average, depending on the measure utilized and whether or not O███ was taking his medication for severe ADHD at the time of testing. Likewise, estimates of academic skill development vary significantly for the same reasons. Without his medication, O███ behavioral presentation was reported to be less controlled than when he was aided by his medication. Despite significant other discrepancies, there is agreement among professionals that O███ visual system does not serve him well and that he is quite hampered by his deficits in this important processing area.

On this examiner's testing, O███ strengths clearly fell in the auditory-verbal realm (which, by the way, does <u>not</u> mean that he doesn't have deficits in this area; according to Dr. Federici's findings, he does). In contrast, his visual processing, especially on timed measures, fell significantly below that range. By far the most concerning finding is the effect that O███

O█ O███████
Supplementary Evaluation
Page 8

deficits in Cognitive Efficiency have on his academic performance. He simply cannot muster what is necessary to bring his considerable strengths to school-based learning. Included in this is quite severe ADHD.

In light of all the data available on O████ this examiner believes that it is imperative that he receive an intensive, full-time special education program for the 2006-07 school year. To the parents' credit, they have attempted to keep O██ in two different mainstream environments with substantial financial and time expenditures on their part. For the entirety of O████ elementary school career, Ms. Pabo has been tutoring her son several hours each night. In addition, the family has hired tutors and speech/language pathologists to provide extra support. This part-time special education model, with services being provided *a la carte*, clearly did not meet O████ needs and it is time to try something else.

O██ needs a full-time special education placement that has the following components:

- built-in, consistent academic and behavioral structure and supports;
- non-traditional, creative curriculum, strategies, techniques, and programming designed to further O████ academic and cognitive growth;
- on-site speech/language therapy to provide support for O████ auditory processing difficulties;
- on-site occupational therapy for support of severe visual perceptual problems;
- on-site psychological services to support growth in self-concept, social skills and problem solving;
- small class size;
- low student:teacher ratio;
- parent support for further understanding of O████ strengths and needs.

For O████ at this time, a full-time program constitutes the least restrictive environment for him. This examiner views DCPS' failure to refer O██ for a more intensive, more restrictive program when he was failing at Eaton as a violation of his due process rights under the *Individuals with Disabilities Education Act* (IDEA). There is no reason to return to a part-time public school special education model, or even the one full-time placement DCPS has to offer, because what O██ needs is much more intensive and creative than that. It would not be appropriate to bind O██ to a standard curriculum when he has shown repeatedly that he does not respond well to that. He needs a placement in which teachers and therapists are free, indeed, encouraged, to use any type of program necessary to enable O██ to meet the goals and objectives on his IEP, not one that has predetermined curricula and materials.

O█ O█████
Supplementary Evaluation
Page 9

    It was a pleasure working with O██.  Questions and comments related to this report are welcome and should be addressed to this examiner.

*Laura Solomon, Ed.D.*

Laura Solomon, Ed.D.
Special Education Consultant

O█ O█████
Supplementary Evaluation
Page 10

# TEST SCORES FOR OLEG OLIVER

## WJ-3

| CLUSTER/Test | RAW | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| VERBAL ABILITY | – | 13–6 | 11–4 | 16–3 | 91/90 | 52 | 101 (96–106) |
| THINKING ABILITY | – | 10–4 | 7–9 | 16–3 | 82/90 | 27 | 91 (88–94) |
| COG EFFICIENCY | – | 10–5 | 9–4 | 11–9 | 53/90 | 16 | 85 (81–88) |
| PHONEMIC AWARE | – | >28 | 14–10 | >28 | 97/90 | 88 | 118 (113–123) |
| WORKING MEMORY | – | 16–1 | 13–1 | >22 | 96/90 | 72 | 109 (105–113) |
| Verbal Comprehension | – | 13–6 | 11–4 | 16–3 | 91/90 | 52 | 101 (96–106) |
| Visual-Auditory Learning | 18–E | 8–6 | 6–5 | 14–5 | 77/90 | 17 | 85 (81–90) |
| Spatial Relations | 57–D | 7–7 | 5–8 | 12–1 | 72/90 | 15 | 84 (80–89) |
| Sound Blending | 26 | >26 | 16–10 | >26 | 98/90 | 84 | 115 (110–120) |
| Concept Formation | 18–D | 8–5 | 7–4 | 10–2 | 51/90 | 17 | 85 (82–89) |
| Visual Matching | 32–2 | 8–8 | 8–1 | 9–3 | 3/90 | 0.4 | 61 (57–64) |
| Numbers Reversed | 16 | 17–4 | 14–7 | 21 | 98/90 | 76 | 111 (105–116) |
| Incomplete Words | 27 | >33 | 11–10 | >33 | 96/90 | 84 | 115 (107–123) |
| Auditory Work Memory | 25 | 14–4 | 11–9 | >22 | 93/90 | 59 | 103 (99–108) |
| Vis-Aud Learn—Delayed | 24 | – | – | – | – | – | |

August 9, 2006

O█.O████ (dob:████/93)                    date of evaluation: 7/11/06
3512 Rodman Street, NW                    chronological age: 13-4
Washington, DC 20015                      grade placement: rising 6th

## SUPPLEMENTARY EVALUATION

O█ was seen for supplementary testing at the request of his mother, Claudia Pabo. O█ has just completed the fifth grade, which he repeated, at Our Lady of Victory School (OLV), a Catholic School with learning resource support, in Washington, DC. He was transferred there by his parents after attending John Eaton Elementary School, a public school, also in Washington, DC, for the fourth and fifth grades. Prior to attending Eaton, O█ attended Hearst Elementary School, also a public school in Washington, DC. He entered pre-kindergarten at Hearst instead of
kindergarten, which would have been age-appropriate. Therefore, it is important to keep in mind that O█ is minimally two years older than his grade-mates who will enter sixth grade in the Fall of 2006.

Ms. Pabo shared that O█ special education and related service needs were not met through either of the public schools he attended and that she and O█ father, Charles Oliver, obtained speech/language therapy, tutoring, and medical intervention for his multiple needs through community service providers. In addition, Ms. Pabo reported that she, essentially, homeschooled O█ during his elementary school years as he was not learning during school hours. This necessitated her taking several hours of leave from her job each week to tutor and reteach him. The parents were also concerned about the number of injuries O█ sustained at the hands of older children at Eaton. The move to OLV was motivated by their small classes and the on-going support available through their learning specialist. It was upon the recommendation of OLV staff, after an increase in academic concerns and behavioral issues emerged in the Spring of 2006, that the family contacted the District of Columbia Public Schools (DCPS) to apply for special education and related services. Along with this examiner, the family is currently in the eligibility process with DCPS.

O█ joined his family through adoption when he was 5 years old. Also in the family at the time were both parents and an older sister and an older brother, also adopted. Since that time,



EXHIBIT
809
00-8

the parents have separated. Not surprisingly, O███ emotional health has been negatively affected by the climate in the home prior to Mr. Oliver's leaving and since that time.

O███ social-emotional-behavioral, attentional, and learning needs were present when Ms. Pabo and Mr. Oliver completed the adoption. Current issues include specific learning disabilities; language disorder; problems with reading social cues and peer relationships; and behaviors associated with Attention Deficit Hyperactivity Disorder (ADHD) including some oppositionality, impulsivity, variable attention, hyperactivity, and poor executive functioning. Recently, O██ was identified as having Fetal Alcohol Syndrome (FAS), a condition caused by maternal prenatal alcohol abuse. (For the reader's benefit, the Centers for Disease Control and Prevention [http://www.cdc.gov/ncbddd/fas] describes FAS as a "lifelong condition that causes physical and mental disabilities. FAS is characterized by abnormal facial features, growth deficiencies, and central nervous system [CNS] problems. People with FAS might have problems with learning, memory, attention span, communication, vision, hearing, or a combination of these. These problems often lead to difficulties in school and problems getting along with others. FAS is a permanent condition.").

O██ has recently been evaluated by professionals in the community and in DCPS. The information now available on O███ functioning is voluminous and will only briefly be summarized here. The reader is urged to obtain each evaluator's full report.

In May 2006, O██ was evaluated by Ronald S. Federici, Psy.D., a neuropsychologist in private practice. According to Ms. Pabo, it is Dr. Federici's model to evaluate children *while they are off their medications*. In O███ case, Ms. Pabo believes that, because he was not medicated, the obtained cognitive scores (Borderline to Low Average) underestimated O████ actual ability because his ADHD is so severe. The reader is asked to keep this in mind as opinions are formed about school placement, educational programming, and appropriate services.

Dr. Federici used multiple measures and clinical observations to identified language-based learning disabilities in reading, math, and written language, a nonverbal learning disability, FAS, ADHD, and speech/ language impairments. He recommended a minimum of 2-3 hours a week of speech/language therapy, occupational therapy for at least 2 hours a week, and a minimum of 5 hours a week of special education support. In addition, he recommended therapy for his auditory processing deficit, development of a behavior plan, referral to a pediatric endocrinologist, and an evaluation by Dr. Christopher Renner, a developmental optometrist.

O██ was also seen by Laurie C. Dietzel, Ph.D., and Jaime Butler, M.A., M.S.T., of Dietzel and Butler and Associates, LLC, in May 2006. The purpose of that evaluation was to administer measures of academic achievement while O██ was on his ADHD medication. O███ behavior during that testing was notably more cooperative and engaging than it had, apparently,

O█ O█████
Supplementary Evaluation
Page 3

been during Dr. Federici's testing. Basic academic skills were found to range from Low Average to Average. When a more robust measure of reading comprehension was administered, O█ scored in the very poor range, below the 1st percentile. Recommendations included books-on-tape while reading along, extended time, and explicit teaching of reading comprehension strategies.

Four reports from DCPS were reviewed (a fifth document, the proposed IEP, was also reviewed and will be discussed below). Jermaine Perkins, a DCPS school psychologist, observed O█ at OLV in June 2006, interviewed his homeroom teacher (also in 6/06), and reviewed Dr. Federici's neuropsychological (in July 2006). Highlights from the classroom observation included: limited to no peer interactions, undeveloped typing skills, and disengagement with class and group activities. O█ hit himself with a book on the head.

As reported by Mr. Perkins, O█████ teacher, Ms. Beck's, concerns were as follows: significant difficulties with attention and organization; lack of focus which impacted on academic performance; and problems with transitions. Ms. Beck noted that O█ responded better in small groups and one-to-one.

Mr. Perkins stated his opinion that O██ met criteria (under the *Individuals with Disabilities Education Act* [IDEA]) for learning disabilities, noting that a final determination of eligibility would be made by the Multidisciplinary Team (MDT).

O█ was also observed at OLV by Denise White-Jennings, Ph.D., a clinical psychologist with DCPS, on 5/25/06. He was noted to work "diligently" with quiet focus on a project, to have "large, messy print" when copying from the board, to be startled by the unexpected turning off of lights in the classroom (he screamed), to make both relevant and irrelevant comments to peers, to exhibit random and excessive motor activity (twirling on his knees on the floor, running from place to place), and to trip over things as he moved about the classroom. Dr. White-Jennings also observed O██ to hit himself in the head with a book and a hanger.

Dr. White-Jennings also reviewed Dr. Federici's report and interviewed O█████ teacher at OLV. School concerns were in the areas of motivation; immaturity; need for intense monitoring for task completion; difficulty following directions; need for one-to-one attention; academic and social-emotional deficits; difficulty with organization, sustained attention, and executive functioning; and auditory processing. O██ was noted to prefer playing alone and was resistant to working in groups. His basic academic skills were seen as well-developed.

Based on her review, observation, and interviews, Dr. White-Jennings concluded that "O██ is in need of intensive special education services. Such services should include individualized instruction, behavior management, crisis intervention [plan], individual and group

psychosocial services, and medication monitoring." Dr. White-Jennings noted that both speech/language and occupational therapies were recommended.

O███ was evaluated by Leslie J. Charles, M.S., a speech/language pathologist with DCPS, on 5/15/06. Ms. Charles reviewed the speech/language testing conducted by Dr. Federici, along with his diagnostic impressions. She also administered two standardized tests which yielded scores in the Low Average to Average ranges in all areas. Ms. Charles concluded that O████ speech/language skills were "within normal limits." She stated that he did not qualify for services under the IDEA. (It should be noted that many of the scores obtained by Dr. Federici fell in the Borderline and Low Average ranges; therefore Ms. Charles' conclusion is factually incorrect).

This examiner reviewed an extensive social history compiled by Cindy F. Brown, LICSW, a social worker with DCPS. This report was quite comprehensive and the reader should review it.

Finally, O███ was evaluated by Christopher Renner, O.D., a developmental optometrist with extensive experience working with children with special needs, on 6/2/06. In summary, Dr. Renner found O███ to have poor binocular vision and poor coordination when using both of his eyes together. The tremor that Dr. Renner observed when examining O████ gaze in all directions suggested "generalized fine motor deficiencies." His fast eye movements, necessary for reading, were slow but accurate. Dr. Renner prescribed a prescription that was stronger than suggested for simple problems with acuity and that had a prism lens added. Through these lenses, Dr. Renner hoped that O████ eye alignment, focus, and near-point functioning would improve.

## Current Evaluation

O███ was seen for one session of testing in a distraction-reduced, office setting. He arrived with his mother at the appointed time and had no difficulty playing by himself in the waiting room while this examiner and his mother talked. By the time the examiner went to get him for the testing, O███ had built a skyscraper out of unit blocks that almost reached the ceiling. He was quite proud of his work and was pleased that it was allowed to remain standing while he worked. When it was time for him to go home, he cooperatively worked alongside the examiner to put the blocks on the shelf. O███ was able to follow the visual organization established by the examiner for putting blocks of different sizes together on the shelves.

O███ presented as much younger than his age, both in physical size and in his interaction style and conversational topics. Although he was on medication, he tended to talk continuously unless asked to stop by the examiner or when writing or answering questions. O███ was completely cooperative and there is every reason to believe that the results presented below

O██ O████
Supplementary Evaluation
Page 5

reliably reflect his current levels of performance in the areas measured, within the intrinsic limitations of the tests themselves.  As with any complex child with multiple needs, O███ scores may underestimate his actual potential.

*Instrument Utilized*
Woodcock-Johnson Psycho-Educational Battery-Third Edition
Tests of Cognitive Ability

O█ O█
Supplementary Evaluation
Page 6


*Results and Discussion*

AUDITORY SUBTESTS

On the Verbal Comprehension subtest, O█ was asked to name pictures of common objects, provide synonyms and antonyms for target words, and complete verbal analogies. His score fell in the Average range, at the 52nd percentile. O█ response pattern on two of the four subsections, Picture Vocabulary and Verbal Analogies, showed solid skill development to the ceiling level. On the other two, Synonyms and Antonyms, there was more variability in his patterns of passes and fails suggesting some missing word knowledge.

On the Sound Blending subtest, O█ was asked to name words when presented with their individual phonemes (speech sounds). He scored in the High Average range, at the 84th percentile, showing that this area is well-developed. It should not be assumed that, because O█ *auditory* skills are strong, he is able to perform as well when visual components are involved.

On the Auditory Working Memory subtest, O█ was asked to repeat increasingly longer strings of words and numbers, separating out the words from the numbers while retaining their originally-presented sequence. An example would be "milk-2-3-hat." If presented with this, O█ would have been expected to say, "milk-hat-2-3." He worked very hard on this subtest and performed very well. He scored in the Average range, at the 59th percentile. This suggests that following **simple** directions in proper order should be within his capability.

The Incomplete Words subtest required O█ to name a word after only part of the word was presented. He scored quite well, in the High Average range, at the 84th percentile. This suggests that, in a typically noisy classroom, and when directions and information are concrete and short, he should be able to process what is being said even if he misses some of it.

Finally, the Numbers Reversed subtest was presented. This subtest is best understood as an auditory test that requires good use of cognitive strategies for success. The examiner read O█ increasingly longer strings of numbers. He was asked to say them back in reverse order. For example, if the examiner said "6-8", O█ was to say, "8-6." O█ was reliably able to repeat up to 5 digits backwards, which is quite impressive for a child his age. He used repetition as a strategy to help him remember the order forward, which enabled him to repeat the digits backwards.

O██ O████
Supplementary Evaluation
Page 7

VISUAL SUBTESTS

On the Spatial Relations subtest, O██ was shown simple and complex geometric shapes and was asked to identify, from an array of partial shapes, which one(s) made up the whole shape. Given his history of significant visual processing impairments, it was not surprising that his score fell only in the Low Average range, at the 15th percentile. O██ was quite reliably able to correctly identify parts of wholes when there were only two. On occasion, he was able to identify 3 parts. Beyond that, however, the visual processing involved was beyond his capability. Although he was lively and enthusiastic while taking the test, his perceptual difficulties interfered with his performance.

The Visual Matching subtest is a timed test which required O██ to find matching numeral sequences and draw circles around them. He obtained his lowest scores on the entire Battery here achieving only in the Deficient range, at the .4 percentile. Given O███ previously identified deficits in visual processing, it is noteworthy that he made only one perceptual error. His very low scores reflected extremely slow processing and response speed, in part a function of brain functioning and in part a result of the great care he took when comparing the written numbers.

NONVERBAL REASONING

O██ was given the Concept Formation subtest which required him to determine the difference(s) between sets of pictures based on color, shape, number, and/or size. The first portion of the test presents simple and obvious dichotomies: one picture is red, one is yellow; one is a circle, one is a square. O██ was easily able to determine the differences on those items. As the test progressed, however, he was asked to identify differences that both included and excluded variables. He was not able to complete this portion of the test at all. O██ scored in the Low Average range, at the 17th percentile.

AUDITORY-VISUAL INTEGRATION

On the Visual-Auditory Learning subtest, O██ was shown rebus symbols and told their labels. For example, a stick figure of a person with a hat was labeled, "cowboy." He was then presented with "stories" made up of these symbols. After each story, four more symbols were introduced. Each new story was comprised of more and more symbols. An error correction procedure is built into this test: each time O██ labeled a symbol incorrectly, the examiner corrected him and had him repeat the correct label. Using this model, it is hoped that the child will store the correct label in long-term memory for easy retrieval.

O██ scored in the Low Average range, at the 17th percentile on this subtest. While he was able to learn most of the symbol names, it often took him more than one correction to do so.


Supplementary Evaluation
Page 8

There were some symbols he was never able to learn. This subtest is important because it simulates the process of decoding letters in order to read words and understand what they mean. O████ difficulty on this subtest, which uses pictures instead of letters, is indicative of the problems he experiences when he is reading.

## Cluster Scores

In addition to the findings on the subtests, several Cluster scores were obtained. These shed important light on O████ cognitive and academic strengths, as well as the struggles he has in school.

O████ Verbal Ability score fell squarely in the Average range, at the 52nd percentile. In contrast, his Thinking Ability score, adversely affected by poor visual processing and nonverbal reasoning, fell only at the bottom of the Average range, at the 27th percentile. His overall Cognitive Efficiency, the ease with which O███ can use what skills and abilities he has on specific tasks, fell only in the Low Average range, at the 16th percentile. His Phonemic Awareness score fell in the High Average range, at the 88th percentile, showing that this area is well-developed. O████ Working Memory score, measured only in the auditory realm on the WJ-3, fell in the Average range, at the 72nd percentile.

*Impressions and Recommendations*

O██ O████ was evaluated on academically-related measures of cognitive ability when he was 13 years 4 months old. For this examiner, O██ presented as a cheerful, friendly, exuberant child whose manner was consistent with that of someone younger than he is chronologically. He was cooperative during testing and completed everything that was given to him. His ADHD and his visual processing problems were easily observable.

O██ has recently been evaluated by multiple professionals with mixed findings. Estimates of cognitive ability range from Borderline to Average, depending on the measure utilized and whether or not O███ was taking his medication for severe ADHD at the time of testing. Likewise, estimates of academic skill development vary significantly for the same reasons. Without his medication, O████ behavioral presentation was reported to be less controlled than when he was aided by his medication. Despite significant other discrepancies, there is agreement among professionals that O████ visual system does not serve him well and that he is quite hampered by his deficits in this important processing area.

On this examiner's testing, O████ strengths clearly fell in the auditory-verbal realm (which, by the way, does <u>not</u> mean that he doesn't have deficits in this area; according to Dr. Federici's findings, he does). In contrast, his visual processing, especially on timed measures, fell significantly below that range. By far the most concerning finding is the effect that O████

O██ O█████
Supplementary Evaluation
Page 9

deficits in Cognitive Efficiency have on his academic performance. He simply cannot muster what is necessary to bring his considerable strengths to school-based learning. Included in this is quite severe ADHD.

In light of all the data available on O███ this examiner believes that it is imperative that he receive an intensive, full-time special education program for the 2006-07 school year. To the parents' credit, they have attempted to keep O██ in two different mainstream environments with substantial financial and time expenditures on their part. For the entirety of O████ elementary school career, Ms. Pabo has been tutoring her son several hours each night. In addition, the family has hired tutors and speech/language pathologists to provide extra support. This part-time special education model, with services being provided *a la carte*, clearly did not meet O███ needs and it is time to try something else.

O██ needs a full-time special education placement that has the following components:

- built-in, consistent academic and behavioral structure and supports;
- non-traditional, creative curriculum, strategies, techniques, and programming designed to further O███ academic and cognitive growth;
- on-site speech/language therapy to provide support for O████ auditory processing difficulties;
- on-site occupational therapy for support of severe visual perceptual problems;
- on-site psychological services to support growth in self-concept, social skills and problem solving;
- small class size;
- low student:teacher ratio;
- parent support for further understanding of O████ strengths and needs.

For O███ at this time, a full-time program constitutes the least restrictive environment for him. This examiner views DCPS' failure to refer O███ for a more intensive, more restrictive program when he was failing at Eaton as a violation of his due process rights under the *Individuals with Disabilities Education Act* (IDEA). There is no reason to return to a part-time public school special education model, or even the one full-time placement DCPS has to offer, because what O██ needs is much more intensive and creative than that. It would not be appropriate to bind O██ to a standard curriculum when he has shown repeatedly that he does not respond well to that. He needs a placement in which teachers and therapists are free, indeed, encouraged, to use any type of program necessary to enable O██ to meet the goals and objectives on his IEP, not one that has predetermined curricula and materials.

It was a pleasure working with O███. Questions and comments related to this report are welcome and should be addressed to this examiner.

O██ O████
Supplementary Evaluation
Page 10


Laura Solomon, Ed.D.
Special Education Consultant

O███ O█████
Supplementary Evaluation
Page 11

## TEST SCORES FOR OLEG OLIVER

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882

# CLASSROOM OBSERVATION

**NAME:** O██ O██████
**DATE OF BIRTH:** ████/93
**AGE:** 13.4 years
**GENDER:** Male
**GRADE:** Fifth
**SCHOOL:** Our Lady of Victory

**DATE OF REPORT:** 7/10/06
**OBSERVER:** Denise White-Jennings, Ph.D.
**TITLE:** Clinical Psychologist
**LIC/CERT:** NCSP

**Date of Observation:**

**5/25/06**

**Reason for Referral:**

O██ was referred for evaluation due to concerns about his immaturity and need for intensive monitoring in order to complete assignments or participate in class. He is reported to struggle socially, having difficulty with peers and teachers. His parents are reported to spend an inordinate amount of time with him on homework and getting organized. He has a diagnosis of ADHD and is on medication. His school expresses concern that there are other issues that they do not have the resources to address, particularly as he moves into middle school. He was noted to lack motivation and to often refuse to complete class assignments independently but especially avoids group work. He has difficulty following instructions and needs frequent one to one attention. He is often off task, playing with things in his desk or doing other things. He is reported to have a pattern of pushing others buttons and is sent to the principal more than others in the class. He also goes to the school nurse to avoid certain (science and music) classes. Weaknesses were noted in understanding verbal directions, spelling, completing written work, organizing sentences and ideas into meaningful paragraphs, memory, retention of information over time, motivation, self-control, frustration tolerance, consistency in performance, interpreting social cues, making and keeping friends, accepting responsibility for his behaviors, getting along with adults, sudden changes in mood throughout the day, beginning a task, maintaining attention, having work and materials, organization, completing tasks, distractibility, overactive, study habits, and following school

EXHIBIT

tabbies OO-9 820

rules. Strenghts were seen in understanding spoken language, expressing thoughts and ideas, speaking vocabulary, letter/word recognition, word attack skills, number concepts, basic operations, addition, subtractions, voice quality, discriminating letter symbols and sounds, and attendance. He was noted to be unusually shy or withdrawn, easily influenced by others and under active.

Neuropsychological evaluation (5/3/06, Federici, Psy.D.) found O██ intellectual abilities to fall within the low average-borderline range with clear indications of 'general suppression' due to his attentional and concentration problems in addition to global neuropsychologically based processing deficits in both auditory and visual spheres. He was noted to display language comprehension and auditory processing impairments in addition to weaknesses in clarity in oral expression. He was also noted to have major weaknesses related to a nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory as well as visual scanning, tracking and sequencing. Dr. Federici concluded that "while O██ certainly has ADHD, he has major (overlapping) psychological and cognitive issues. He definitely has issues with anxiety, frustration, in addition to becoming very easily angry and confused. There is a great deal of situation stress going on within the family which contributes to his difficulties." Diagnostic impressions were Cognitive Disorder NOS, Mixed Receptive-Expressive Language Disorder, Learning Disorder NOS, Mathematics Disorder, Disorder of Written Language, Developmental Reading Disorder, Attention Deficit Hyperactivity Disorder, Adjustment Disorder of Childhood with Mixed Emotional Features, and Post Traumatic Stress Disorder. Recommendations included "full individualized educational program with categorization as Multiply handicapped/multiply disabled/other health impaired (neurologically impaired based on Fetal Alcohol Spectrum Disorder), Speech and Language impaired, Nonverbal learning disorder, Multiple learning disabilities (reading, writing, and math – dyslexia), and ADHD; speech and language therapy, occupational therapy, and intensive learning disability remediation.

O██ teacher indicated that this has been a tough year for O██. He is old for the grade. He was supposed to go into 6th but was retained in 5th. At the beginning of the year he didn't make any attempt to relate to other students. He now plays with the boys a bit but prefers to be alone. On the playground he sometimes walks or runs the perimeter and sometimes he hops into a game of tag. He is very resistant to group work, although this past week he seemed to be making more effort to work with a group. He has also been more on task whereas before he had to be refocused constantly. Organization is a big problem. He has to have constant reminders and external organization. He sometimes gets goofy. He often complains about feeling tired. She indicated that this is partly avoidance and that he also gets sick to avoid tasks. He has been on crutches three times and it was unclear if this was a real need or a bid for attention and/or sympathy with a classmate who had an injury. O██ has had incidents of violence in the past and been suspended. He has made threats and has made sexualized comments (told girl she was sexy). His teacher noted that he has older siblings and may pick up things from them. He is not hostile but is preoccupied with police. He had a list and was keeping data on the teachers such as where they live. He has an agenda and wants to do what he wants to do. He trys to get his way. He has gotten better at accepting it when he doesn't get his own way. Before he would get so mad he would shut down. At times he would clench and unclench his fists. He also clenches and releases his fists when he is upset with peers.  He seems overly reliant on his mother for help with homework and when given assignments and will often say "I'll do that with my mother". At one time the teacher would send work home that he refused to do in school but has more recently begun to "require" him to do the work in class.  He is struggling in Science (D) because he does not get one on one support and that teacher does not send unfinished assignments home. O██ reads fluently, is well spoken and knowledgeable but he

2

doesn't volunteer much. He is not motivated to work. He plays with objects in his desk and if doing so sometimes will not respond. He can be reminded many times to get back on task and he won't do it or will do it for a minute and then go back off task. He can be extremely stubborn and at times gets "sick" when he can't do what he wants. He does better with things that get quick results like math and in resource room he responds more. O█ is on medication (Concerta) and his dosage was recently lowered due to concerns about toxicity.

**Behavior Observations:**

O█ was observed in his classroom. The class was involved in working on a project – making a mobil representing the three branches of government. O█ worked diligently on his project. He copied information from the board in a large messy print. He worked quietly and was focus on his project in the midst of a "lively" class. To help the students prepare for an upcoming science test the teacher suggested that they prepare by quizzing each other. O█ continued to work on his mobile. When the teacher offered to quiz him herself he stated that he and his mother had studied a lot. He added that he "either got an A or thought it". When O█ finished the drawings for his mobile he gave himself a little cheer. He began balancing a pencil on his head. When told to put away his project he ran to do so. The lights were accidentally turned off and O█ screamed. He walked across the room and tripped over several things. He next balanced a book on his head. He was reminded to get his supplies for the next class and prepare to leave. He said goodbye to the teacher and left running for science.

O█ was also observed in Science following the test. He was seated in the front of the class. He commented that he answered every test. After completing the test he drew in his plan book. The teacher reviewed the test. O█ did not raise his hand to respond and when called upon he did not know the answer to one question but was later able to respond correctly. The class was given pixie sticks candy as a treat. As the class left the science room, O█ was observed to twirl and bang into wall as he went back to class.

In the class he was hitting himself on the head with a book and with a hanger that he was to use to string up his mobile. O█ talked to himself as he returned to work on the project. He sought the teacher's input at every step of the lining up and stringing up the parts of the mobile. A classmate offered him some extra tape which O█ accepted and then added "Don't put any lip gloss on it, that wouldn't be good." He made several relevant comments to a group of classmates but failed to get their attention. As he finished the project he jumped around saying "I'm done, done, done. Hallelujah and calling to the teacher. He made a comment about wanting his favorite color. Another student attempted to engage him by talking about his favorite color but O█ did not notice. He was engaged in making admiring comments to himself about his project – "this is the best project in town". He began running from spot to spot, twirling on his knees, making noises until redirected by teacher to prepare for the end of the day. He continued to fidget, crawl on the floor until told to relax and put his head on the desk. He commented that he was tired and that it was time to go home and go to sleep. He commented that he was going to spend all of summer vacation reading. He laid on the floor next to his book bag. He commented that he wondered when the pixie stick was going to wear off.

3

**Educational Implications:**

O███ is a 13 year old student in the 5th grade who has been diagnosed with Cognitive Disorder NOS, Mixed Receptive-Expressive Language Disorder, Learning Disorder NOS, Mathematics Disorder, Disorder of Written Language, Developmental Reading Disorder, Attention Deficit Hyperactivity Disorder, Adjustment Disorder of Childhood with Mixed Emotional Features, and Post Traumatic Stress Disorder. O███ is in need of intensive special education services. Such services should include individualized instruction, behavior management, crisis intervention plan, individual and group psychosocial services, and medication monitoring. Speech and Language and Occupational services have also been recommended.

Denise White-Jennings, Ph.D.
Clinical Psychologist, DCPS
NCSP

4

823



**DR. ROBIN RINEARSON**
**DR. CHRISTOPHER RENNER**
**DR. ROBERT WARREN**
Optometrists

July 2, 2006

Ms. Claudio Pabo
3512 Rodman Street, NW
Washington, DC 20008

Re: O███ O██████

Dear Ms. Pabo:

This letter is to inform you of the results of the developmental eye examination performed on 6-2-2006. You stated that O███ has esotropia, for which he has been through vision training for several years.

O███ acuity with correction at the distant chart was 20/20 with the right eye and 20/20 with the left eye. At a reading distance of thirteen inches, he was able to read 20/25 size print with both eyes. O███ was able to identify twelve out of twelve Ishihara color vision plates, indicating normal color vision.

Extra-ocular muscle function was full. There were no muscle or nerve anomalies noted other than mildly reduced abduction of each eye. Cover testing at distant targets showed a significant esotropia (tendency of the eyes to converge). At a near test distance there was a significant esotropia and hypertropia noted. This is a tendency of the eyes to overconverge and vertically misalign when looking at a reading distance. Accommodative (focusing) function was tested in a number of different ways. Accommodative amplitude, accuracy and facility were normal.

On the stereoscopic test for depth perception at near, zero items were correctly identified, indicating poor binocular potential. Confrontation visual fields showed no restriction of peripheral vision. Fixation disparity testing showed a tendency of the eyes to lose coordinated use of the two eyes.

O███ blood pressure was 104/64. Tonometry (intra-ocular pressure testing for glaucoma) showed readings of 17 mm Hg in the right eye and 17 mm Hg in the left eye. This is within the normal range. His pupils were equally reactive to light and accommodation. Slit lamp examination showed the cornea, conjunctiva, iris, lens and other anterior segment structures to be unremarkable. The lids were without apparent pathology. Fundus examination showed pink healthy optic nerve heads, and normal retinal grounds.

Retinoscopy and refraction showed moderate hyperopia (farsightedness) of both eyes. Cycloplegic retinoscopy and refraction confirmed this correction. With corrective lenses for the refractive error, his acuity was 20/20 in the right eye and 20/20 in the left eye.

There was a tremor in all positions of gaze, which may be a sign of generalized fine motor deficiencies. King-Devick testing showed that saccades (fast reading eye movements) were accurate, but slower than expected compared to other children his age.

**EXHIBIT**
824
00-10

**Impression:**
- Constant alternating esotropia

A stronger prescription than what was found at far point testing assisted in improving eye alignment, focusing ability and visual function at near. A compensating prism supplemented this lens prescription to further assist proper horizontal and vertical alignment of the eyes. These lenses are to be in the form of a bifocal correction since there were problems with both distance and near vision and to facilitate compliance with wearing the lenses during school hours. Please allow some time to adapt to the new correction. You should see some improvement in O███ performance within a few weeks. You may note improvement in reading speed and efficiency, fluidity, concentration and attention to detail, neatness in writing and alignment of figures. The lenses should assist with stamina and alleviate some of the fatigue associated extended deskwork activities. If there is any fusion potential (neurological integration of the two eyes), the prism is likely to allow it to become more apparent. At the minimum the prism will make it easier for O███ to alternate between the two eyes, assisting with tracking.

**I have also recommended the following:**
- Work on development of visual memory skills. This might include flash cards for math and spelling, Concentration, Boggle, Scrabble and other memory games.
- Use color highlighters to note main ideas in notes, in textbooks and handouts.
- Untimed or oral format for testing, wherever possible, to better determine O███ depth of knowledge.
- Use visual cues to draw attention to critical detail.
  - Use color cues for different subjects.
  - Use highlighters to emphasize important words in instructions on papers.
  - Use larger type sizes (fonts of 14 or greater) and widely separated lines (double-spaced) whenever possible to minimize difficulty with visually crowded papers.
- O███ may require extra time to complete writing and copying assignments. Reduce the amount of required written work in order to avoid fatigue and discouragement.
- Please ask the teacher to provide copy work at the desk only.
- Please ask the teacher to let you know if he is having headaches, is rubbing his eyes or experiencing watery eyes, or is using excessive postural deviations while doing seatwork.
- Please ask for papers to be returned so that corrections may be made. It is important to reinforce learning habits by mastering these skills. Initially indicate how many items are wrong on the page. If necessary, be more specific to a paragraph, line or particular word. As O███ is able to locate the items more easily, give less specific indicators until the proofing can be done independently.
- Preferential seating is recommended. When possible, have him seated within the first two rows of the most frequently used chalkboard or at a distance of no greater than 10 feet away.

2

825

- Please avoid the use of Scantron type test papers. Allow the answers to be written directly on the test paper. Have another person transfer the information to a grading sheet if necessary.
- Start your own flashcard set that is culled from words that are frequently misspelled or misread. Emphasize writing these words from memory.

Please feel free to contact me if you have any questions about the evaluation. I would like to see O██ in two months for a brief follow-up.

Sincerely,

Christopher J. Renner, O.D.

CJR/gs

826



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

**This report is confidential and should be secured at all times. Use and disclosure of this information should be done within the guidelines of The Health Insurance Portability and Accountability Act (HIPAA) of 1996.**

REVISED COPY

Social Work Evaluation Report

### Demographic Information

| | | | |
|---|---|---|---|
| Name of Student: | O██ O████ | Gender: | Male |
| DOB: | █████/93 | Ethnicity: | Asian American |
| Primary Language: | English | Religion: | |
| School/Grade: | Our Lady of Victory/5th | Student ID#: | 9051483 |
| Neighborhood School: | Eaton ES | | |
| Parent/Guardian: | Claudia Pabo/Charles Oliver | Telephone#: | 202/966-4368 (Home) |
| Address: | 3512 Rodman Street, N.W. | Telephone #: | 202/418-1595 (M - Work) |
| | Washington, D.C. 20007 | | |

Person(s) Interviewed: Claudia Pabo (Mother)
Date of Interview: 6/28/06
Interviewer: Cindy F. Brown, LICSW
Document(s) Reviewed: Multi-disciplinary Team Meeting - MDT Notes (4/26/06); Student Evaluation Plan – SEP (4/26/06); Neuropsychological Evaluation (Educational Assessment (R. Federici, 5/3/06); Our Lady of Victory Report Card (2005-06); Eaton ES Report Card (6/4/04); Stanford Nine Test of Achievement (4/2004); Stanford Nine Test of Achievement (4/2003); Copies of classwork (undated)

### Social History Interview

**Reason for Referral**

O██ was referred for evaluation for special education services by his school's special education teacher (Mary Ann Ewers) and mother (Claudia Pabo), due to concerns regarding his academic and social-emotional functioning. Per the C.A.R.E. Center Referral (2006), he is reported to have difficulty completing schoolwork; difficulty competing written assignments; organization, participating in instruction; maintaining attention and concentration; retaining visual information, following school rules, and interacting appropriately with peers and adults. O██ also lacks motivation and attempts to avoid schoolwork. He is rated as average in all academic areas, expect written language and science. His mother, Ms. Pabo, also reports similar concerns regarding O██ academic functioning and indicates that he is diagnosed with Attention Deficit Hyperactivity Disorder (ADHD).

**Involvement with School and/or Community Agencies**
(include information regarding social, medical, legal, psychological, psychiatric, school –based, academic, educational advocate/attorney services, as well as any evaluations – educational, psychological, psychiatric, medical – that may have been completed)

According to Ms. Pabo, O██ has received school-based services at various times throughout his schooling. He received English as a Second Language (ESL) services from first through fifth grades, as well as

EXHIBIT

tabbies  00-1  827

O███, O.
Page 2

minimal accommodations (i.e., daily homework checklists from his math teacher) during fifth grade at Eaton ES. Ms. Pabo also obtained private tutoring two to three times per week through Sylvan Learning Center in order to provide O██ with additional academic support. He also underwent neuropsychological evaluation (Federici, 2006) after an incident in which he verbally threatened to harm another student. Ms. Pabo reports that evaluation was a condition of his return from suspension, as the school administrator was concerned as to whether O██ posed any serious threat to students.

The results of O██ psychological evaluation (2006) revealed cognitive functioning in the low average to borderline range. Achievement testing revealed low average oral language skills and below average reading, math, and written language skills. Assessment of his language skills indicated below average functioning. Additional testing to assess his ADHD symptoms and emotional functioning revealed significant problems in these areas.

O██ does not receive any community-based services nor is he or any immediate family members presently involved in the legal system. There is a past history of legal involvement as it relates to domestic violence and mediation regarding child custody issues.

Ms. Pabo has retained the services of educational consultants, Dr. Laura Solomon and Peter Sturtevent, in order to identify a placement she deems appropriate. Ms. Pabo indicates that her experiences with DCPS in identifying an appropriate placement for her daughter cause her to question whether DCPS can offer a placement that meets O██ needs.

## School History
(include information regarding school placements, progress, retentions, general education or special education services, behavioral concerns, peer relations, etc... )

O██ began his schooling (pre-kindergarten) at Hearst ES. Ms. Pabo indicates that he began pre-kindergarten instead of kindergarten, his appropriate grade. She believed that he did not have the foundation to be successful in school since he had just been adopted from a Russian orphanage. He continued at Hearst ES until third grade and then, enrolled at Eaton ES for fourth and fifth grades. Due to concerns regarding O██ ability to adequately function in a larger school, he was enrolled at Our Lady of Victory. He repeated fifth grade upon the recommendation of school staff.

According to Ms. Pabo, O██ did not experience any significant adjustment difficulties in pre-kindergarten. He learned English very quickly and did not preset with any behavioral concerns. Learning issues became evident in kindergarten, as he had difficulties associating sounds with their respective letters. Ms. Pabo indicates that she obtained private speech therapy services (one to two times per week) to address O██ weaknesses in phonetic skills, but notes that he continues to have difficulty in this area. His decoding and reading fluency skills improved, but he still had difficulty comprehending written information. These learning issues persisted in first grade, but they were compounded by the onset of behavioral issues. O██ was consistently disruptive in class (i.e., out of seat behaviors, singing, talking during instruction) and was asked to leave the classroom. Ms. Pabo indicates that O██ spent a significant amount of time in the hallways pretending to be a truck or a train and that the school did not provide adequate academic or behavioral support. She believes he was only promoted because he was an ESL student.

O██ school functioning improved in second grade, as his teacher was much more supportive. Although his behavior improved significantly, he still was not completing his schoolwork even with assistance from an aide. Ms. Pabo reports that she took leave from work approximately five hours per week to observe and assist O██ in class. Through her observation, it was apparent that he did not understand written or oral directions and needed much more individualized assistance. With her help, he began completing his classwork and making progress. Although O██ made significant progress in second grade, Ms. Pabo indicates that he was still functioning below his expected age- and grade-level. O██ demonstrated improved academic and social-emotional functioning in third grade, but he continued to lag behind his peers. Ms. Pabo notes that she was unable to devote as much attention to O██ during third grade, as her older son was experiencing academic concerns requiring her time and attention. His results from the Stanford Nine Test of Achievement (April, 2003) indicated that he performed at the "Proficient" level in Vocabulary; "Basic" in Total Reading, Reading Comprehension, Procedures, and Science; and "Below Basic" in Total Math, Problem Solving.

According to Ms. Pabo, she transferred O██ to Eaton ES in fourth grade. Adjustment difficulties were immediately evident, as he would leave his class during transitions to specials and hide in the lavatory or

828

O████, O.
**Page 3**

custodian's closet. O███ would also wander the hallways and/or remain on the playground with other classes (during other recess periods). Ms. Pabo believes he was attempting to avoid instruction. Although he had been diagnosed with ADHD that summer, he had not undergone pharmacological treatment. Once medication (i.e., Concerta and Ritalin) was prescribed, his behavior improved. Ms. Pabo notes that she provided a great deal of home instruction to O██, as well as private tutoring two to three days per week in an effort to improve his academic performance. Tutoring was particularly beneficial in improving his math, although he demonstrated overall academic progress. Per results from the Stanford Nine Test of Achievement (April, 2004), O███ scored "Proficient" in Vocabulary; "Basic" in Total Math, Problem Solving, and Procedures; and "Below Basic" in Total Reading and reading Comprehension. His fourth grade report card (June, 2004) indicates that he has satisfactory performance in all areas except reading. Reading was not graded, as it was taught through ESL.

In fifth grade, Ms. Pabo reports that O███ received more academic and behavioral support under ESL. He was provided resource instruction (i.e., small class instruction) in language arts and this allowed him to receive more individualized assistance. Ms. Pabo indicates, however, that additional help for O███ was provided as a means of amelioration after the school failed to ensure that he was receiving math instruction during the first five to six weeks of school. She reports that she discovered O██ evaded math class by telling each of the math teachers that he was assigned to the others' class. This issue was resolved and his math teacher implemented a plan to track his class and home assignments. His other teachers did not implement such a plan, as Ms. Pabo believes that they expected him to be responsible for tracking, completing, and turning in his assignments. Consequently, Ms. Pabo continued private tutoring so that O██ would receive the additional support he needed. At the end of fifth grade, he was reportedly exited from ESL services and reportedly scored "Basic" (in Language Arts and Math) and "Proficient" (in Vocabulary) on the Stanford Nine Test of Achievement.

Due to concerns regarding O███ functioning in a large school setting, O███ was enrolled at Our Lady of Victory (OLV). Ms Pabo reports that she chose this program due to its strong academic component, especially in language arts. OLV recommended that Oleg repeat fifth grade in order to have more opportunity to improve his overall academic skills and Ms. Pabo agreed. Initially, O██ attempted to avoid homework, but this was addressed through the implementation of a homework tracking system. Academic difficulties, however, persisted as a result of his deficits in reading comprehension and poor motivation. Math, which had been his strength, had also become more difficult, but Ms. Pabo believes this was due to his teacher's delivery of instruction. Ms. Pabo reports that she spent an extraordinary amount of time (i.e., 3 to 5 hours nightly) on home instruction and eventually resorted to reading material to him since his oral comprehension skills are much better developed. His reading skills stagnated as a consequence. Moreover, his performance continued to be inconsistent due to his failure to review his work and correct for errors. O████ third quarter report card from OLV indicates that he received an A in religion; B's in language arts and math; a C in social studies; and a D in science. It is noted that he is two grades below his same-age peers.

Socially, O██ is described as having ongoing difficulties throughout his schooling with regarding to social interactions. He is noted to be small for his age and height and has a history of minor and serious injures at school resulting for rough play with same-age or older male students. Ms. Pabo reports that he often plays alone and occasionally plays with female peers of the same-age. O██ has not developed any close friendships with peers at school, although he has had a few play dates with one particular boy. Ms. Pabo believes that the student have not been very accepting of O██ as they have been already developed close social groups.

Per parent report, O██ also has a history of behavioral and emotional issues resulting from his impulsivity; difficulty managing frustration and anger; and inability to accurately interpret social situations. Since first grade, he has consistently presented with disruptiveness and/or noncompliant behavior (i.e., talking during instruction, failure to go to class, refusal to complete homework). Aggressive behavior only became evident this past school year and Ms Pabo contributes these incidents to O███ misunderstanding of or over-reaction to social situations. He is reported to have overreacted to students' comments/questions about a leg injury at the beginning of the school year when he thought students were insinuating that he was faking the injury. He also made a derogatory comment to another student in response to similar comments made to him by this student. The most serious incident, however, was when O██ wrote a letter to a friend who was recently diagnosed with cancer. The letter contained aggressive themes of revenge (aimed at the doctor who made the diagnosis), as well as anger (centered on his personal feelings of loss). Ms. Pabo believes that this incident triggered emotions related to her previous diagnosis of cancer and surgery two years prior, as he had significant difficulty coping with this event. Ms. Pabo notes that subsequent testing revealed that the diagnosis was incorrect.

829

▆▆, O.
Page 4

O▆ has also experienced suspensions this past school as a result of verbally aggressive behavior. Ms. Pabo believes that O▆ behavior was not reflective of intent to harm others, but a manifestation of his difficulties in accurately interpreting social situations and responding appropriately to stressful situations. He was suspended for a half-day for a perceived threat toward a teacher and again, in November for unknowingly making an obscene gesture. O▆ was last suspended in April for threatening physical harm against another student. Ms. Pabo reports that O▆ had been taunted by another student and told this student that he had guns at home and would defend himself if that student came to his home. OLV took this incident very seriously and required that O▆ undergo psychiatric/psychological evaluation as a condition of his return to school. A psychological evaluation was immediately obtained, however, the results of the evaluation did not reveal that he was a danger to others. Ms. Pabo believes that O▆ medication regimen likely contributed to his behavioral difficulties, as he was very irritable while he was on such a high dose of ADHD medication. Another factor may also have been provocation from peers who were aware of his difficulties coping with negative situations. She also notes that O▆ is very empathetic toward others and when he behaves or reacts inappropriately in situations, he is remorseful.

Family History
(include information regarding household composition, significant persons not in household, family relationships, occupation and level of education – as relevant, separations, history of moves, losses, etc...)

O▆ is a thirteen-year-old male of Russian descent who was adopted by Claudia Pabo and Charles Oliver when he was five years. Prior to his adoption, he lived an orphanage in Russia from infancy to three years and then, another orphanage from three to five years. Ms Pabo notes that the second orphanage was specifically for children with disabilities. She reports that documents she reviewed indicated that he has an older biological sister. Ms. Pabo reports that her father who speaks Russian stayed with the family for the first five weeks to assist O▆ in his adjustment. He experienced some adjustment difficulties, but such concerns appear to have been manageable.

O▆ presently resides in N.W. Washington, D.C. with his adoptive parents and two adoptive siblings (15-year-old brother and sister). His brother and sister were both adopted from a Russian orphanage at 2 ½ and 3 ½ years of age, respectively. None of the children are biologically related. Ms. Pabo and Mr. Oliver are recently separated and have been for approximately nine months. The children spit residences between parents.

Ms. Pabo alleges that she and her husband separated as a result of domestic violence. She cites many incidents of aggressive behavior (verbally and physically) on the part of her husband and indicates that two of the most incidents required police intervention. None of the incidents involved violence against the children. She does note that O▆ verbally expressed a desire to protect her, although he did not physically intervene. Ms. Pabo acknowledges that she was arrested once for striking her husband after feeling threatening. She notes, however, that the police did not arrest her husband after the last incident, although there were obvious signs that he assaulted her. The police did suspect child endangerment since the children witnessed the domestic violence. Ms. Pabo reports that as a consequence, social services became involved and investigated the family with regard to the allegations of child endangerment. She indicates that she was advised to obtain a protective order and soon after she began the process of obtaining such an order (in June 2005), she and her husband negotiated a custody agreement in which they share joint custody of the children. O▆ in particular, resides with his mother on days with school nights, his father on the remaining days, and alternate weekends and holidays between both parents.

According to Ms. Pabo, she and O▆ share a mostly positive relationship. He is, however, noted to have difficulty responding to request/directives and sometimes becomes oppositional and irritable around schoolwork. O▆ at times, verbally challenges adult authority and needs prompting to comply with requests/directives. Ms. Pabo indicates that he does not fully trust adults to make appropriate decisions regarding his well being and therefore, attempts to negotiate his compliance. She also acknowledges that she may be reinforcing this behavior, since she does not consistently expect immediate compliance with her request/directives. Discipline usually ranges from discussions (about expected/appropriate behavior) to physical discipline (i.e., spanking) being the last resort. Ms. Pabo reports that she no longer uses physical discipline, due to her concerns regarding whether physical discipline or threats of physical discipline was contributing to his negative behavior. Overall, O▆ is described as a funny, affectionate, helpful, relatable, and empathetic child who has various challenges that impact his overall functioning.

With regard to the father-son relationship, O▆ shares a somewhat conflictual relationship with his father, Mr. Oliver. Ms. Pabo reports that O▆ loves his father, but is very angry about how his father treated her. He was,

O████, O.
Page 5

initially, very ambivalent about visitation with his father, but this has improved. Ms. Pabo notes that she would not force O██ to visit with his father and initially, this was issue of contention between her and his father. O██ now visits regularly with his father, but expresses his anger through rudeness, snide comments, and inconsiderate behavior. Ms. Pabo has addressed this behavior with O███ but it has not ceased. She also reports that Mr. Oliver is somewhat permissive and his failure to consistently redirect inappropriate behavior often leads to him becoming very angry and having outbursts. He then expects immediate compliance. Ms. Pabo reports that Mr. Oliver is improving with regard to discipline, but consistency remains a concern.

O███ reportedly shares somewhat positive relationships with his siblings. He does not interact much with his sister, but their relationship is considered very typical. With regard to O███ relationship with his brother, Ms. Pabo notes that there is a history of previous conflicts resulting from his brother's teasing. She and Mr. Oliver have since addressed this issue after it became evident that the teasing was impacting O███ functioning at school. Ms. Pabo also indicates that sibling conflicts also arise as a result of O███ failure to acknowledge personal boundaries and space. This, however, has significantly improved, since Ms. Pabo gave them separate rooms. They still share a room at their father's home.

With regard to O██ functioning in the community, he has difficulty interacting with same-age peers, although he interacts well with younger children and adults. He often plays alone and has not developed close friendships. Ms. Pabo also indicates that he has a history of being somewhat indiscriminate in his interactions with adults (i.e., affectionate towards or initiating interactions with unfamiliar adults) and consequently, she has implemented very strict guidelines regarding personal safety, especially in public places. She relates this behavior to attachment issues identified by his psychologist O██ is also very impulsive and during summer camp was reported to have damaged a restroom door by repeatedly striking the door with a rock. Ms. Pabo notes that the last incident occurred shortly after she and her husband separated.

## Trauma History

According to Ms. Pabo, O███ experienced significant trauma as a result of his early history in the orphanages in Russia. Specific information is not available, but it appears he has developed significant issues related to attachment. Ms Pabo also reports that she experienced a health crisis two years ago, which was extremely upsetting to O███, especially. He visited her in the hospital at every opportunity, became very clingy, and began reporting somatic complaints (i.e., pain in his testicles). He was evaluated on several occasions, but no medical issues were revealed. Ms. Pabo believes that this was his way of testing her ability to care for him. O██ has not resolved issues regarding safety and stability and such issues, again, resurfaced after he found out that his friend had cancer. O██ reacted with significant emotionality and wrote a letter to his friend expressing anger and aggression toward the doctor who gave the diagnosis, as well as significant self-centeredness regarding his own feelings of personal loss.

## Birth/Developmental/Medical History

(include information regarding pregnancy, birth, in utero exposure to substances/alcohol, infant health, medical concerns – physical defects scars, physical disability, frequent colds, special dietary needs, allergies/hay fever, speech problems, ear infections, asthma, frequent sore throats, lead poisoning, diabetes, headaches/migraines, epilepsy/seizures, surgeries, serious accidents/injuries, heart conditions/disease, sickle cell anemia, cancer, enuresis/encopresis, head injuries, fever above 104 F, vision problems special equipment for school, sleeping problems/disorders, eating problems/disorders, etc…)

Ms. Pabo has limited information regarding O██'s birth and early developmental history. She reports that his biological mother was single and had an older daughter. His Apgar scores at birth were reportedly normal and his weight was somewhat low, but still in the normal range. Ms. Pabo is unaware of any medical concerns following his birth and indicates that he had a physical examination prior to leaving Russia. O██ early developmental history is reportedly remarkable for speech delays, but Ms. Pabo believes this was due to a lack of stimulation while he was residing in the orphanages. He began speaking at three years and his first language is Russian. Beginning at age six, O██ received speech therapy once to twice per week for several years to

831

C████, O.
Page 6

address fluency and phonetic skills. Ms. Pabo notes that his oral fluency is now a strength and he enjoys talking to others. He was evaluated soon after he arrived in the United States and developmental delays in multiple areas were confirmed. Ms. Pabo notes that he does not present with any gross motor issues, but appears to have fine motor, visual perceptual, sensory integration, and language concerns. O███ is also crossed-eyed and she believes this contributes to his reading difficulties. He received vision therapy in the past. O███ is reported to fatigue easily during writing activities and has demonstrated left-hand preference. He also is sensitive to noises and touch. O███s learning issues are confirmed through neuropsychological evaluation (2006) and he has been provided diagnoses of Cognitive Disorder, NOS (Not Otherwise Specified); Mixed Receptive-Expressive Language Disorder; Learning Disorder, NOS; Mathematics Disorder; Disorder of Written Language; Developmental reading Disorder; ADHD, NOS (Secondary to Multi-Sensory Neurological Deficits); Adjustment Disorder of Childhood with Mixed Emotional features (Anxiety, Depression, and Periodic Disturbance of Conduct); Post-Traumatic Stress Disorder – PTSD (Early Childhood Institutionalization); Low Average – Borderline Intellectual Functioning; and Psychosocial Growth Failure Secondary to Fetal Alcohol Spectrum Disorder.

Per parent report, O████ medical history is remarkable for growth delays, likely fetal alcohol exposure, ADHD, and latex allergies. Ms. Pabo notes that his height and weight is below the 1st percentile for his age. He has dysmorphic ear placement, which is associated with fetal alcohol syndrome, and wears corrective eyeglasses for strabismus (cross-eyes). Ms. Pabo reports that at the time of the adoption she was aware of the implications of his facial dysmorphia, but did not reveal this information with her husband. O███ is currently prescribed Concerta (36 mg, qam) and Ritalin (5 mg, tib - morning, afternoon, and evening) to manage ADHD symptomology. His medication was recently adjusted and he is benefiting from pharmacological treatment. O███reportedly had been evaluated by an endocrinologist to assess his growth delays. Ms. Pabo indicates that the evaluation revealed delayed bone age, but it is suspected that he will eventually reach a normal height and weight. He underwent a physical examination in August 2005 and no medical concerns are identified. O████ immunizations are up to date and there are no concerns regarding his hearing. O███has orthodontic issues and wears braces. Presently, he appears to be in good physical health.

Ms. Pabo notes that O███ has sustained minor, as well as serious injuries (i.e., leg fracture), resulting from being accidentally knocked down steps or knocked over due to his small size and weight. He sustained a heel fracture jumping fro play equipment at Eaton ES and sustained an ankle injury at OLV. Ms. Pabo reports that O███ was in a wheelchair and during his process of recovery, re-injured his leg during an outing with his father, brother, and sister. It is reported that his brother was pushing him very fast in the wheelchair, lost control, and caused him to fall out of the wheelchair. O███was evaluated at the hospital and the results of a MRI later suggested a "bone bruise." Ms. Pabo notes that the injury healed on its own, but he was n crutches for the beginning of this past school year.

## Independent Living Skills
(include information regarding the child's level of personal functioning, interests, career/vocational goals, as appropriate)

According to Ms. Pabo, O██demonstrates mostly age-appropriate hygiene/grooming and self-help skills. He dislikes bathing/showering and needs prompting. O██is also able to prepare cold snacks and use the microwave to heat up prepared food items. He enjoys assisting with age-appropriate household chores, but requires a lot of prompting to put away his belongings. Ms. Pabo notes that O██is very disorganized and needs direction with chores. O██is required to complete two hours of homework and chores before he can earn his allowance. His allowance is for movie rentals, fast food, snacks, etc...).

With regard to recreation, he enjoys swimming, biking, roller-blading, shooting baskets, and building things. He also enjoys being read to. Ms. Pabo notes that O██demonstrates particular skill in building things and wants to be an architect.

## Social and Behavioral Characteristics

| Behaviors – Strengths | Home | Community | School |
|---|---|---|---|
| Accepts teachers' authority | N/A | N/A | X |
| Accepts parents' authority | inconsistent | N/A | N/A |

832

O_____, O.
Page 7

| | | | |
|---|---|---|---|
| Completes assignments | | | |
| Self-confident | | | |
| Takes responsibility for behavior/problems | X | X | X |
| Follows teachers' cues (indirect/direct) to change behavior | sometimes | sometimes | sometimes |
| Follows directions | sometimes | sometimes | sometimes |
| Self-motivated | | | |
| Accepts constructive criticism | X | inconsistent | unsure |
| Attends school regularly | N/A | N/A | X |
| Talks about/expresses future goals | X | N/A | X |
| Compromises/flexible when appropriate | X | inconsistent | unsure |
| Completes household tasks | X | N/A | N/A |
| Independent (not a follower) | X | X | X |
| Understands impact of his/her behavior on others | X | X | X |
| Demonstrates adaptive coping strategies | inconsistent | inconsistent | inconsistent |
| Able to cope/mange transitions/changes | | | |
| Has a group of friends | | | |
| Takes initiative | | | |
| Has hobbies | X | X | X |
| Behaves respectfully and courteously toward others | inconsistent | inconsistent | inconsistent |
| Can win/lose without loss of control of emotions/behavior | X | X | X |
| Compliant with routines and limits | inconsistent | inconsistent | inconsistent |
| Demonstrates understanding of appropriate roles | | | |

| Behaviors – Weaknesses/Challenges | Home | Community | School |
|---|---|---|---|
| Use and/or interest in substance and/or alcohol use | | | |
| Seeks attention inappropriately | inconsistent | inconsistent | inconsistent |
| Demonstrates inappropriate sexual behaviors | | | |
| Unable to control emotions (outburst, tantrums) | | | occasional |
| Makes negative comments about self and/or others | | | |
| Controlling (sometimes) | | | |
| Oppositional, stubborn and/or defiant | occasional | | sometimes |
| Difficulty with organization | X | X | X |
| Short attention | X | X | X |
| Overactive | X | X | X |
| Difficulty with time management/often tardy | X | X | X |
| Excessive talking | X | X | X |
| Impulsive | X | X | X |
| Avoids homework | X | N/A | X |
| Tells lies/often deceitful | | | |
| Overly shy and/or withdrawn | | | |
| Has unrealistic fantasies | X | X | X |
| Verbally and/or physically aggressive | | | occasional |
| Lacks motivation | | | X |
| Hallucinates (talks to self, hears voices, etc...) | | | |
| Liable mood and/or inconsistent pattern of behaviors | | | |
| Needs constant reassurance | | | |
| Difficulty making friends and/or keeping friends | X | X | X |
| Exhibits self-injurious behaviors (I.e. head banging, etc...) | | | |
| Bites nails | X | X | X |
| Suicidal and/or homicidal ideation | | | |
| Rocking | | | |
| Thumb/finger sucking | | | |
| Hand flapping/fluttering | | | |
| Perseverative or obsessive behaviors | | | |

833

O.
Page 8

Describe any behaviors that are checked above:

    Ms. Pabo is most concerned about O▇▇poor motivation for school, lack of organizational skills, impulsivity, difficulty interpreting social cues, and difficulty interacting with peers. He is struggling academically and therefore, requires significant academic and behavioral supports in the school setting to address inattentiveness, lack of organization, poor time management, and avoidance of schoolwork. O▇▇is noted to interact well with adults and younger children, but has obvious difficulty interacting with same-age peers. Ms. Pabo believes that O▇▇ is very mistrustful of adults and often questions their ability to make appropriate decisions, especially in regard to his well being. Despite these difficulties, he demonstrates strengths in that he takes responsibility for his behavior, is able to accept constructive criticism from familiar adults, is able to manage transitions at home, and is usually respectful toward adults.

<u>Psychosocial Analysis and Implications</u>

    O▇▇is a thirteen-year-old male of Russian decent who was referred for evaluation for special education services by his school and parent, due to concerns regarding his poor academic performance and social-emotional functioning. He has difficulty completing schoolwork; participating in instruction; maintaining attention and concentration; and interacting appropriately with peers and adults. O▇▇also lacks motivation, attempts to avoid schoolwork, and has difficulty managing anger and frustration. He is currently diagnosed with ADHD, NOS (Secondary to Multi-Sensory Neurological Deficits), as well as Cognitive Disorder, NOS; Mixed Receptive-Expressive Language Disorder; Learning Disorder, NOS; Mathematics Disorder; Disorder of Written Language; Developmental reading Disorder; Adjustment Disorder of Childhood with Mixed Emotional features (Anxiety, Depression, and Periodic Disturbance of Conduct); Post-Traumatic Stress Disorder – PTSD (Early Childhood Institutionalization); Low Average –Borderline Intellectual Functioning; and Psychosocial Growth Failure Secondary to Fetal Alcohol Spectrum Disorder.

    O▇▇ early history is significant for institutionalization, global developmental delays, ADHD, learning concerns, ad social-emotional concerns. These concerns have translated to difficulties at home, school, and the community with regard to his ability to control impulses; regulate his emotionality, especially anger and frustration; understand social cues; and respond appropriately to various social situations. O▇▇copes with negative emotions and situations through avoidance, withdrawal, isolation, aggression, manipulation, and somatization in order to protect himself from perceived threats. His maladaptive ways of coping with stressors, however, only further compound existing difficulties with regard to his academic performance and social interactions. Although O▇▇has the support of his family, he requires additional supports in the school setting to address concerns regarding his overall functioning.

    Based on the parent's report, C.A.R.E. Center Referral, and review of the neuropsychological evaluation (Federici, 2006), therapeutic services in the form of counseling or therapy appear warranted. If such services are recommended, they should focus on developing adaptive coping skills, self-regulation, social skills, and self-concept. It is also recommended that a behavior modification plan be implemented in the classroom, along with accommodations/modifications to address his academic needs. The MDT will make a final determination regarding the need for therapeutic interventions once all pertinent information is considered.

Submitted by:

*Cindy F Brown, LICSW*       <u>August 31, 2006</u>
Cindy F. Brown, LICSW         Date
Clinical Social Worker

This information will only be used by District of Columbia Public Schools (DCPS) professionals to determine whether the student is or continues to be eligible for special education services. If eligible, this information, along with other evaluations, will be used to develop and Individualized Educational Program (IEP), as well as determine the appropriate educational setting and placement for the student. The material will be kept in a confidential folder and will only be made available for review by appropriate personnel.

**This form is to be completed by DCPS Licensed Social Workers ONLY!**

834



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-673-6557

# facsimile transmittal

| To: | Paula Rosenstock | Fax: | 301/657-3843 |
| From: | Cindy F. Brown, LICSW – Date: | | 8/31/2006 |
| | Case Manager | | |
| Re: | | Pages: | 9 |

☐ Urgent   ☒ For Review   ☐ Please comment   ☐ Please Reply   ☐ Please Recycle

---

**Copy of Social History (Revised)**

Thank you

835

873/ Colesville Road Suite LL104
Silver Spring, Maryland 20910
Phone: 301-588-1400
Fax: 301-588-9411
info@dietzelbutler.com
www.dietzelbutler.com

## Dietzel Butler & Associates, LLC

## EDUCATIONAL EVALUATION

### Confidential

| | | | |
|---|---|---|---|
| **Name:** | O███ O████ | **School:** | Our Lady of Victory |
| **Date of Birth:** | ████████, 1993 | **Grade:** | 5 |
| **Age:** | 13 years, 3 months | **Dates of Testing:** | May 30, 2006 |

### REASON FOR REFERRAL

Ms. Claudia Pabo, O████ mother, requested updated academic testing in order to reassess his skills. O████ has been previously diagnosed with an attention deficit disorder for which he takes stimulant medication. O████ most recent assessment was conducted without stimulant medication. For today's session, O████ had taken his medication prior to testing.

### SOURCES OF DATA / TESTS ADMINISTERED

Gray Silent Reading Tests (GSRT), Form B
Test of Written Language-Third Edition (TOWL-3), Spontaneous Writing Test, Form B
Woodcock-Johnson III (WJ-III) Tests of Achievement, Form B

### BEHAVIORAL OBSERVATIONS

O███ was a very cooperative, engaging, and personable participant throughout testing. He initiated conversation and offered us a glimpse of his good sense of humor. O████ was hardworking and eager to do well. He demonstrated good attention and impulse control, persisting even when tasks appeared difficult. O████ appeared to process directions without difficulty and did not ask for them to be repeated. He used a left-handed appropriate pencil grip and his handwriting was legible. Given his strong effort and cooperation, evaluation results are viewed as providing an accurate description of his current functioning. It should be noted, however, that testing was conducted in an optimal, one to one setting.

### EVALUATION RESULTS (See Appendix for standard scores and percentiles)

### Academic Achievement

Since O███ is an older fifth grade student, his academic performance is discussed by comparing him to his grade peers (i.e., 5th grade norms) as well as to his age peers (i.e.,

EXHIBIT

tabbies™  DD-1336

O█, O█

13 year, 3 month old student norms). The Appendix includes standard scores and percentile ranks by both grade and age.

**Reading:** O█ reading skills ranged from well below average to higher in the average range when he is compared to other 5th grade students and to other 13 year olds. O█ did best, performing toward the upper end of average (71st percentile using grade norms) on a word recognition test where he read a list of individual words (WJ-III Letter-Word Identification). O█ incorrect responses were close phonetic approximations. When he is compared to other students his age, his word recognition skills placed at the 47th percentile. When asked to decode nonsense words, O█ scored in the average range, at the 44th percentile (WJ-III Word Attack), using grade norms and at the 36th percentile, using age norms. As a measure of reading fluency, O█ read simple sentences and indicated if they were true or false. His performance placed in the low average range, at the 20th percentile using grade norms and at the bottom of the low average range and at the 10th percentile using age norms (WJ-III Reading Fluency). Of the 38 items he completed within the 3-minute time frame, he made only one error, indicating that he sacrificed speed for accuracy.

O█ had more difficulty on measures of comprehension, when using both grade and age norms. On the WJ-III Passage Comprehension test, O█ was required to provide a missing word in a one or two sentence passage. He performed at the low end of the average range (26th percentile) using grade norms. When compared to his age peers, his score fell to the low average range (15th percentile). O█ worked persistently on this task, attempting an answer even when unsure. He demonstrated some variability, as he incorrectly answered earlier and easier items while correctly responding to later and more difficult ones. He worked slowly on this untimed test, using some subvocalizing (read softly to himself). To gain additional information about his comprehension for lengthier material, O█ was asked to read stories silently and answer multiple choice questions (GSRT). He scored in the very poor range and below the first percentile when compared to his age peers (The GSRT uses age norms only). It is useful to note that O█ correctly answered 4 out of 5 questions on the first 3 stories; however, standardized test procedures required 100% accuracy on the first paragraph in order to include subsequent correct responses in his score.

**Written Language:** O█ written language scores placed from the low to average range when comparing him to his grade and age peers. He used an appropriate left handed pencil grip and his writing was legible for brief and lengthy tasks. O█ strongest performance (solidly average, 49th percentile using grade norms) was on a traditional dictation-format spelling test (WJ-III Spelling). His performance was similar using age norms (average range, 36th percentile). O█ worked with good speed on this measure. He obtained average proficiency (39th percentile using grade norms) when asked to write single sentences according to specific directions (WJ-III Writing Samples). He was not generally penalized for mechanical errors (spelling, punctuation, and capitalization) on this measure of written expression. His spelling was excellent on this task and his sentences were simple constructions, with limited detail; His performance on the WJ-III Writing Samples test was weaker, placing in the low average

837



range and at the 24th percentile using age norms. O⬛had more difficulty when asked to write brief sentences quickly using three target words as a measure of his writing fluency (WJ-III Writing Fluency). He scored in the low average range and at the 18th percentile, when using grade based norms and in the low range (5th percentile) using age based norms. Of the 14 sentences he completed, he made one error due to incorrect spelling of the target word. Again, O⬛worked slowly and accurately.

To gain more information about O⬛ skill at organizing and composing lengthy material when under time constraints, he was asked to plan and write a story about a picture in 15 minutes (TOWL-3). O⬛ finished his story in the allotted time. His performance placed, overall, in the below average range and at the 16th percentile. He scored at the low end of the average range (25th percentile) for his use of punctuation/capitalization, spelling, and general use of writing mechanics as well as for his story construction, which included character development, organization, theme/plot. O⬛ obtained below average proficiency (16th percentile) for the quality of his sentences and vocabulary. O⬛ story was very concrete and his prose was quite simple. He consistently used capital letters at the beginning of his sentences and periods at the end of them. These scores compare O⬛to other 13-year olds; grade based norms are not available.

**Mathematics:** All of O⬛math scores fell in the average range when he is compared to his 5th grade peers; his performance ranged from low average to average using age based norms. When asked to complete progressively more difficult math computations, O⬛ scored at the 65th percentile (grade norms) and at the 39th percentile when compared to his age peers (WJ-III Calculation). He correctly completed all basic and most advanced addition, subtraction, multiplication and division items. O⬛was also successful with problems requiring him to add and subtract fractions with like denominators. He used his fingers to help him solve some of the problems.

O⬛ applied math skills were assessed by asking him to solve word problems that were read to him and were usually accompanied by pictures or text (WJ-III Applied Problems). He scored at the 36th percentile for his grade. His performance fell to the low average range and at the 20th percentile for his age. O⬛used paper and pencil as well as mental calculation to solve these problems. O⬛demonstrated inconsistency on this task as he made errors on earlier and easier problems yet correctly answered some of the later and more difficult ones. O⬛demonstrated proficiency at the 46th percentile (grade based norms) when asked to rapidly complete simple addition, subtraction, and multiplication problems, thus measuring his automaticity with basic math facts (WJ-III Math Fluency). When he is compared to other 13-year olds, his math fluency score fell to the low average range, at the 17th percentile. O⬛made only one error on the 72 items completed, which was due to performing the wrong operation.



## SUMMARY

O███, is a friendly, cooperative 13 year, 3-month old 5th grader who was very hard-working and motivated during testing. O███ enjoyed making conversation during the assessment and did not become frustrated when presented with difficult tasks. O███ academic skills – reading and spelling words in isolation and solving paper-pencil math computations – were in the average range, both when comparing him to his grade and age peers. By comparison, his fluency (accuracy and speed) on simple reading and writing tasks was significantly weaker, placing in the low average range for reading and math fluency and in the low range for math fluency, using age and grade based norms. While O███ basic skills were adequate, he had more difficulty applying them to reading comprehension, math problem solving, and written expression at both the single sentence and paragraph level; his scores fell in the low average range when compared to age peers on the WJ-III tests. His reading comprehension on an untimed paragraph test was in the very poor range while his paragraph writing performance was below average. O███ and his parents should be commended for their persistent effort to improve his academic performance.

## RECOMMENDATIONS

1. As O███ demonstrates a slow work pace on timed reading and writing tasks, he should be permitted extended time for tests and in class assignments as appropriate.

2. O███ should continue to read for pleasure. Using books on tape and reading along as he listens to the recording is recommended. This will help not only with reading fluency but also with word recognition.

3. He should continue to expand his written and oral vocabulary. O███ would benefit from being explicitly taught reading comprehension techniques such as previewing material, highlighting and writing in the margins, as well as formulating questions to be answered from his reading.

4. Please refer to his most recent neuropsychological evaluation for more detailed recommendations.

Laurie C. Dietzel, Ph.D.
Licensed Psychologist
Maryland License #3344

Jamie G. Butler, M.A., M.S.T.
Educational Diagnostician

4    839

OO

## APPENDIX

Key:
SS = Standard Score; P/A = Percentile by Age, P/G = Percentile by Grade;
GE = Grade Equivalent

**Unless otherwise noted, the average range for standard scores (SS) is 90-109/110, with a mean of 100 and a standard deviation of 15; *scaled scores* (S/S) have a mean of 10 and a standard deviation of 3; the average range is 8-12.**

**Gray Silent Reading Tests (GSRT) – Form B**

|  | SS | P/A |
|---|---|---|
| Silent Reading Comprehension | 55 | <1 |

**Test of Written Language - Third Edition (TOWL-3) – Form B**

|  | SS | S/S | P/A |
|---|---|---|---|
| Spontaneous Writing Composite | 85 |  | 16 |
| Contextual Conventions |  | 8 | 25 |
| Contextual Language |  | 7 | 16 |
| Story Construction |  | 8 | 25 |

**Woodcock-Johnson III (WJ-III) Tests of Achievement (Form A)**
Scores are presented by age and grade, as O███ is an older fifth grader

|  | SS (Grade) | P/G (Grade) | SS (Age) | P/A (Age) | GE* (Grade) |
|---|---|---|---|---|---|
| Broad Reading | 94 | 34 | 87 | 19 | 4.8 |
| Letter-Word ID | 108 | 71 | 99 | 46 | 7.2 |
| Passage Comprehension | 90 | 26 | 84 | 15 | 3.6 |
| Reading Fluency | 87 | 20 | 81 | 10 | 3.9 |
|  |  |  |  |  |  |
| Basic Reading Skills | 103 | 57 | 97 | 41 | 6.3 |
| Word Attack | 98 | 44 | 95 | 36 | 5.1 |
| Letter-Word ID | 108 | 71 | 99 | 46 | 7.2 |
|  |  |  |  |  |  |
| Broad Mathematics | 98 | 45 | 89 | 23 | 5.6 |
| Calculation | 106 | 65 | 96 | 39 | 6.7 |
| Applied Problems | 94 | 36 | 87 | 20 | 4.9 |
| Math Fluency | 98 | 46 | 86 | 17 | 5.7 |

| | | | | | |
|---|---|---|---|---|---|
| Broad Written Language | 93 | 32 | 85 | 16 | 4.8 |
| Spelling | 100 | 49 | 95 | 36 | 5.8 |
| Writing Samples | 96 | 39 | 89 | 24 | 5.0 |
| Writing Fluency | 86 | 18 | 75 | 5 | 3.9 |
| Academic Skills | 106 | 65 | 96 | 40 | 6.6 |
| Academic Applications | 93 | 32 | 84 | 15 | 4.5 |
| Academic Fluency | 87 | 20 | 78 | 7 | 4.2 |

\* Test grade equivalents should be interpreted with caution; they are less reliable than standard scores and do not indicate the grade at which the student is functioning.



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER @ Shaw JHS
925 Rhode Island Avenue, N.W.
Washington, D.C. 20001
202-671-0882, fax: 202-671-1285
www.k12.dc.us

## Speech and Language Evaluation Report

NAME: O██-O███        I.D.#: 9051483
D.O.B: ███/9          C.A.:13.3
D.O.E.: 05/15/06      D.O.R.: 05/18/06
Home School: John Eaton Elementary School
Attending School:  Our Lady of Victory Catholic School
Grade: Fifth
Language In Home: English
Examiner: Leslie J. Charles, M.S.
          Speech-Language Pathologist

### REASON FOR REFERRAL

O██-O███, a 13 year old Caucasian male, was referred to the CARE Center for a speech and language evaluation as part of multidisciplinary evaluation to determine eligibility for special education services. It was reported that O██ "...is having serious academic problems." (Parent Interview/Questionnaire, 4/26/06)

### BACKGROUND INFORMATION/RECORD REVIEW

O██ is the adopted son of Claudia Pabo and Charles Oliver. Birth history is unknown; O██ spent the first five years of life in a Russian orphanage. After age five, it was reported that O██ had "...earaches that interfered with his hearing". Visual problems were also reported. O██ is currently taking 36 mg. of Concerta twice a day to address Attention Deficit Disorder. His general heath is reported as being "good".

O██ is described by his parents as being outgoing, mechanical, athletic, and musical He is also described as a child who demonstrates symptoms of ADD such as a short attention span, a lack of motivation, poor organization skills, and one who lacks self control and has difficulty making friends.

Reportedly O██ does well when working one-to-one.   Auditory memory is reported to be an area of strength. O██ is a "...very charming and engaging

EXHIBIT

OO-13    842

child" who is "...affectionate, lively, curious, enthusiastic" and has a sense of humor.

A neuropsychological evaluation was administered by Dr. Ronald S. Federici of Neuropsychological and Family Therapy associates, P.C. on May 3, 2006. In his summary, Dr. Federici reports that "...O███ definitely displays language comprehension and auditory processing impairments in addition to weaknesses in clarity an oral expression." He also states that "O███ has major weaknesses related to nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory visual scanning, tracking, and sequencing."

Results of assessments measuring O███ language skills, as assessed by Dr. Federici, were as follows:

Weschler Intelligence Scale for Children-Fourth Edition
| | |
|---|---|
| Verbal Comprehension | SS=83 (Low Average) |
| Similarities | SS=9 |
| Vocabulary | SS=8 |
| Comprehension | SS=4 |
| (Information | SS=6) |
| (Word Reasoning) | SS=5 |

Test of Nonverbal Intelligence-Third Edition
| | |
|---|---|
| Quotient | 80 (Low Average) |

Test of Adolescent and Adult Language-3 (TOAL-3)
| | |
|---|---|
| General Language | SS=74 |
| Listening | SS=73 |
| Speaking | SS=97 |
| Spoken Language | SS=83 |
| Vocabulary | SS=75 |
| Grammar | SS=75 |
| Receptive Language | SS=72 |
| Expressive Language | SS=78 |

Weschler Individual Achievement Test – Second Edition (WIAT-2)
Oral Language
| | |
|---|---|
| Listening Comprehension | SS=82 |
| Oral Expression | SS=88 |
| Composite Standard Score | SS=82 |

Test of Auditory-Perceptual Skills: Upper Level (TAPS:UL)
| | |
|---|---|
| Auditory Perceptual Quotient | SS=92 |
| Auditory Number Memory | |
| Forward | SS=116 |

|  |  |
|---|---|
| Reversed | SS=85 |
| Auditory Sentence Memory | |
| | SS=95 |
| Auditory Word Memory | SS=115 |
| Auditory Interpretation | |
| of Directions | SS=92 |
| Auditory Word Discrimination | |
| | SS=82 |
| Auditory Processing | SS=74 |

Dr. Federici states in his report that "O███ overall speech and language...were below age and grade level..." and that his "...overall intellectual abilities are most clearly within the below average range."

During O███, speech and language assessment for this evaluation, O██ stated to this diagnostician that he had been recently assessed by Dr. Federici and that the assessment "...took all day." He reported that he had to take his lunch and that he was very tired when he finished the testing. Considering O███ previously diagnosed ADHD, and a statement in Dr. Federici's report that "O██ displayed attention deficit hyperactivity disorder patterns although he was very manageable off medication. He was definitely overactive and impulsive and needed a great deal of redirection and structure", Dr. Federici's test scores may not accurately reflect the O███ true potential.

The assessments for this evaluation report were administered while O██ was on medication. He entered the evaluation setting readily and was quite friendly, cooperative, and verbal. He spoke about school and family and used appropriate eye contact. He asked questions and requested repetition of questions when he was unsure of what was being asked. The evaluation period lasted approximately 2 hours.

## ASSESSMENT PROTOCOLS

Record Review
Comprehensive Receptive and Expressive Vocabulary Test – 2 (CREVT-2)
Clinical Evaluation of Language Fundamentals-4 (CELF-4)

## TEST RESULTS AND INTERPRETATION

The Comprehensive Receptive and Expressive Vocabulary Test –2 was administered. Oral vocabulary is the collection of words that a person has available for use in conversation. Two important aspects of oral vocabulary are the receptive ability to understand words spoken by others (commonly referred to as listening comprehension or decoding) and the expressive ability to use words

---

in one's own speech (commonly referred to as meaningful speech or encoding). O▮▮ was able to demonstrate the following vocabulary skills:

|  | Receptive Vocabulary | Expressive Vocabulary | General Vocabulary |
|---|---|---|---|
| Raw Score | 46 | 17 | 169 |
| Standard Score | 86 | 83 | 81 |
| Percentile Rank | 18 | 13 | 10 |
| Descriptor | Below Average | Below Average | Below Average |

Results of the vocabulary tests reveal O▮▮ expressive and receptive vocabulary skills to be in the "below average" range.

The CELF – 4 was administered to assess O▮▮ language functioning. This test is designed to assist in the determination of eligibility for language services, to identify linguistic strengths and weaknesses, and to provide performance-based assessment with a strong relationship to educational objectives and the curriculum.

| (Mean=10, Standard Deviation =3) | | |
|---|---|---|
| Subtest Scores | | |
| Subtest | Scaled Score | Percentile Rank | Descriptor |
| Recalling Sentences | 10 | 50 | Average |
| Formulated Sentences | 9 | 37 | Average |
| Word Classes – Receptive | 10 | 50 | Average |
| Word Classes-Expressive | 11 | 63 | Average |
| Word Classes-Total | 10 | 50 | Average |
| Word Definitions | 9 | 37 | Average |
| Semantic Relationships | 6 | 9 | Below Average |
| Understanding Spoken Paragraphs | 10 | 50 | Average |

| (Mean=100, Standard Deviation =15) | | |
|---|---|---|
| Core and Index Scores | | |
|  | Standard Score | Percentile Rank |  |
| Core Language Score | 97 | 42 | Average |
| Receptive Language Index | 92 | 30 | Average |
| Expressive Language Index | 99 | 47 | Average |
| Language Memory Index | 90 | 25 | Average |

## Core Language Score

O██ was administered four subtests of the CELF-4 from which the Core Language score was derived. This score is considered to be the most representative measure of O███ language skills and provides an easy and reliable way to quantify the student's overall language performance.  For O███ Core Language score, the following subtests were administered:
- Recalling Sentences
- Formulated Sentences
- Word Classes – 2 Total
- Word Definitions

O██ received a Core Language score of 97. This places O███ in the "average" range of functioning.

## Receptive Language Index

The Receptive Language Index is a measure of O███ performance on subtests designed to probe receptive aspects of language. For O███ Receptive Language Index, the following subtests were administered:
- Word Classes – 2 Receptive
- Understanding Spoken Paragraphs
- Semantic Relationships

O██ received a Receptive Language Index of 92 placing his skills in the "average" range of functioning.

## Expressive Language Index

The Expressive Language Index is a measure of O███ performance on subtests designed to probe expressive aspects of language. For O███ Expressive Language Index the following subtests were administered.
- Word Structure 2-Expressive
- Recalling Sentences
- Formulated Sentences

O██ received an Expressive Language Index or 99 placing his skills in the "average" range of functioning.

## Subtest Scores

The *Recalling Sentences* subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. This task is associated with tasks such as writing from dictation, taking notes, remembering the teacher's instructions, and copying from the chalkboard. O██ received a **scaled score of 10** on the Recalling Sentences subtest. This score is in the "average" range.

The *Formulated Sentences* subtest is used to evaluate the ability to formulate compound and complex sentences when given grammatical constraints. The

student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. O█████ scaled score of 9 indicates that he has no difficulties in the generative language aspects related to planning and producing sentences for conversation, classroom discourse, academic interactions, and written language.

The *Word Classes 2* subtest is used to evaluate the student's ability to understand relationships between words that share a variety of functional and conceptual relationships. O████ scaled score of 10 indicates he can associate related words automatically and efficiently. Adequate ability to perceive relationships in the meaning of words and form word associations is essential for classroom listening and reading comprehension.

The *Word Definitions* subtest is used to evaluate the student's expressive vocabulary. The student is orally presented a word, followed by an introductory sentence that includes the word. The student is then asked to define the word using descriptive language. O███ received a scaled score of 10 on the Word Definitions subtest demonstrating age appropriate skills.

The *Understanding Spoken Paragraphs* subtest is used to evaluate the student's ability to understand information presented in spoken paragraphs. The student answers questions about a paragraph presented orally. The questions probe the student's understanding of the paragraph's main idea, detail and sequence of events, and the student's ability to make inferences and predictions from the information presented.    O███ received a scaled score of 10 on the *Understanding Spoken* Paragraphs subtest.

The *Semantic Relationships* subtest is used to evaluate the ability to identify different semantic relationships in sentences. After listening to a sentence, the student selects the two correct choices from four visually presented options. O███ received a scaled score of 6 on the Semantic Relationships subtest. This score is in the "below average" range. O███ demonstrated difficulty answering questions with spatial (above/on), temporal, sequential (before/after), and passive relationships.

O███ articulation, voice and fluency are appropriate for his gender, age, and linguistic environment.

## SUMMARY

O██, O████ was referred to the CARE Center for a speech and language evaluation as part of multidisciplinary evaluation to determine eligibility for special education services due to reported difficulty academically.

O███ was adopted at age 5 and his early birth and medical history is unknown. O███ has had earaches that interfered with his hearing and visual problems were also reported. O███ is currently taking 36 mg. of Concerta twice a day to address Attention Deficit Disorder. His general heath is reported as being "good".

A neuropsychological evaluation was administered by Dr. Ronald S. Federici who stated "O███ overall speech and language...were below age and grade level..." and that his "...overall intellectual abilities are most clearly within the below average range." Due to the fact that O███ who has been taking medications for his previously diagnosed A.D.H.D., was assessed without prescribed medications and was administered a wealth of assessments in one day, Dr. Federici's test scores may not accurately reflect the O███ true potential.

Results of assessments administered revealed O███ expressive and receptive vocabulary skills to be in the "below average" range. Language was assessed and revealed O███ core (general), expressive, receptive, and language memory skills to be within the average range. O███ demonstrated weakness in the area of semantic relationships. O███ articulation, voice, fluency and pragmatic language skills were appropriate for his age, gender and linguistic environment.

## RECOMMENDATIONS

Results of assessment protocols reveal O███ speech and language skills to be within normal limits. Scores received do not qualify him for services under IDEA and Chapter 30. O███ weakness in the area of semantic relationships can be addressed in the classroom curriculum.

_Leslie J. Charles_

Leslie J. Charles, M.S.
Speech-Language Pathologist
D.C. Public Schools

# N ropsychological & Family The apy Associates, P.C.



*Forensic, Psychological, and Neuropsychological Evaluations*
*Child, Adolescent and Adult Psychiatry*
*Individual, Family, and Couples Psychotherapy*

**Clinic Director**
Ronald S. Federici, Psy.D.

**Manager**
Cathleen R. Tucker

**Clinical Neuropsychology**
Ronald S. Federici, Psy.D.
William D. Ling, Ph.D.

**Neurobehavioral Therapists**
Nadya Molina, M.Ed.
Leslie Smith, M.Ed., BCBA

**Clinical Psychotherapy**
Nicole Cornthwaite, L.M.F.T.

**Auditory Processing/Speech
Language/Audiology**
Dr. Jay Lucker

**Research Specialist**
Dr. Deanna Linville

**Administrative Assistant**
Anya Shambat

**OFFICE**

00 South Washington Street
t 620 Wolfe Street
Alexandria, Virginia 22314
703) 548-0721

AX: (703) 836-8995

DRFEDERICI@AOL.COM

www.DRFEDERICI.com

## REPORT OF NEUROPSYCHOLOGICAL EVALUATION

Name of Patient:

Date of Birth:                          1993

Date of Examination:        May 3, 2006

### TESTS ADMINISTERED:

Diagnostic Clinical Interview
Wechsler Intelligence Scale for Children - Fourth Edition (WISC-IV)
Test of Nonverbal Intelligence- Third Edition
Test of Visual-Perceptual Skills (Non-Motor): Upper Level
Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI)
Test of Adolescent and Adult Language- Third Edition
Wide Range Achievement Test - III (WRAT-3)
Wechsler Individual Achievement Test - Second Edition (WIAT-II)
Test of Auditory-Perceptual Skills: Upper Level
California Verbal Learning Test for Children (CVLT-C)
Wide Range Assessment of Memory and Learning
Children's Category Test
House-Tree-Person Projective Drawings (HTP)
Kinetic Family Drawing (KFD)
Rorschach Psychodiagnostic Test
Thematic Apperception Test
Reynold's Anxiety Scale
Reynold's Depression Scale
Reynold's Suicide Scale
Multiscore Depression Inventory
Family Sentence Completion Series
Child Neuropsychological History
Conners' Rating Scales for Attention Deficit Hyperactivity Disorder
Attention Deficit Hyperactivity Disorder Test
Differential Test of Conduct and Emotional Problems
Achenbach Child Behavior Checklist
Sensory Profile

*[Handwritten note:]* N.B. - This testing was done while O____ was not on his ADD meds. I have subsequently had some additional achievement testing done using tests not used for this evaluation. Those tests were done w/ O____ on meds. Not surprizingly, he tests about 10-20% higher on meds. D.C. has also done some reading tests. I don't know what they have done or what the results were. They have also observed him in his class-room. Despite the disciplinary problems in the past year, Dr. Federici says that he does not view O____ as emotionally disturbed. Feel free to call me at my work number 966-4368. Thanks — Claud

EXHIBIT
849
OO-14

O██,O███
May 3, 2006
Page 2

## REASON FOR REFERRAL:

O██,O████ was referred for comprehensive neuropsychological evaluation upon the request of Dr. Patrick Mason, Chief of the International Adoption Clinic in Fairfax-Inova Hospital.

Additionally, parents were in need of an urgent psychological evaluation to assess O███ overall "psychological stability" prior to his return to his catholic school program where he has been placed on suspension pending professional evaluations.

## BACKGROUND INFORMATION:

O██,O████ is a 13 year, 1 month-old fifth grade student who attends Our Lady of Victory Catholic School in Washington, D.C. O███ resides at home with his two adoptive parents: Claudia Tabot, age 54, who is an attorney; and Charles Oliver, age 57, who is also an attorney. Parents have been separated since June of 2005.

O███ was adopted from an orphanage in Russia at the age of 5-years-old through New Families Foundation (adoption completed April, 1998).

The Olivers also have two other children who are also adopted: Christina, age 15, who was adopted from Russia at the age of 2½-years-old and has severe psychiatric difficulties in addition to severe learning disabilities and is at the Lab School of Washington, D.C.; and Victor, age 15, who was adopted from Russia at the age of 2½-years-old and has the diagnosis of attention deficit hyperactivity disorder in addition to small head circumference.

None of the three children are biologically related.

## REVIEW OF RECORDS:

In reviewing O███ overall medical and developmental records, he has significant psychosocial growth failure as he is below the first Percentile in terms of height, weight, and head circumference. O███ is apparently making slow progress and is being followed by a Pediatric Endocrinologist at Georgetown University Medical Center although the family was also referred to Dr. Patrick Mason who is a specialist in growth failure in internationally adopted children.

O███ also has a diagnosis of attention deficit hyperactivity disorder and is on 36 mg of Concerta twice per day to address attentional problems and impulsivity. Adderall has been tried in the past without significant positive results.

O▊ O▊
May 3, 2006
Page 3

Parents report that an Individualized Educational Program and special education evaluations are pending through the D.C. Public Schools but parents were also advised that the current neuropsychological evaluation may expedite special education interventions.

O▊ also has a history of speech and language therapy and has been receiving tutoring through the Sylvan Learning Center on a weekly basis.

## CURRENT SYMPTOMS:

In reviewing the Child Neuropsychological History Form along with the Parental Interview, O▊ seems to be functioning within the average range in terms of grades in his school program although is weak in overall comprehension as well as showing weaknesses in both receptive and expressive language, particularly auditory processing. Parents also feel that O▊ has weaknesses in understanding math concepts and major difficulties with attention, concentration, as well as general organizational deficits.

O▊ works much better with a small teacher-student ratio as he requires a tremendous amount of attention and support in order to complete his work.

Parents also report that O▊ shows some weaknesses in his fine-motor skills as his handwriting is very poor. There are also some indications that he may be ambidextrous.

O▊ also has difficulties with visual-spatial abilities in addition to sensory integration problems as he is overly sensitive to touch and noise.

O▊ parents report that he has many gaps in his memory, learning, and overall problem solving. Once again, he requires a great deal of structure and consistency in order to complete his tasks.

From a psychological perspective, O▊ was dismissed from school as he apparently threatened to injure the other children by stating "I have guns and I will shoot them". O▊ was showing some signs of threatening and paranoid behavior in addition to impulsivity and incessant chatter, particularly when he is off his medication. For these reasons, school officials requested a psychological evaluation prior to his re-admission at school. A conversation with his principal following the neuropsychological evaluation provided information that O▊ would be able to attend school and was not in any position of harming himself or others.

O▊ can be very friendly but there are definitely some needs for one-on-one attention as he tends to be somewhat indiscriminate, impulsive, and not always cooperative. O▊ can also be somewhat destructive towards objects as he has had two episodes of vandalism outside of the home.

Parents have also reported mood swings, crying spells, irritability, in addition to having difficulties with dealing with same age peers. O▊ is worse when his medications wear off.

851

O██ O██████
May 3, 2006
Page 4

## DEVELOPMENTAL HISTORY:

In reviewing O████ developmental history, Russian records indicated that the biological parents most likely abuse alcohol although accurate information is not completely known.

From birth, O███ was in two different placements. At 3 years-old, O██ was not speaking and was in an orphanage for a children who have mental retardation. O██ apparently learned to talk during that period of time.

When O███ was adopted at 5 year-old, he began at D.C. Public Schools and was in a preschool program in addition to receiving "English as a Second Language".

In kindergarten, O██ received some speech and language therapy to address pre-reading issues. In first grade, O██ showed more patterns of disruptive behaviors. In second, third, and fourth grade, O██ was having difficulties in completing his class work and was showing some processing deficits. O██ was also suspended on one occasion for taking a pocket knife to school.

O██ received a brief clinical psychological evaluation in third grade which indicated ADHD as he was having very poor work habits, impulsivity, and general disorganization.

O████ parents changed to a catholic school program in his fourth-fifth grade year as he was having difficulties in the public school setting. O██ repeated fifth grade as he was behind in many areas of academics.

## DIAGNOSTIC CLINICAL INTERVIEW/MENTAL STATUS EXAMINATION:

O██ presented with clear and consistent indications of physical and facial dysmorphology which is consistent with an alcohol related neurodevelopmental disorder. O███ displayed a degree of strabismus and he was also wearing glasses. O██ displayed somewhat wide-set eyes, psychosocial growth failure, in addition to unusual ear formations as well as significant neurocognitive and neuropsychiatric difficulties which are consistent with alcohol related neurodevelopmental disorders. O███ growth parameters are well below the 5th percentile with very small head circumference which certainly confirms FAS spectrum disorder.

O██ displayed attention deficit hyperactivity disorder patterns although he was very manageable off medication. He was definitely overactive and impulsive and needed a great deal of redirection and structure.

O██ displayed indiscriminate behaviors as he was very attached to examiner without really knowing the whole process. O██ did not ask for his parents at any level but there were definitely times that he was whining and being very immature and became very fatigued.

852

O█ O████
**May 3, 2006**
**Page 5**

O████ speech and language indicated weaknesses in both receptive and expressive areas. There was global indications of learning weaknesses.

## NEUROPSYCHOLOGICAL FUNCTIONING:

The following tables are a summary of O████ scaled scores on the Wechsler Intelligence Scale for Children - Fourth Edition; Test of Nonverbal Intelligence- Third Edition; Test of Visual-Perceptual Skills (Non-Motor) : Upper Level; Beery-Buktenica Developmental Test of Visual-Motor Integration; Test of Adolescent and Adult Language- Third Edition; Wide Range Achievement Test - Third Edition; Wechsler Individual Achievement Test- Second Edition; Test of Auditory-Perceptual Skills: Upper Level; California Verbal Learning Test for Children; Wide Range Assessment of Memory and Learning; and the Children's Category Test:



May 3, 2006
Page 6

| WECHSLER INTELLIGENCE SCALE FOR CHILDREN - FOURTH EDITION | | | |
|---|---|---|---|
| **Verbal Comprehension** | | **Perceptual Reasoning** | |
| Similarities | 9 | Block Design | 8 |
| Vocabulary | 8 | Picture Concepts | 3 |
| Comprehension | 4 | Matrix Reasoning | 5 |
| (Information | 6) | (Picture Completion | 5) |
| (Word Reasoning | 5) | | |
| **Working Memory** | | **Processing Speed** | |
| Digit Span | 10 | Coding | 7 |
| Letter-Number Sequencing | 4 | Symbol Search | 7 |
| (Arithmetic | 4) | (Cancellation | 6) |

| | Score | Percentile | Range |
|---|---|---|---|
| Verbal Comprehension | 83 | 13 | Low Average |
| Perceptual Reasoning | 71 | 3 | Borderline |
| Working Memory | 83 | 13 | Low Average |
| Processing Speed | 83 | 13 | Low Average |
| Full Scale IQ Score | 74 | 4 | Borderline |

## TEST OF NONVERBAL INTELLIGENCE- THIRD EDITION

TONI-3 Quotient          80
Percentile               9 (Low Average Range)


May 3, 2006
Page 7

## TEST OF VISUAL-PERCEPTUAL SKILLS (NONMOTOR: UPPER LEVEL)

| Subtests | Standard Scores | Scaled Scores |
|---|---|---|
| Visual Discrimination | 76 | 5 |
| Visual Memory | 73 | 5 |
| Visual-Spatial Relations | 86 | 7 |
| Visual Form Constancy | 88 | 8 |
| Visual Sequential Memory | 79 | 6 |
| Visual Figure-Ground | 76 | 5 |
| Visual Closure | 83 | 7 |
| Visual Perceptual Quotient | 65 | |
| Percentile | 1 | Deficient Range |

**NOTE: Average Standard Score = 100/Average Scaled Score = 10**

---

## BEERY-BUKTENICA DEVELOPMENTAL
## TEST OF VISUAL-MOTOR INTEGRATION   (VMI)

| | VMI | Visual | Motor |
|---|---|---|---|
| Standard Scores | 109 (High Average Range) | 106 (Mid Average Range) | 104 (Mid Average Range) |
| Scaled Scores | 12 | 11 | 11 |
| Percentiles | 73 | 65 | 61 |
| Age Scores | 14 yr., 0 mo. | 14 yr., 2 mo. | 15 yr., 6 mo. |



May 3, 2006
Page 8

## TEST OF ADOLESCENT AND ADULT LANGUAGE - 3 (TOAL-3)

| Subtests | Standard Score | Percentile |
|---|---|---|
| Listening Vocabulary | 7 | 16 |
| Listening Grammar | 4 | 2 |
| Speaking Vocabulary | 7 | 16 |
| Speaking Grammar | 12 | 15 |
| Reading Vocabulary | 8 | 25 |
| Reading Grammar | 4 | 2 |
| Writing Vocabulary | 3 | 1 |
| Writing Grammar | 5 | 5 |

| Composites | Quotients | Percentiles |
|---|---|---|
| General Language | 74 | 4 Below Average Range |
| Listening | 73 | 3 Below Average Range |
| Speaking | 97 | 42 Average Range |
| Reading | 76 | 5 Below Average Range |
| Writing | 64 | 1 Below Average Range |
| Spoken Language | 83 | 13 Low Average Range |
| Writing Language | 67 | 1 Below Average Range |
| Vocabulary | 75 | 5 Below Average Range |
| Grammar | 75 | 5 Below Average Range |
| Receptive Language | 72 | 3 Below Average Range |
| Expressive Language | 78 | 7 Below Average Range |

## WIDE RANGE ACHIEVEMENT TEST - III (WRAT-III)

| | Standard Score | Percentile | Grade Score |
|---|---|---|---|
| Reading | 97 | 42 | Seventh Grade |
| Spelling | 95 | 37 | Sixth Grade |
| Arithmetic | 71 | 3 | Fourth Grade |

856


May 3, 2006
Page 9

## WECHSLER INDIVIDUAL ACHIEVEMENT TEST - SECOND EDITION (WIAT-2)

### (Scored on Age-Based Norms)

| Subtests | Standard Score | Percentile | Age Equivalent | Grade Equivalent |
|---|---|---|---|---|
| **Reading** | | | | |
| Word Reading | 85 | Low Average Range | 10:4 | 5:3 |
| Reading Comprehension | 72 | Below Average Range | 11:0 | 5:8 |
| Pseudoword Decoding | 79 | Below Average Range | 8:8 | 2:2 |
| Composite Standard Score | 77 | Below Average Range | | |
| Percentile | 6 | | | |
| **Mathematics** | | | | |
| Numerical Operations | 79 | Below Average Range | 10:4 | 4:7 |
| Math Reasoning | 66 | Below Average Range | 8:8 | 3:5 |
| Composite Standard Score | 70 | Below Average Range | | |
| Percentile | 2 | | | |
| **Written Language** | | | | |
| Spelling | 78 | Below Average Range | 9:0 | 3:5 |
| Written Expression | 72 | Below Average Range | 8:4 | 3:0 |
| Composite Standard Score | 73 | Below Average Range | | |
| Percentile | 4 | | | |
| **Oral Language** | | | | |
| Listening Comprehension | 82 | Low Average Range | 9:4 | 4:2 |
| Oral Expression | 88 | Low Average Range | 8:4 | 3:8 |
| Composite Standard Score | 82 | Low Average Range | | |
| Percentile | 12 | | | |
| Total Composite | 73 | Below Average Range | | |
| Percentile | 4 | | | |


**May 3, 2006**
**Page 10**

## TEST OF AUDITORY-PERCEPTUAL SKILLS: UPPER LEVEL (TAPS: UL)

| Subtests | Standard Scores | Scaled Scores | Percentile Ranks | Stanines |
|---|---|---|---|---|
| Auditory Number Memory | | | | |
|     Forward | 116 | 13 | 86 | 7 |
|     Reversed | 85 | 7 | 16 | 3 |
| Auditory Sentence Memory | 95 | 9 | 37 | 4 |
| Auditory Word Memory | 115 | 13 | 84 | 7 |
| Auditory Interpretation of Directions | 92 | 8 | 30 | 4 |
| Auditory Word Discrimination | 82 | 6 | 12 | 3 |
| Auditory Processing | 74 | 5 | 4 | 2 |
| Auditory Perceptual Quotient | 92 | | | |
| Percentile | 29 | (Average Range) | | |

**NOTE: Average Standard Score = 100/Average Scaled Score = 10**

O██ O██████
May 3, 2006
Page 11

## CALIFORNIA VERBAL LEARNING TEST FOR CHILDREN (CVLT- C)

| Level of Recall | Scaled Scores |
|---|---|
| List A Total Trial 1-5 | 23 |
| List A Trial 1 Free Recall | -1.5 |
| List A Trial 5 Free Recall | -2.0 |
| List B Free Recall | -2.5 |
| List B Free Recall vs. List A Trial 1 Free Recall | -1.0 |
| List A Short-Delayed Free Recall | -2.0 |
| Short-Delayed Free Recall vs. List A Trial 5 | -0.5 |
| List A Short-Delayed Cued Recall | -2.0 |
| List A Long-Delayed Free Recall | -2.5 |
| Long-Delayed Free Recall vs. Short-Delayed Free Recall | -0.5 |
| List A Long-Delayed Cued Recall | -2.0 |

## WIDE RANGE ASSESSMENT OF MEMORY AND LEARNING (WRAML)

| Subtests | Index | Percentile | |
|---|---|---|---|
| Verbal Memory Index | 85 | 16 | (Low Average Range) |
| Visual Memory Index | 79 | 8 | (Below Average Range) |
| Learning Index | 73 | 4 | (Below Average Range) |
| General Memory Index | 74 | 4 | (Below Average Range) |

O██ O████
May 3, 2006
Page 12

## CHILDREN'S CATEGORY TEST

|   |   |   |
|---|---|---|
| Standard Score | 83 | |
| Percentile | 13 | Low Average Range |

---

## INTELLECTUAL-COGNITIVE FUNCTIONING:

As a general summary statement, O██ is functioning generally within the low average-borderline range of intelligence based on the cross-validating Wechsler Intelligence Scale for Children - Fourth Edition and the language/culture free Test of Nonverbal Intelligence- Third Edition. It is very clear that O██ displays a "general suppression" in his overall intellectual-cognitive abilities which is a very common pattern in children who have alcohol related neurodevelopmental disorders impacting receptive and expressive language in addition to visual-spatial and perceptual organizational skills. It is also clear that O██ displays indications of an attention deficit hyperactivity disorder pattern although he displays more indications of classic neuropsychologically based processing deficits impacting overall attention, memory, learning, and overall academic performance.

Furthermore, O██ overall speech and language and general academics were below age and grade level and indicative of multisensory neuropsychologically based learning and processing deficits. O██ is struggling to maintain age and grade level skills.

Furthermore, overlapping psychological/emotional issues such as anxiety and mood fluctuations combined with heightened irritability further contribute to O████ suppression and inconsistencies on intellectual testing.

Further evaluation of O██ performance on the Wechsler Intelligence Scale for Children- Fourth Edition indicates weaknesses in language comprehension, auditory processing, and general verbal reasoning. O██ tends to be very concrete and primitive in his logic when dealing with more complex auditory comprehension tasks. O██ has the ability to use simple categorization in addition to recalling basic general factual information and vocabulary word knowledge but is somewhat disorganized in dealing with more complex language based tasks.

O██ performance scores also indicate a great deal of variability. O██ performs much better with dealing "hands on" visual-spatial abilities such as block designs whereas he is very weak in visual

O███O████
May 3, 2006
Page 13

attention and visual perceptual organizational skills.

O███was very confused and disorganized when dealing with any type of visual attention and visual organizational tasks and was also very slow and labored in terms of visual perceptual processing speed.

In summary, O████ 12-point discrepancy between measured verbal and performance sections in addition to a moderate degree of variability between subtests scores clearly indicates a general suppression in his intellectual abilities which is directly related to global neuropsychological deficits.

In contrast, O███performed within the low average range on the Test of Nonverbal Intelligence-Third Edition. O███ was able to complete basic visual attention and visual learning tasks but his overall intellectual abilities are most clearly within the below average range. Once again, there are certainly "suppressive factors" lowering his optimal abilities which may be slightly higher within the low average range but O███has many areas of neuropsychological "struggle" which will continue to impact his overall academics.

## ATTENTION SPAN, CONCENTRATION, AND LEVEL OF HYPERACTIVITY:

O███has a diagnosis of ADHD and is on 72 mg of Concerta which is a very high dose. O███ is showing more signs of "rebound effects" in addition to irritability when his medication wears off.

Updated Conners' Rating Scales yielded the following scores:

| | |
|---|---|
| Conduct Disorder | T-score = 72 |
| Anxious-Shy | T-score = 75 |
| Restless-Disorganized | T-score = 69 |
| Learning Problems | T-score = 69 |
| Psychosomatic | T-score = 71 |
| Obsessive-Compulsive | T-score = 67 |
| Antisocial | T-score = 74 |
| Hyperactive-Immature | T-score = 74 |

**NOTE: T-Scores above 65 = clinical problems**

There is no question that O███displays ADHD characteristics in addition to conduct and emotional problems. He is grossly inattentive, distractible, with a high level of overactivity and impulsivity. O███can also be very immature, anxious, and childlike with very poor judgement and reasoning as he just does not take the time to "think situations through".

Parents also report a great deal of conduct and emotional problems on Differential Test of Conduct and Emotional Problems. O█ has fears, worried, immaturities, in addition to generally poor judgement.

On the cross-validating Attention Deficit Hyperactivity Disorder Test, O█ obtains a score of 130 which indicates a very high probability of significant ADHD. O█ displays gross inattention and distractibility which interferes with his ability to focus and complete his tasks in a timely and efficient manner. He is also very impulsive as he does not wait his turn which interferes with his ability to follow rules and regulations.

O█ is also grossly hyperactive, impulsive, and often "on the go". Parents have reported that he is very hyperactive off his medication.

O█ teachers (in conversation on the phone) have also reported that he is very inattentive and distractible with classic ADHD patterns.

## FINE- AND GROSS-MOTOR COORDINATION/SENSORY PERCEPTUAL ABILITIES:

O█ displays many indications of vestibular and proprioceptive weaknesses. He has difficulties with tactile, taste, and movement sensitivity in addition to processing multisensory tasks.

O█ also becomes very easily overstimulated and disorganized with general difficulties in self-control/self-regulation. He can become very emotional, anxious, and insecure in addition to acting childlike and not always taking responsibility for his actions.

On the other hand, parents report that O█ is a very kind and sensitive youth who provides a great deal of positive interaction with his family.

## VISUAL-SPATIAL/PERCEPTUAL MOTOR FUNCTIONING:

O█ definitely displays weaknesses in both motor and non-motor based visual perceptual processing. O█ showed significant weaknesses in visual discrimination, visual-spatial relations, visual figure ground, visual memory/visual sequential memory, in addition to rapid visual scanning, tracking, and sequencing. In contrast, O█ seems to perform much better when given "hands on" visual learning tasks such as block design patterns. It is very common for children who have visual perceptual processing disorders to struggle in higher level academic areas, particularly reading style, rate, comprehension, spelling/written language, and overall mathematics. In O█ specific case, it is clear that he may have the most difficulties when dealing with any type of academic tasks which requires a high level of visual attention to details; visual memory processing and consolidation, in addition to retrieval.

O██ O████
May 3, 2006
Page 15

O██ performance on measures of visual motor integration were generally within the average range which, again, indicates that he is a much stronger "hands on visual learner".

In contrast, O██ was more disorganized when trying to complete the Rey-Osterreith Complex Figure which is a more unstructured visual-motor task. His impulsivity most certainly contributed to his difficulties.

## RECEPTIVE AND EXPRESSIVE LANGUAGE:

O██ has a history of speech and language difficulties even though his parents were informed that he was speaking "adequate Russian language" at the time of adoption. It was most certainly evident that O██ may have had a degree of psychosocial "regression" in his language development as he was in an institution for children who had mental handicaps.

O██ current performance on the Test of Adolescent and Adult Language- Third Edition indicates a moderately severe language disorder involving both receptive and expressive areas. O██ definitely displays major problems in auditory comprehension/auditory processing, verbal reasoning, auditory conceptualization, short-term memory, in addition to sound-word discrimination and basic phonemic awareness and analysis.

Additionally, O██ shows weaknesses in oral expressive skills, particularly semantic-pragmatic-syntactical expression. While O██ can certainly communicate, he is not always clear and connected in his oral expressive skills.

## READING AND READING COMPREHENSION:

Overall, O██ definitely displays a developmental reading disorder even though he is on or near 4th-5th grade level. O██ is able to complete basic graphic and phonemic word attack and decoding strategies but still has some difficulties with multi-syllabic word attack and decoding patterns. It is still difficult for O██ to rapidly and consistently analyze multi-syllabic words into their natural auditory units and sound out and blend the component letters and syllables of a word.

O██ has difficulties with visual scanning, tracking, and sequencing which further slows down his overall reading abilities and, primarily, comprehension skills. O██ is able to remember general concepts but "misses many details" which is a hallmark characteristic in children who have nonverbal learning disorders in addition to language disorders impacting overall reading and reading comprehension.

O██ O████:
May 3, 2006
Page 16

## SPELLING/WRITTEN LANGUAGE:

O███ spelling and written language abilities are also very classically dyslexic and indicative of a learning disability profile. O███ misspellings are characterized by phonetically inaccurate attempts which include such errors as extraneous letters, omitted syllables, auditory discrimination errors, syllable reversals, and letter-order errors.

Furthermore, O███ expressive writing abilities were very haphazard and disorganized as he struggled in putting his thoughts and ideas and relating them in a logical and cohesive written format.

In summary, O███ definitely displays indications of a "dyslexic pattern" based on his general language organizational disorder combined with visual perceptual processing weaknesses impacting reading and writing.

## MATHEMATICS REASONING/NUMERICAL OPERATIONS:

O███ definitely displays a prominent learning disability in overall mathematics. O███ just does not understand the sequence of steps or directionality or general language of mathematics.

His overall language weaknesses impact his comprehension in addition to his nonverbal learning disorder impacting his overall visual organization and visual learning skills. O███ is able to complete basic multiplication and some division problems but he is generally careless and disorganized in his overall logic, reasoning, and problem solving.

## MEMORY AND LEARNING:

Overall, O███ displays inconsistencies and inefficiencies in both auditory and visual memory and learning. O███ becomes very easily "overloaded" when trying to "sort out" volumes of lengthy and sequential material.

Even when information is broken down into small and manageable sections with consistent repetition, O███ still has difficulties in efficiently learning and processing information.

O███ shows equal weaknesses in both auditory and visual memory and learning with slightly more problems evident in visual attention and visual perceptual processing.

In summary, O███ attentional and concentrational difficulties are certainly a factor although he displays classic neuropsychologically based learning deficits.

864

O█ O█████
May 3, 2006
Page 17

## HIGHER LEVEL FRONTAL LOBE-EXECUTIVE FUNCTIONING:

O██ fell within the low average range on the Children's Category Test. While he showed no major indications of executive dysfunction which is certainly a positive sign, he still has difficulties with planning, organization, sequencing, in addition to categorization and being efficient in his overall "problem solving".

## PSYCHOLOGICAL FUNCTIONING:

O██ has recently engaged in inappropriate behavior at school in which he apparently threatened other children with bodily harm. Parents have also reported that O██ can become very anxious and easily frustrated in addition to some times quite immature in his social skills.

Psychological testing indicates that O██ is a very anxious, easily frustrated, confused, and impulsive youth. He has very low self-esteem and feels sometimes very helpless, hopeless, in addition to being prone towards depression.

Furthermore, O██ has a great deal of stress and frustration due to the changing family situation (parents separation) and, combined with his neuropsychological deficits which impact his ability to consistently thinking logically and rationally, O██ may act out in a very impulsive manner.

O███ responses to the Rorschach and Thematic Apperception Tests were filled with angry, irritable, and very needy and insecure themes. It is very clear that O██ has had significant early childhood disruption in his overall attachment as he can be very sad, confused, and "lost" in which he may act out for attention. O██ also very immature problem solving strategies.

O███ Self-Report Inventories reveal his own assessment that he is often very depressed, unhappy, and insecure. He reports that he frequently feels helpless and hopeless and there are deep signs of despondency and depression in addition to feelings that his life is "falling apart" and he is very sad regarding the conflict and tensions within his family system.

865


May 3, 2006
Page 18

## DIAGNOSTIC IMPRESSIONS:

AXIS I  1. Cognitive Disorder Not Otherwise Specified (Alcohol Related Neurodevelopmental Disorder/Static Encephalopathy/Minimal Brain Dysfunction)

     2. Mixed Receptive-Expressive Language Disorder (Weaknesses in Language Comprehension/Auditory Processing and Oral Expressive Skills, Particularly Semantic-Pragmatic-Syntactical Expression)

     3. Learning Disorder Not Otherwise Specified (Significant Nonverbal Learning Disorder/Visual Perceptual Processing Disorder)

     4. Mathematics Disorder

     5. Disorder of Written Expression

     6. Developmental Reading Disorder

     7. Attention Deficit Hyperactivity Disorder Not Otherwise Specified (ADHD Secondary to Multi-Sensory Neuropsychological Deficits)

     8. Adjustment Disorder of Childhood with Mixed Emotional Features (Anxiety, Depression, and Periodic Disturbance of Conduct)

     9. Post-Traumatic Stress Disorder (Early Childhood Institutionalization)

AXIS II  Low Average- Borderline Intellectual Functioning

AXIS III  Psychosocial Growth Failure Secondary to Fetal Alcohol Spectrum Disorder

866



O█, O████
May 3, 2006
Page 19

## SUMMARY AND RECOMMENDATIONS:

O█, O████ is a 13 year, 1 month-old fifth grade student (repeating) who presents with a very complex neuropsychological profile consistent with an alcohol related neurodevelopmental disorder.

O████ intellectual abilities fall within the low average-borderline range although there are clear indications of "general suppression" due to his attentional and concentrational problems in addition to global neuropsychologically based processing deficits in both auditory and visual spheres.

Specifically, O██ definitely displays language comprehension and auditory processing impairments in addition to weaknesses in clarity in oral expression. While O██ can certainly "communicate", he can sometimes chatter incessantly and be rambling, fragmented, and somewhat disjointed. Additionally, O██ has major weaknesses related to a nonverbal learning disorder as he struggles with visual attention, visual discrimination, visual-spatial relations, visual figure ground, in addition to visual memory as well as visual scanning, tracking, and sequencing.

It is very common for children who have multisensory neuropsychologically based processing and attentional deficits related to fetal alcohol syndromes to develop a classic "dyslexic disorder". The principal definition of neuropsychologically based dyslexia is a multiple learning disability syndrome characterized by problems in receptive and expressive language, oral and written language, with overall problems emerging in the areas of reading, spelling, writing, speaking, listening, and mathematics. Dyslexic children typically have differences in the structure and function of the brain due to auditory and visual processing problems.

Discussion with O██ principal indicates that he is "falling behind" and has major academic struggles which confirms the diagnosis of multiple learning difficulties.

While O██ certainly has ADHD, he has major (overlapping) psychological and cognitive issues. O██ definitely has difficulties with anxiety, frustration, in addition to becoming very easily angry and confused. There is a great deal of situational stress going on within the family which contributes to his difficulties.

The following are treatment recommendations:

1.    A copy of O████ report is being made available to his parents to share with the appropriate school officials in the D.C. Public Schools as well as private catholic schools.

2.    Based on the neuropsychological evaluation, O██ definitely requires a full "Individualized Educational Program" with "categorization" in the following areas:

867

O█.O█████
May 3, 2006
Page 20

    A.    Multiply handicapped/multiply disabled/other health impaired (neurologically impaired based on Fetal Alcohol Spectrum Disorder).

    B.    Speech and language impaired.

    C.    Nonverbal learning disorder.

    D.    Multiple learning disabilities (reading, writing, and math— dyslexia).

    E.    ADHD.

3.    Based on the neuropsychological evaluation, O█ definitely requires Special Education support in the following areas:

    A.    Speech and, primarily, language therapy a minimum of 2-3 hours per week. Emphasis needs to be improving O████ overall auditory comprehension and processing and expressive skills, particularly organizing semantic-pragmatic language.

    B.    Occupational therapy to address nonverbal learning deficits and organizational problems related to ADHD. Occupational therapy should be a minimum of 2 hours per week.

    C.    Intensive learning disability remediation is highly recommended a minimum of 5 hours per week. O██ has the ability to improve but definitely requires a great deal of individualized instruction.

4.    O████ learning disabilities are directly related to neurological/neuropsychological deficits impacting brain behavior relationships and subsequent academic skills. Therefore, it is imperative that he be immediately considered for supportive Special Education services.

5.    The following catalogs would also be extremely beneficial in providing remedial material:

    A.    "Lingui Systems" at www.linguisystems.com.

    B.    "Remedia Publications" (available by calling 1-800-826-4740).

    C.    "Exclusively LD" (available by calling 1-800-776-4332).

    D.    "Reading Specialist" (available by calling 1-800-776-4332).

O█ O█████
May 3, 2006
Page 21

E.   "Reading and Language Arts" (available at www.linguisystems.com).

F.   "Critical Thinking Books and Software" (available by calling 1-800-458-4849 or on the web at www.criticalthinking.com).

G.   "The Source for Nonverbal Learning Disorders" by Sue Thompson (available by calling 1-800-776-4332).

All of these books and catalogs have excellent remedial material which would be very helpful to O██.

6.   O██ would also benefit by interventions for auditory processing deficits and disorders.

The Earobics Program available through Cognitive Concepts at www.cogcon.com or by calling 1-888-328-8199 would also be very beneficial.

Additionally, the book by Dorothy Kelly entitled "Cental Auditory Processing Disorders" would be very beneficial in working with O██.

7.   The Lindamood-Bell Programs which are available in the D.C. would be very beneficial in providing general language remediation.

O██ should be considered for a summer school program.

8.   It would be very important to develop a strong "behavioral plan". The family definitely requires Applied Behavioral Analysis and verbal behavior therapy to work on a concrete and specific behavioral plan for O██ as well as his overall family. The importance of parental consistency and structure is highly recommended.

9.   Attached to this current neuropsychological evaluation is a list of 25 recommendations to address attentional and information processing deficits.

Additionally, there are another two pages of recommendations to address specific attentional concerns.

10.  O██ should followed by Dr. Patrick Mason who is an expert in Pediatric Endocrinology for children from other countries. It is clear that O██ has significant psychosocial growth failure.

11.  A review of O████ visual-oculomotor abilities is necessary. O██ clearly has ongoing strabismus and there are definite problems with visual scanning, tracking, and


O███ O█████
May 3, 2006
Page 22

convergence. Therefore, parents should consult with his ophthalmologist as well as a Developmental-Behavioral Optometrist (Dr. Christopher Renner) at 703-578-3600.

12. As this Board Certified Neuropsychologist also has Board Certifications in Advanced Clinical Psychopharmacology, the following recommendations are offered:

O██ is on 72 mg of Concerta which has caused some appetite suppression and may also contribute to suppression in his overall growth patterns due to the fact that he may not be eating as he should. Additionally, O██ shows definite "rebound effects".

While O██ certainly requires some stimulants, it would be better to keep it to a minimal level, possibly no more than 36 mg in the morning.

It would be also appropriate to consider a low dose of Risperdal as an adjunct to Concerta or as a replacement. The side effect of Risperdal is slight "weight gain" which would be very beneficial and may also help reduce some of O████ overall anxiety and impulsivity in addition to agitation.

13. It should also be noted that a great deal of O████ ADHD symptoms are directly related to his current anxiety and frustration in addition to situational stress within the family. This is an area that requires psychological interventions.

14. Re-evaluation neuropsychologically every two years is recommended.

*Ronald S. Federici, Psy.D*

Ronald S. Federici, Psy.D.
Clinic Director
Clinical Neuropsychologist
Diplomate-American Board of Professional Neuropsychology (ABPN)
Diplomate-American Board of Medical Psychotherapists (ABMP)
Fellow in Advanced Clinical Psychopharmacology (FACAAP)
Diplomate-American Board of Disability Analysts (ABDA)
Fellow-American College of Professional Neuropsychology

RSF/ep

870

# NEUROPSYCHOLOGICAL and FAMILY THERAPY ASSOCIATES, P.C.

Dr. Ronald Steven Federici

400 South Washington St., Alexandria VA  22314

(703) 548-0721  Phone  (703) 836-8995  Fax

### FAMILY and SCHOOL ACCOMMODATIONS for CHILDREN with ATTENTIONAL, AUDITORY and/or VISUAL-PERCEPTUAL PROCESSING DISORDERS

1.  Classroom placement is very important.  Child should be seated centrally in the class and away from as many distractions as possible such as windows, doorways, other noisy students, heating or air conditioning, pencil sharpeners or any other type of distraction.

2.  It is very important for parents and teachers to gain the child's undivided attention before giving any type of instructions or directions.  Speaking slowly and clearly without over-exaggerating speech will be helpful in addition to giving directions in a logical and time-ordered sequence with words which make the sequence clear such as "first", "next" and "finally".

3.  Gaining undivided attention can also be obtained by calling the child's name or a gentle touch/nonverbal reinforcer, which will serve to alert the child and to focus attention upon the classroom activity.

4.  It is also very important to continually check comprehension by asking the child for a brief summary after key ideas have been presented in order to make certain he/she understands.  Paraphrasing instructions and information in shorter and simpler sentences rather than only by repeating will be helpful.

5.  The child should be encouraged to ask questions for additional clarification.

6.  It is also very important to emphasize key words when speaking or writing, especially when presenting new information.  Brief instructions with emphasis on the main idea being presented may also be effective.

7.  Use gestures that will help clarify information in addition to varying the loudness of the voice to increase attention may also be beneficial.

8.  It will also be very helpful for the child with an attentional disorder to sit next to a student who has very good attention and focus.

9.  It is very important to shorten assignments or work periods to coincide with span of attention.  Using a timer, which can break down tasks into small and manageable sections with specific time limits, such as 15 minutes, will also be very beneficial.

10.  It is important to give assignments one at a time to avoid work overload and also reduce the general amount of in-class and at-home material or break it down into very small segments in order to prevent the child from feeling overloaded.

**Page 2**

11.  It is very important for children with attentional problems to be on a daily and weekly set of goals and objectives, which clearly list out and/or post all of their requirements. For example, a daily and weekly "planner" and a notebook, which can be coordinated between parents and teachers, is recommended. This way, the child will be able to review specific requirements, goals and objectives.

12.  It is also very important to provide consistent and concrete examples and specific steps in order to accomplish each task. It is also very important to make certain that parents and teachers give one direction at a time and prioritize assignments and activities.

13.  It is important to continually address messiness and organizational skills. In addition to a daily, weekly and monthly assignment sheet, parents and teachers should list out all materials needed daily in a consistent format in which homework needs to be turned in. Frequent checks and reward points for homework and appropriate behaviors should be done throughout the day at regular intervals (approximately 15-30 minutes).

14.  It is very important to provide auditory and visual cues at all times as children with attentional problems have difficulties with visual attention. Therefore, it is very important to carefully explain in a concrete and direct manner all of the goals and objectives in addition to providing additional visual handouts which can summarize classroom activities and requirements.

15.  It is very important to continually teach the child with an attentional disorder "there is a place for everything and everything belongs in its place". Frequent checks/rechecks on a daily and weekly basis need to be done in addition to continual positive reinforcement for organizational skills, adherence to time constraints and appropriate task completion.

16.  It is very important for parents and teachers to practice with an attentional-disordered child to continually "look at me while I talk and watch my eyes while I speak".

17.  It is very important for children with attentional disorders to sit in close proximity to teachers and parents when completing tasks so visual and physical and monitoring of behaviors can be done. Also, consistently state in a calm and rational manner the behaviors that need to be completed.

18.  It may also be very helpful to have a small note-card with specific goals and objectives taped to the child's desk such as eyes forward, sitting down, pay attention, and, complete task on time. This may be one way for the teacher to nonverbally redirect the child by pointing to the note-card when the child with an attentional problem appears to be off task.

19.  A contract or "level system" which can be implemented at home will be very beneficial. While it is certainly acknowledged that children with attentional problems have difficulties with consistency and self-control, they need to learn to be taught to strive for betterment/improvement and keep track of daily and weekly academic behavior, home behavior, task completion, attention and concentration, self-control, motivation and general attitude. It should be emphasized that there is most always a correlation (connection) between a child anxiety, motivation and general emotional development and the amount of attentional and concentrational difficulties that are presented.

872

*Page 3*

20.    Organizational rules need to be emphasized as part of the family contract.

21.    It is also very important for parents and teachers to have regular desk checks and checks for notebook neatness with training and redirection if problems surface.

22.    It may also be very important to allow additional time to complete timed in-class examinations or standardized tests as this will give a better measure of abilities. Additionally, a proctor can also be helpful in addition to allowing the child with an attentional disorder to complete their test in a quiet setting.

23.    Children with attentional disorders need a great deal of visual aides and cues which can be posted around the home and in their room.  This will keep them on-task and continually remind them of daily and weekly goals and objectives.  It is very important for parents to write out instructions and requirements.

24.    It is also very important for parents and teachers to recognize times that a child with an attentional problem can become fatigued and frustrated and require time for alternate movements such as stretching or standing in the back of the class.

25.    It is very important for continual praise and reinforcement for self-control, positive attention and motivation.  It is also very important to ignore minor inappropriate behaviors or disruptions, and to use appropriate discipline, time outs or positive reprimands as opposed to lectures or criticism.  It is extremely important to continually attend to any type of positive behaviors in order to shape appropriate responses.

873

## ADHD Accommodation Plan for Teaching

<u>Interventions for improving attention</u>

- Seat student in a quiet area
- Seat student near a good role model
- Seat student near a "study buddy"
- Increase distance between desks
- Seat student away from distracting stimuli (for example, air conditioner, high traffic areas, etc.)
- Allow extra time to complete assigned work
- Shorten assignments or work periods to coincide with span of child's attention (a timer may be used)
- Break long assignments into smaller parts so that the student can see an end to work
- Give assignments one at a time to avoid work overload
- Develop a checklist of important steps to help the student self-monitor their progress and provide cues when a step has been missed
- Pair written instructions with oral instructions
- Provide peer assistance in note taking
- Give clear, concise instructions
- Increase saliency of lesson to student
- Look at student when talking
- Seek to involve student in lesson presentation
- Provide written outline of lesson
- Pair students to check work
- Cue student to stay on task, e.g., private signal

<u>Interventions to reduce impulsivity</u>

- Ignore minor, inappropriate behavior
- Increase immediacy of rewards and consequences
- Use time-out procedure for misbehavior
- Supervise closely during transition times
- Use "prudent" reprimands for misbehavior (i.e., avoid lecturing or criticism)
- Attend to positive behavior with complements, etc.
- Acknowledge positive behavior of nearby student
- Seat student near good role model or near teacher
- Set up behavior contracts
- Instruct student in self-monitoring of behavior, i.e., hand raising, calling out
- Call on only when hand is raised in appropriate manner
- Ignore student who calls out without raising hand
- Praise student when hand raised to answer question
- Implement classroom behavior management system
- Implement home-school token economy

<u>Interventions for decreasing excessive motor activity</u>

- When appropriate, allow student to stand wile working
- Provide opportunity for breaks that get the child out of their seat, i.e., run errands, etc.
- Provide short break between assignments
- Supervise closely during transition times
- Remind student to check over work product if performance is rushed and careless

874

Page 2

<u>Interventions for improving written work</u>

- If written language is weak accept non-written forms for reports (i.e., displays, oral, projects), accept use of typewriter, word processor, tape recorder, do not assign large quantities of written work; test with multiple choice or fill-in questions; instruction in "brain storming" to generate ideas

<u>Interventions for increasing organization and planning</u>

- Allow student to tape record assignment or homework
- Write main points on board in lesson presentation
- Use visual aids in lesson presentation
- Ask for parental help in encouraging organization, i.e., routines for homework, check if student has needed work each morning, help organize materials
- Provide rules for getting organized
- Encourage students to have notebook with dividers and folders for work
- Provide student with homework assignment book
- Supervise writing down of homework assignments
- Check homework daily
- Send daily/weekly progress reports home
- Regularly check desk and notebook for neatness, encourage neatness rather than penalize sloppiness
- Allow student to have extra set of books at home
- Provide peer assistance with organization skills
- Give assignments one at a time to avoid confusion
- Assist student in setting short-term goals in completing assignments
- Do not penalize for poor handwriting if visual-motor deficits or organizational deficits are present

<u>Interventions for improving mood</u>

- Provide reassurance and encouragement
- Frequently compliment positive behavior and work product
- Speak softly and in a non-threatening manner if student shows nervousness
- Review instructions when giving new assignments to make sure the student comprehends the directions
- Look for opportunities for the student to display leadership roles within the class
- Focus on student's talents and accomplishments
- Conference frequently with parents to learn about student's interests and achievements outside of school
- Send positive notes home
- Assign student to be a peer teacher in an area where he or she excels
- Make time to talk alone with the student
- Encourage social interactions with classmates if student is withdrawn or excessively shy
- Reinforce student frequently when signs of frustration are noticed
- Look for signs of stress build up and provide encouragement or reduce work load to alleviate pressure and avoid temper outbursts
- Spend more time talking to students who seem pent-up or display anger easily
- Provide brief training in anger control; encourage student to walk away; use calming strategies (deep breaths); tell a nearby adult when feeling angry

875

# CHILD
# NEUROPSYCHOLOGICAL HISTORY

Child's name ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛  Date 5/3/06

Address (Street, City, ST, Zip) 3512 Rodman St. N.W. Washington D.C. 20008

Parent's or guardian's phone (H) (202) 966-4368 (W) (202) 418-1595 (mw)

Age ~~13~~ 13 Birthdate ~~8/20/93~~ 3/10/93 (mh) Religion Episcopal

Sex F  Ethnic or racial background Caucasion

Grade and school ~~4th~~ Our Lady of Victory

Hand child uses for writing or drawing:  Right _____ Left X  Switches between them often uses rt for gross motor

Primary language English  Secondary language 1st lang. Russian (age 1-5)

Medical diagnosis (1) ADD / Impulsivity

it any (2) crossed eyes

Who referred the child for this testing? School recommended

Briefly describe the problem: behavior + learning issues

What specific questions would you like answered by this evaluation?

(1) what problems O⬛⬛ has - learning + psychiatric

(2) what we can do to help him

(3) _____

## THIS FORM HAS BEEN COMPLETED BY:

Name Claudia Pabo  Relationship to child mother

Address 3512 Rodman St, N.W, Wash, D.C. 20008

Phone (H) (202) 966-4368 (mh) (W) (202) 418-1595 (mw)

©1990 International Diagnostic Systems, Inc.   All rights reserved.

This form was created by Glen D. Greenberg, Ph.D.

EXHIBIT
00-15
tabbies
876

# SYMPTOM SURVEY

*descibes behavior off ADD meds*

For each symptom that applies to the child, place a check in the box. Compare the child to other children of the same age. Then, check if this is a NEW symptom (within the past year) or an OLD symptom (over one year). Add any helpful comments next to the item.

## 1) PROBLEM SOLVING

New  Old

☐ — — Difficulty figuring out how to do new things
☐ — — Difficulty making decisions
☑ — ✓ Difficulty planning ahead
☑ — — Difficulty solving problems a younger child can do
☑ — ✓ Disorganized in his/her approach to problems
☐ — — Difficulty understanding explanations
☐ — — Difficulty doing things in the right order (sequencing)
☐ — — Difficulty verbally describing the steps involved in doing something
☑ — ✓ Difficulty completing an activity in a reasonable period of time
☐ — — Difficulty changing a plan or activity when necessary
☐ — — Is slow to learn new things
☐ — — Difficulty switching from one activity to another activity
☐ — — Easily frustrated
☐ — — Other problem solving difficulties: _____

## 2) SPEECH, LANGUAGE, AND MATH SKILLS

New  Old

☐ — — Difficulty speaking clearly
☐ — — Difficulty finding the right word to say
☐ — — Not talking
☑ — ✓ Rambles on and on without saying much
☑ — ✓ Jumps from topic to topic
☑ — ✓ Odd or unusual language or vocal sounds   *makes random/strange noises*
☑ — ✓ Difficulty understanding what others are saying
☑ — ✓ Difficulty understanding what he/she is reading
☑ — ✓ Difficulty writing letters or words   *poor hand writing*
☑ — ✓ Difficulty reading letters or words
☑ — ✓ Difficulty with spelling
☑ — ✓ Difficulty with math
☑ — ✓ Other speech, language, or math problems:

*good phonetically*
*poor reading compre-hension – difficulty retaining math con-cepts*

## 3) SPATIAL SKILLS

New  Old

☐ — — Confusion telling right from left
☐ — — Has difficulty with puzzles, Legos, blocks, or similar games
☑ — ✓ Problems drawing or copying *(extre (poor fine motor skills)*
☐ — — Doesn't know his/her colors
☐ — — Difficulty dressing (not due to physical difficulty)
☐ — — Problems finding his/her way around places he/she has been to before
☐ — — Difficulty recognizing objects
☐ — — Seems unable to recognize facial or body expressions of disapproval or emotions
☐ — — Gets lost easily
☑ — ✓ Other spatial problems:  *extremely poor hand writing*

877

## 4) AWARENESS AND CONCENTRATION

|  | New | Old | |
|--|-----|-----|--|
| ✓ | ___ | ✓ | Easily distracted by:    Sounds ✓    Sights ✓    Physical sensations ✓ |
| ✓ | ___ | ✓ | Mind appears to go blank at times    day dreams |
| ✓ | ___ | ✓ | Loses train of thought |
| ☐ | ___ | ___ | Difficulty concentrating on what others say, but can sit in front of a TV for long periods |
| ✓ | ___ | ✓ | Attention starts out OK but can't keep it up |
| ✓ | ___ | ✓ | Other attention or concentration problems:  extreme difficulty staying focused — worse in group settings — often does well w/ one on one attention |

## 5) MEMORY

|  | New | Old | |
|--|-----|-----|--|
| ✓ | ___ | ✓ | Forgets where he/she leaves things |
| ☐ | ___ | ___ | Forgets things that happened recently (e.g., last meal) |
| ☐ | ✓ | ___ | Forgets things that happened days/weeks ago |
| ☐ | ___ | ___ | Forgets what he/she is supposed to be doing |
| ☐ | ___ | ___ | Forgets names more than most people do |
| ✓ | ___ | ✓ | Forgets school assignments (doesn't know what they are to begin w/) |
| ✓ | ___ | ✓ | Forgets instructions |
| ☐ | ___ | ___ | Other memory problems:  extremely disorganized |

## 6) MOTOR AND COORDINATION

Check the side this occurs on: Right side  Left side  Both sides

|  | New | Old | | Right | Left | Both |
|--|-----|-----|--|-------|------|------|
| ✓ | ___ | ✓ | Poor fine motor skills (e.g., using a pencil or crayon)  very poor hand writing | | | |
| ☐ | ___ | ___ | Clumsy | | | |
| ☐ | ___ | ___ | Weakness | | | |
| ☐ | ___ | ___ | Tremor | | | |
| ✓ | ___ | ✓ | Muscles are tight or spastic  slight | | | ✓ |
| ☐ | ___ | ___ | Odd movements (posturing, peculiar hand movements, etc.) | | | |
| ☐ | ___ | ___ | Drops things more than most children  generally well coordinated | | | |
| ☐ | ___ | ___ | Has an unusual walk | | | |
| ☐ | ___ | ___ | Balance problems | | | |
| ✓ | ___ | ✓ | Other motor or coordination problems:  seems somewhat ambi-dexterous | | | |

## 7) SENSORY

Check the side this occurs on: Right side  Left side  Both sides

|  | New | Old | |
|--|-----|-----|--|
| ☐ | ___ | ___ | Needs to squint or move closer to page to read |
| ☐ | ___ | ___ | Problems seeing objects |
| ☐ | ___ | ___ | Loss of feeling |
| ☐ | ___ | ___ | Problems hearing sounds |
| ☐ | ___ | ___ | Difficulty telling hot from cold |
| ☐ | ___ | ___ | Difficulty smelling odors |
| ☐ | ✓ | ___ | Difficulty tasting food |
| ✓ | ___ | ✓ | Overly sensitive to:    Touch ✓    Light ___    Noise ✓ |
| ☐ | ___ | ___ | Other sensory problems: _____ |

878

**8) PHYSICAL**

*(handwritten: some/at drinks/more beverages than/normal seems)*

| New | Old | | How Often? |
|---|---|---|---|
| ☐ | ___ | Frequently complains of headaches or nausea | ___ |
| ☐ | ___ | Has dizzy spells | ___ |
| ☐ | ___ | Has pains in joints    Where? | ___ |
| ☐ | ___ | Excessive tiredness | ___ |
| ☑ | ✓ | Frequent urination or drinking | *possible* |
| ☑ | ✓ | Other physical problems: *hypocondria – lots of* |  |

*(handwritten: emergency room/doctors visits where no problem is identified – problem then goes away on its own)*

**9) BEHAVIOR**

| New | Old | | | New | Old | |
|---|---|---|---|---|---|---|
| ☐ | ___ | Aggressive | | ☐ | ___ | Nervous |
| ☐ | ___ | Attached to things, not people | | ☑ | ✓ | Nightmares, night terrors, sleepwalks |
| ☑ | ✓ | Bedwetting *ended @ 7½* | | ☐ | ___ | Quiet *in past* |
| ☑ | ✓ | Bizarre behavior *wild* | | ☑ | ___ | Resists change *doesn't have* |
| ☐ | ___ | Bowel movements in underwear | | ☑ | ___ | Risk-taking *any more* |
| ☐ | ___ | Dependent | | ☐ | ___ | Self-mutilates |
| ☐ | ___ | Depressed | | ☐ | ___ | Self-stimulates |
| ☐ | ___ | Eating habits are poor | | ☐ | ___ | Shy and withdrawn |
| ☐ | ___ | Emotional | | ☐ | ___ | Sleeping habits are poor |
| ☑ | ___ | Fearful | | ☑ | ✓ | Swears a lot |
| ☑ | ✓ | Immature | | ☑ | ✓ | Unmotivated |

Other unusual behavior: *angry – hostility to others misinterprets others – thinks they're making fun of him*

Below, check all the descriptions of the child that have been present for at least the past 6 months. These behaviors should occur more frequently than in other children of the same age:

*(handwritten: extreme difficulty sitting still)*

| | |
|---|---|
| ✓ Is very fidgety | Steals things without people knowing on several occasions *once* |
| ___ Can't remain seated | Often runs away from his parents' home and stays away overnight |
| ✓ Highly distractible | Easily lies to others *getting better* |
| ___ Can't wait for his/her turn when playing with others | Firesetting |
| ___ Answers before he/she hears the whole question | Doesn't go to school |
| ✓ Rarely follows others' instructions *(has trouble w/following directions)* | Breaks into other people's property |
| ✓ Has a hard time concentrating for long periods | Destroys other people's property in some manner other than by fire |
| ✓ Goes from one activity to another without finishing anything | Is cruel to animals |
| ___ Frequently makes noise when playing | Has forceable sexual relations with others |
| ✓ Seems like he/she is always talking | When fighting, has used a weapon on more than one occasion |
| ___ Is often rude or interrupts others | Starts fights with others |
| ✓ Doesn't listen to other people | Will steal directly from people |
| ✓ Seems like he/she frequently is losing things that are needed for school *rarely* | Is cruel to other people |
| ✓ Frequently does dangerous things without considering the consequences *once* | |

*(handwritten: talks constantly)*
*(handwritten: not in past 6 mos.)*
*(handwritten: not in past 6 mos.)*
*(handwritten: not recently – two incidents of vandalism – last was 1 yr ago)*
*(handwritten: very interested in fire, but knows it is very dangerous – doesn't set fires)*
*(handwritten: pushed brother out window onto roof as joke)*

**10)** Overall, the child's symptoms have developed:    ___ Slowly    ___ Quickly

**11)** The symptoms occur:    ___ Occasionally    ___ Often

**12)** Over the past 6 months the symptoms have:    ___ Stayed about the same    ✓ Worsened *somewhat*

# PREGNANCY

*adopted from orphanage in Russia – virtually no information on birth parents or prior life*

13) Mother's age at child's birth: *don't know*    Father's age at child's birth: *don't know*

14) Before the pregnancy, what medications (prescribed or over-the-counter) did the mother take?
    List all medications used: *don't know*

15) While pregnant, what medications (prescribed or over-the-counter) did the mother take?
    List all medications used: *don't know*

16) How often did the mother see her doctor during the pregnancy? *don't know*
    Regularly (as scheduled by the doctor) ____    Rarely ____    Not at all ____

17) During the pregnancy, which of the following did the mother use? *don't know*

                                                    **Amount and Daily Frequency**

____ Alcohol                          _____

____ Caffeine (coffee, colas, etc.)   _____

____ Marijuana                        _____

____ Recreational drugs (cocaine, heroin, etc.)  _____

____ Tobacco                          _____

18) During the pregnancy, the mother's diet was: *don't know*    Good ____ Poor ____
    If poor, explain: _____

19) The mother's general physical health during the pregnancy was:    Good ____ Poor ____
    If poor, explain: *don't know*

20) About how much weight did the mother gain while she was pregnant? *don't know* lbs.

21) During this pregnancy, check all the mother had: *don't know*

____ Accident

____ Anemia

____ Bleeding (severe or frequent spotting)

____ Diabetes

____ High blood pressure

____ Illnesses or infections

____ Preeclampsia, eclampsia, or toxemia

____ Psychological problems

____ Surgery

____ Vomiting (severe or frequent)

22) How many pregnancies did the mother have prior to this one?    *O▇ has a birth sister, w/ birth mother in Russia*
    Number of live births: *one*
    Number of miscarriages: _____

880

# BIRTH

*I think a little early) but I'm not sure.*

*23) Was this child born:*
   Early  ✓   How early? _____ weeks
   On time _____   (38-42 weeks)
   Late _____   How late? _____ weeks

24) How much did the baby weigh at birth?  *don't know* lbs. _____ oz. _____ OR _____ gms.

25) How long did the labor last?  *don't know* _____

26) The labor was:  *don't know* Easy _____ Moderately difficult _____ Very difficult _____

27) What type of medication was the mother given to help with delivery?  *don't know* None _____
   Demerol _____   Gas _____   Regional nerve (spinal block) _____   Tranquilizer _____   Epidural _____

28) Were forceps used during delivery?  Yes _____ No _____  *don't know* ~~~~~~~~

29) Was the baby born:  *don't know*
   Head first _____   Transverse (crosswise) _____   Posterior first _____
   Breech birth _____   Caesarean section _____   Vacuum extraction _____
   Other: _____

30) Did the baby experience any of these problems:  *don't know*
   Fetal distress _____   Low placenta (Placenta previa) _____   Prolapsed cord _____
   Premature separation of placenta (Abruptio placenta) _____   Cord wrapped around neck _____

31) Describe any other special problems the mother or child had during delivery:
   _____

32) At birth, did the baby:  *don't know*
   Have difficulty breathing?   Yes _____ No _____
   Fail to cry?   Yes _____ No _____
   Appear inactive?   Yes _____ No _____

   *don't remember, but they were normal or they were made up*
   *I don't know the or any of upper range don't know if they were or accurate*

33) List the baby's Apgar scores:   1st _____   2nd _____

34) If the father or mother noticed anything unusual when they first saw the baby, describe:
   *don't know* _____

35) If the baby was born with any problems (congenital defects, large or small head, blue baby, bleeding in brain, etc.), describe:  *don't think he had any of these problems*

36) Describe any special problems that the baby had in the first few days following birth:
   *don't know* _____

37) Describe any special care, treatment, or equipment the child was given after birth:
   *don't know* _____

38) How long did the baby stay in the hospital?  *don't know (probably abt 1mo, then transferred to orphanage)*

881

# DEVELOPMENTAL HISTORY

39) For each area, indicate the child's development by circling one description. The "Average" period is only a rough idea of what is average since every developmental milestone actually involves a range of several months (e.g., walking occurs approximately 9-18 months of age). Circle "Early" or "Late" only if you are sure the child's development was different from that of most other children.

**GROSS MOTOR SKILLS**

Crawled — *don't know* — Early — Average (6-9 months) — Late

Walked alone (2-3 steps) — *know* — Early — Average (9-18 months) — Late

**LANGUAGE**

Followed simple commands — *don't* — Early — Average (12-18 months) — Late

Used single-word sentences — *know* — Early — Average (12-24 months) — (Late) *probably*

**SELF-HELP**

Toilet trained — *don't know* — Early — Average (13-36 months) — Late

40) List any other significant developmental problems: *weak pencil grip*

41) Overall, the child's development was: *after age 5 when we adopted him*

Early ___ Average ___ Late **X**

42) As an infant or toddler, did the child have poor muscle control (i.e., weakness) of the:

Neck ___ Trunk ___ Legs ___ Arms ___ *don't know*

43) As an infant or toddler, did the child's muscles seem to be unusually tight or stiff? *don't know*

Yes ___ No ___ If yes, describe: _____

44) Toilet training was:

Easy ___    *don't know* — *nocturnal bed wetting until @ age 7½*

Difficult ___

45) As an infant or toddler, the child was: *don't know*

Too calm and inactive ___

Calm and reasonably active ___

Irritable and very active ___

46) As a toddler, the child was: *don't know*

Shy and inhibited ___

Neither shy nor outgoing ___

Very outgoing and liked people ___

882

# HEALTH HISTORY

47) Did the child have a poor appetite as a baby?  *don't know*  Yes ___ No ___

48) Did the child fail to gain weight steadily as a baby?  *don't know*  Yes ___ No ___

49) List the baby's illnesses or physical problems during the first year:
_____ *don't know* _____

50) Has the child had a temperature of 104°F (40°C) or higher for more than a few hours?  *don't know*
Yes ___ No ___   If yes, what age(s)? _____ and how long did it last? _____

51) Has the child ever been hit hard on the head or suffered a head injury?   Yes X No ___
If yes, what age(s)? *6 or 7*   Did the child lose consciousness?  Yes X No ___ *(twice)*
How did it happen? *ran full speed into much larger boy on playground - knocked out - sat up a couple hours*
What problems did the child have (physical or mental) afterwards? *didn't see any changes in him afterwards*   No

*immed. confused for a couple hrs* / *lost consciousness again + hit head on asphalt*

52) Has the child been diagnosed with seizures or epilepsy?   Yes ___ No ___
If yes, which type?   Partial seizure ___   Generalized seizure ___   Unclassified type ___
If medication is used, what medication(s)? _____
Has the child ever had a bad reaction to this medication?   Yes ___ No ___
If yes, describe: _____
Did the child ever have a seizure due to a fever or unknown cause?   Yes ___ No ___
If yes, describe (age, nature of seizure): _____

*2 frequent emergency room visits for accidents*

53) Was the child ever in the hospital for an accident, injury, or operation?   Yes X No ___
If yes, what age(s)? *4?*   What happened? *penny - passed in stool*
*or testicular pain - this happened @ age 11 - has stopped*

54) Has the child ever swallowed any poison, non-food, or drug accidently?   Yes X No ___
If yes, what age(s)? *4?*   What happened? *penny - passed in stool*

55) Did the child have frequent ear infections?   Yes X No ___
If yes, what age(s)? *6-8*   How often and severe? *occasional - interfered w/ hearing*
What treatment was provided? *antibiotics - cleared up easily*

56) Please check all the following diseases or conditions the child has ever had:

✓ Allergies *(latex)*    ___ Cerebral palsy    ___ Jaundice    ___ Mumps
___ Anemia    ___ Chicken pox    ___ Kidney disorder    ___ Oxygen deprivation
___ Asthma    ___ Colds (excessive)    ___ Leukemia    ___ Pneumonia
___ Bleeding disorder    ___ Diabetes    ___ Liver disorder    ___ Rheumatic fever
___ Blood disorder    ___ Encephalitis    ___ Lung disorder    ___ Scarlet fever
✓ Brain disorder *ADD*    ___ Enzyme deficiency    ___ Measles    ___ Tuberculosis
✓ Broken bones    ___ Genetic disorder    ___ Meningitis    ___ Venereal disease
___ Cancer    ___ Heart disorder    ___ Metabolic disorder    ___ Whooping cough
___ Other problems: *crossed eyes*   *seems generally in good physical health*

57) As the child has been growing up, he/she has been sick:
Much of the time ___   An average amount ___   Not much at all ✓

883

58) List all the medications the child takes now:

| Medication | Dosage | How often? | What for? |
|---|---|---|---|
| ~~Ritalin~~ Concerta | 72 mg | morning | ADD |
| Ritalin | 5mg | evening | ADD |

59) Does the child:
Wear glasses? Yes ✓ No ___    ___(Farsighted ___ Nearsighted ✓ Other ✓)
Use a hearing aid? Yes ___ No ✓    crossed eyes

60) Within the past year, has the child had:    **Results**
A vision test? Yes ✓ No ___    normal w/ glasses
A hearing test? Yes ✓ No ___    normal

61) What is the child's:    ⓐ height 5 ft. ___ in. not sure    ⓐ weight 60 lbs.

62) When was the child's last medical check-up? Aug 2005

63) What therapies have been provided to the child?    ___ No therapies
___ Occupational therapy
___ Physical therapy
X Psychological therapy, counseling, or cognitive rehabilitation    Dr. Harry Wachs (developmental optometry)
X Speech therapy
X Other therapy: tutoring - treatment for ADD

# FAMILY HISTORY

64) The child lives with:
___ Biological parent(s) only    ___ Relatives    ___ Foster parents
___ Biological parent and other    X Adoptive parents    ___ Institutional care
___ Other placement ___

65) The family's income is:
under $10,000 ___    $10,000-$29,999 ___    $30,000-$50,000 ___    over $50,000 X

66) What is the name of the child's biological mother? don't remember (adoption paper work)
a. Is she living? Yes X No ___    If deceased, explain: was at time of his adoption
b. Her age? late 30's probably now
c. What is her level of education? don't know
d. Her occupation? don't know
e. Does she live in the same house as the child? Yes ___ No X
f. How often does she see the child? never
g. How involved is the mother in the child's upbringing? Very ___ Somewhat ___ Not at all X
h. Did the mother have a learning disability or other problems when she was in school? Yes ___, No ___
If yes, describe: don't know
i. What are the mother's hobbies? don't know

884

IO

67) What is the name of the child's biological father? _don't know (remember)_
    a. Is he living?  Yes ____  No ____    If deceased, explain: _don't know_
    b. His age? _don't know_
    c. What is his level of education? _don't know_
    d. His occupation? _don't know_
    e. Does he live in the same house as the child?  Yes ____ No _X_
    f. How often does he see the child? _never_
    g. How involved is the father in the child's upbringing?  Very ____  Somewhat ____  Not at all _X_
    h. Did the father have a learning disability or other problems when he was in school?  Yes ____  No ____
       If yes, describe: _don't know_
    i. What are the father's hobbies? _don't know_

68) Please list the names, ages, and grade (or job) of the child's brothers and sisters: _almost 15 (on 5/30/06)_

| Name | Age | Grade or job |
|------|-----|--------------|
| Victor Oliver | K-15-14 8th | |
| Christina Oliver | 15 | 8th |
| | | |
| | | |

69) Has anyone in the child's biological family (including parents, grandparents, siblings, aunts & uncles) ever had any of the following? _don't know - have no info on health of biological family_

| | Which relative? | Describe the problem briefly |
|---|---|---|
| ____ Brain disease | | |
| ____ Developmental delay | | |
| ____ Epilepsy or seizures | | |
| ____ Learning disability | | |
| ____ Mental retardation | | |
| ____ Neurologic disease | | |
| ____ Psychological problems | | |
| ____ Reading or spelling difficulties | | |
| ____ Speech or language problems | | |

70) Which of the child's biological relatives are left-handed? _don't know_  No one ____
    Mother ____    Father ____    Sibling(s) ____    Grandparent(s) ____

71) What languages are spoken in the home?    (List in order of the most frequent first.)
    (1) _English_    (2) ____

72) How is the child disciplined? _verbal reprimands, talking/explaining problems, corner time, loss of allowance and other privileges, occasional spanking as last resort_

73) List the child's usual recreational activities and hobbies: _iking, shooting basketball, playing w/ legos, toy cars, toy trains_

74) Have there been any major family stresses or changes in the past year (e.g., moving with change of school, divorce, significant illness, etc.)?    Yes _X_  No ____
    If yes, explain: _separation of parents_

_ing_
_ooter_
_im-_
_ming_

    How much stress have these changes caused the child?  (circle one)
    None    Mild    Moderate    (Severe)

885

# SCHOOL HISTORY

75) The child's present school is:  Name  Our Lady of Victory
    Address  4755 Whitehaven Parkway
    Phone  (202) 337-1421     Contact person  Mrs. Martinez
                                              (principal)

76) Was the child ever held back to repeat a grade?                Yes  X  No ____
    If yes, which grade?  pre-K +  5th  Why?
    ① started pre-k insead of K 6mos. after adoption
    ② repeating 5th Grade after changing schools - new school is harder

77) Has the child ever been in a special class or provided with special services (e.g., resource room, EMR, learning
    disability class, etc.)?                    (last year)      Yes  X  No ____
    If yes, describe the special class:  English as a Second Lang
    Is the child in this class or receiving special services now?  Resource  Yes  X  No ____
                                              (Once or Twice a week)

78) Does the child like school?    Most of the time  X     Sometimes ____     Almost never ____

79) Does the child:
    Have problems with other children in class?                    Yes  X  No ____
    Have problems making friends in school?                        Yes  X  No ____
    Have problems getting along with teachers?    only w/ some     Yes  X  No ____
    Tend to get sick in the morning before school?  teachers -     Yes ____  No  X
    he really likes his main teacher

80) Describe the teacher's concerns about the child's schoolwork or behavior:
    Requires massive at home assistance
    w/ School work - Cann't or won't
    work independently - problems getting
    along w/ other kids

81) What kind of grades has the child received in the past year?
    A's & B's ____     B's & C's  X  one D   C's & D's ____     D's & F's ____  his
    or                                                                          own
    Outstanding ____   Good ____   Satisfactory ____   Improvement needed ____   Unsatisfactory ____  age.
    or
    Other grading system: ____
    Are these grades a change from previous years?   improvement  Yes  X  No ____
                                                     over prior years

82) In which subject(s) does the child do best?  English / Reading

83) Which subject(s) are the most difficult?  Science / Social Studies

84) In the past year, how much school has the child missed due to illness or injury?
    Less than 2 weeks  X     2 to 4 weeks ____     5 to 8 weeks ____     Over 8 weeks ____
    Briefly describe the reasons if the child has missed a lot of school:
    rarely misses school due to illness

85) Does the child seem to have a "school phobia"?                Yes ____  No  X
    If yes, explain:

886

12

# PREVIOUS EVALUATIONS

86) - Which of these tests or procedures recently have been done? Note any abnormal findings.

| Evaluation | Check here if normal | Abnormal Findings |
|---|---|---|
| ✓ Blood work  8/05 | ✓ | |
| ✓ Family physician or pediatrician office visit  8/05 | ✓ | |
| ✓ Hearing testing  8/05 | ✓ | |
| ✓ Lead level check  8/05 | ✓ | |
| ___ Lumbar puncture or spinal tap | | |
| ___ Neurological examination or testing (CT scan, EEG) | | |
| ✓ Psychological or neuropsychological testing | | ✓ ADD |
| ___ School testing | | |
| ✓ Speech & language testing | | delays — improved greatly w/ therapy |
| ✓ Vision testing  normal w/ glasses | | |
| ✓ X-rays — for ankle/leg injury | | Fall '05 - probably bone bruise |
| ___ Other tests: | | crossed eyes |

87) What are the names of the physician, psychologist, school authority, or other professionals we may contact who are most familiar with the child's problems?

Name  Mrs. Martinez
Address  OLV School
4755 Whitehaven Pkw
Wash., D.C. 2000?
Phone  (202) 337-7421
Profession  principal

Name  Miss Beck (teacher)  Miss Ewers (resource teacher)
Address  OLV School  ← same
Phone  same
Profession  class room teacher  resource teacher

_Claudia Palos_                            5/3/06
Parent or Guardian's Signature              Date

(father didn't sign because
he had left — he has verbally
agreed to contact w/ school &
signed another consent form)

**THANK YOU FOR TAKING THE TIME TO CAREFULLY COMPLETE THIS QUESTIONNAIRE.**

Child Name: O____ O____    Child Age: 13    Child Sex: M    Parent: *Claudia Pabox* / *Charles Oliver*

Instructions: Read each item below carefully, and decide how much you think your child has been bothered by this problem during the past month.

**PROBLEMS OF EATING**
1 2 3 4    1. Picky and finicky
1 2 3 4    2. Will not eat enough
1 2 3 4    3. Overweight

**PROBLEMS OF SLEEP**
1 2 3 4    4. Restless
1 2 3 4    5. Nightmares
1 2 3 4    6. Awakens at night
1 2 3 4    7. Cannot fall asleep

*describes behavior off meds*

**FEARS AND WORRIES**
1 2 3 4    8. Afraid of new situations
1 2 3 4    9. Afraid of people
1 2 3 4    10. Afraid of being alone
1 2 3 4    11. Worries about illness and death

**MUSCULAR TENSION**
1 2 3 4    12. Gets stiff and rigid
1 2 3 4    13. Twitches, jerks, etc.
1 2 3 4    14. Shakes

**SPEECH PROBLEMS**
1 2 3 4    15. Stuttering
1 2 3 4    16. Hard to understand

**WETTING**
1 2 3 4    17. Bed wetting
1 2 3 4    18. Runs to bathroom constantly

**BOWEL PROBLEMS**
1 2 3 4    19. Soiling self
1 2 3 4    20. Holds back bowl movements

**COMPLAINS OF FOLLOWING SYMPTOMS EVEN THOUGH DOCTOR CAN FIND NOTHING WRONG**
1 2 3 4    21. Headaches
1 2 3 4    22. Stomach aches
1 2 3 4    23. Vomiting
1 2 3 4    24. Aches and pains
1 2 3 4    25. Loose bowels

**PROBLEMS OF SUCKING, CHEWING, or PICKING**
1 2 3 4    26. Sucks thumb
1 2 3 4    27. Bites or picks nails
1 2 3 4    28. Chews on clothes, blankets, or others
1 2 3 4    29. Picks at things such as hair, clothing, etc. *pulls on locke of hair*

**CHILDISH OR IMMATURE**
1 2 3 4    30. Does not act his/her age
1 2 3 4    31. Cries easily
1 2 3 4    32. Wants help doing things s/he should be doing alone
1 2 3 4    33. Clings to parents or other adults
1 2 3 4    34. Baby talk

**TROUBLE WITH FEELINGS**
1 2 3 4    35. Keeps anger to self
1 2 3 4    36. Lets him/herself get pushed around by other children
1 2 3 4    37. Unhappy
1 2 3 4    38. Carries a chip on his/her shoulder

**OVER-ASSERTIVE**
1 2 3 4    39. Bullying
1 2 3 4    40. Bragging and boasting
1 2 3 4    41. Sassy to grown-ups

**PROBLEMS MAKING FRIENDS**
1 2 3 4    42. Shy
1 2 3 4    43. Afraid they do not like him/her
1 2 3 4    44. Feelings easily hurt
1 2 3 4    45. Has no friends

**PROBLEMS WITH BROTHERS AND SISTERS**
1 2 3 4    46. Feels cheated
1 2 3 4    47. Mean
1 2 3 4    48. Fights constantly *(verbal)*

**PROBLEMS KEEPING FRIENDS**
1 2 3 4    49. Disturbs other children
1 2 3 4    50. Wants to run things
1 2 3 4    51. Picks on other children

**RESTLESS**
1 2 3 4    52. Restless or overactive
1 2 3 4    53. Excitable, impulsive
1 2 3 4    54. Fails to finish things s/he starts - short attention span

**TEMPER** *occasional*
1 2 3 4    55. Temper outbursts, explosive and unpredictable behavior
1 2 3 4    56. Throws him/herself around
1 2 3 4    57. Throws and breaks things
1 2 3 4    58. Pouts and sulks

**SEX**
1 2 3 4    59. Plays with own sex organs
1 2 3 4    60. Involved in sex play with others
1 2 3 4    61. Modest about his/her body

**PROBLEMS IN SCHOOL**
1 2 3 4    62. Is not learning
1 2 3 4    63. Does not like to go to school
1 2 3 4    64. Is afraid to go to school
1 2 3 4    65. Daydreams
1 2 3 4    66. Truancy
1 2 3 4    67. Will not obey school rules

**LYING** *has had problem w/ lying - is making very good progress on telling truth*
1 2 3 4    68. Denies having done wrong
1 2 3 4    69. Blames others for mistakes
1 2 3 4    70. Tells stories which did not happen

**STEALING**
1 2 3 4    71. Stealing from parents
1 2 3 4    72. Stealing at school
1 2 3 4    73. Stealing from stores and other places

**FIRE-SETTING**
1 2 3 4    74. Sets fires

**TROUBLE WITH POLICE**
1 2 3 4    75. Gets into trouble with police
          Why?

**PERFECTIONISM**
1 2 3 4    76. Everything must be just so
1 2 3 4    77. Things must be done same way every time
1 2 3 4    78. Sets goals too high

**ADDITIONAL PROBLEMS**
1 2 3 4    79. Inattentive, easily distracted
1 2 3 4    80. Constantly fidgeting
1 2 3 4    81. Cannot be left alone
1 2 3 4    82. Always climbing
1 2 3 4    83. A very early riser
1 2 3 4    84. Will run around between mouthfuls at meals
1 2 3 4    85. Demands must be met immediately - easily frustrated
1 2 3 4    86. Cannot stand too much excitement
1 2 3 4    87. Laces and zippers are always open
1 2 3 4    88. Cries often and easily
1 2 3 4    89. Unable to stop a repetitive activity
1 2 3 4    90. Acts as if driven by a motor
1 2 3 4    91. Mood changes quickly and drastically
1 2 3 4    92. Poorly aware of surroundings or time of day
1 2 3 4    93. Still cannot tie his/her shoelaces

CPRS-93    **PARENTS FILL OUT**

| 1 = Not at All | 2 = Just a Little | 3 = Pretty Much | 4 = Very Much |

(c) Copyright 1989. Multi-Health Systems, Inc. In the USA: 908 Niagara Falls Boulevard, North Tonawanda, NY 14120, (800) 666-7007.
USA or Canada: (416) 424-1736.    In Canada: 95 Thorncliffe Park Drive, Toronto, Ontario M4H 1L7, (800) 268-6011.

888

PARENTS FILL OUT

# DIFFERENTIAL TEST of CONDUCT and EMOTIONAL PROBLEMS (DT/CEP)

Edward J. Kelly, Ed.D.
Edited by Gary J. Vitali

Student Name _____

School _Our Lady of Victory_____

Rater Name and Title _____

Scoring Summary

Total ED Scale Score _____

Total CP Scale Score _____

**Directions:** The statements on this checklist are often used to describe student behaviors. Read each statement and decide if it describes your student. If it does, shade "T", if not, shade "F." While it is important to respond to as many statements as possible, leave blank any items which call for information about the student which you do not presently have. At the same time, if you do possess sufficient but somewhat inconsistent information to respond to a statement, mark the answer which is most characteristic of your student.

Example: ● Ⓕ

| WEIGHTED SCALE SCORES | | | | | |
|---|---|---|---|---|---|
| ED | CP | | T/F | | Statement |
| 1. ◯ | ◯ 2 | | Ⓣ ● | | 1. Cruel with animals or people in sadistic ways. |
| 2. ◯ 1 | ◯ | | Ⓣ ● | | 2. Has extreme difficulty in talking with others. |
| 3. ◯ 1 | ◯ | | Ⓣ ● | | 3. Feels inferior, says not as good as others. |
| 4. ◯ | ◯ 2 | | Ⓣ ● | | 4. Constantly fighting or beating up others. |
| 5. ◯ | ◯ 1 | | Ⓣ ● | | 5. Cannot control temper; "blows up" over the least thing. |
| 6. ◯ | ◯ | | Ⓣ ● | | 6. Absent from school repeatedly without permission (truant). |
| 7. ◯ 2 | ◯ | | Ⓣ ● | | 7. Withdrawn, aloof, unresponsive. |
| 8. ◯ 2 | ◯ | | Ⓣ ● | | 8. Unusual fears of such things as the dark, thunderstorms, being alone, etc. |
| 9. ◯ | ◯ 1 | | ● Ⓕ | | 9. Uses poor judgment; will do or say anything on impulse. |
| 10. ◯ | ◯ 1 | | ● Ⓕ | | 10. Generally considerate and able to share. |
| 11. ◯ | ◯ 1 | | Ⓣ ● | | 11. Belongs to a gang. |
| 12. ◯ 1 | ◯ | | ● Ⓕ | | 12. Exhibits rather odd and/or bizarre behavior. |
| 13. ◯ | ◯ 2 | | Ⓣ ● | | 13. Often bullies and/or intimidates others. |
| 14. ◯ | ◯ | | Ⓣ ● | | 14. Gets very upset when any daily routine is changed. |
| 15. ◯ 1 | ◯ | | Ⓣ ● | | 15. Chronic moods of unhappiness or depression. |
| 16. ◯ | ◯ 1 | | Ⓣ ● | | 16. Has run away from home in the past year. |
| 17. ◯ | ◯ 1 | | ● Ⓕ | | 17. Consistently irresponsible and undependable. |
| 18. ◯ | ◯ 1 | | Ⓣ ● | | 18. Has bad companions. |
| 19. ◯ 1 | ◯ | | Ⓣ ● | | 19. Consistently obsessed with unpleasant or morbid thoughts. |
| 20. ◯ | ◯ 2 | | ● Ⓕ | | 20. Consistently swears and/or uses obscene language. |
| 21. ◯ | ◯ 2 | | Ⓣ ● | | 21. Steals outside the home. |
| 22. ◯ 1 | ◯ | | Ⓣ ● | | 22. Fear of death; always worrying about dying. |
| 23. ◯ | ◯ 1 | | Ⓣ ● | | 23. Doesn't care about the feelings of others. |
| 24. ◯ 1 | ◯ | | Ⓣ ● | | 24. Frequent psychosomatic complaints, e.g. tension headaches, stomachaches, etc. |
| 25. ◯ 2 | ◯ | | Ⓣ ● | | 25. Fearful, constantly afraid of everything. _worries a lot_ |
| 26. ◯ 2 | ◯ | | Ⓣ ● | | 26. Hears voices or sees things that others cannot. |
| 27. ◯ | ◯ 1 | | Ⓣ ● | | 27. Is delinquent, has committed juvenile offenses. |
| 28. ◯ 1 | ◯ | | Ⓣ ● | | 28. Compulsive rituals; engages in anxious, driven compulsive actions. |

→ _worries fair amount abt safety_

Subtotal (1-28)

889

*a very high level of compliance w/ adults — very strict — much stricter than public school*

| WEIGHTED SCALE SCORES | | |
|---|---|---|
| | ED | CP |
| 29. | ○ | ○ 1 |
| 30. | ○ | ○ |
| 31. | ○ | ○ 1 |
| 32. | ○ 1 | ○ 1 |
| 33. | ○ | ○ 1 |
| 34. | ○ 1 | ○ |
| 35. | ○ | ○ 1 |
| 36. | ○ 2 | ○ |
| 37. | ○ 1 | ○ |
| 38. | ○ 2 | ○ |
| 39. | ○ | ○ 2 |
| 40. | ○ 1 | ○ |
| 41. | ○ 2 | ○ |
| 42. | ○ 2 | ○ |
| 43. | ○ | ○ 1 |
| 44. | ○ | ○ |
| 45. | ○ | ○ 1 |
| 46. | ○ | ○ |
| 47. | ○ | ○ 2 |
| 48. | ○ 1 | ○ |
| 49. | ○ | ○ 2 |
| 50. | ○ | ○ 1 |
| 51. | ○ | ○ |
| 52. | ○ | ○ 1 |
| 53. | ○ | ○ |
| 54. | ○ | ○ 1 |
| 55. | ○ 1 | ○ |
| 56. | ○ 2 | ○ |
| 57. | ○ 2 | ○ 2 |
| 58. | ○ 1 | ○ |
| 59. | ○ 1 | ○ |
| 60. | ○ | ○ 1 |
| 61. | ○ 1 | ○ |
| 62. | ○ 1 | ○ |
| 63. | ○ 1 | ○ |

? 29. Is a pest in school—irritates teachers and other students.

30. Thoughts and ideas are typically free of irrational or bizarre preoccupations.

*somewhat*

31. Is disruptive; tendency to be disobedient and defiant of authority.  *mild*

32. Gets very upset when criticized or makes mistakes.

33. Shows no shame or guilt after being caught.

34. Is a consistent victim of intimidation and bullying by others.

35. Constantly argues about daily routine (dressing, eating, doing chores, etc.).

36. Is pathologically afraid of dirt or germs.

37. On medication (tranquilizers, etc.) specifically for emotional problems.

38. Has threatened or attempted suicide.

39. Willful destruction of other's property.  *twice*

40. Engages in nonsense speech under stress, often uses expressions which make no sense.  *random noises*

41. A "loner" becomes angry or irritable when seclusiveness is disturbed.

42. Unusually afraid of social events or activities outside the home.

43. Defies parents, is unmanageable.

44. Constantly "jittery" and "wound up," tense and anxious, etc.

45. Chronic lying and/or distortions of truth.

46. Has stress related asthma, allergies and/or other respiratory problems.

47. Is disobedient, out of control of adults.

48. Perceives self as having serious emotional problems.

49. Repeatedly in trouble with school authorities.  *(school is very strict)*

50. Has good sense of right and wrong.

51. Perfectionistic, must do everything exactly right.

52. Does not conform to limits on his/her own without control from others.

53. Often expresses concern about being lonely, unhappy.

54. Disturbs other students by teasing, provoking fights, interruptions, etc.

55. Constantly reacts to stressful situations with head or stomachaches, nausea, etc.

56. Often complains of nightmares and bad dreams.

57. Exhibits serious conduct problems in school.  *made threat once*

58. Has nervous mannerisms; eye blinking, nail biting, hand wringing, etc.

59. Pronounced mood shifts; depressed one time, euphoric or very anxious the next, etc.  *sometimes at school*

60. Frequently reacts with defiance to instructions or commands.

61. Weeps or cries with minimal cause or provocation.  *occasionally*

62. Self preoccupied; in a "dream world" much of the time.

63. Secure and confident in peer interactions.

Subtotal (1-28)

Subtotal (29-63)

TOTAL

890

© 1990 Slosson Educational Publications, Inc.

*PARENTS COMPLETE*
INSIDE QUESTIONS AN. LAST PAGE

# ADHDT

## Attention-Deficit/ Hyperactivity Disorder Test

**A Method for Identifying Individuals with ADHD**

## SUMMARY/RESPONSE FORM

### ion I. Identifying Information

Child's Name ▢▢▢

Address 3512 Rodman St.,
N.W., Wash., D.C. 20008

Rater's Name _____

Relationship to Subject _____

Examiner's Name/Title _____

Date of ADHD Rating _____ _____
                      Year    Month

Subject's Date of Birth _____ _____
                         Year    Month

Subject's Age _____ _____
               Year    Month

---

### Section II. Score Summary

| Subtests | Raw Score | SS | % | SE$_M$ |
|---|---|---|---|---|
| Hyperactivity | _____ | _____ | _____ | 1 |
| Impulsivity | _____ | _____ | _____ | 1 |
| Inattention | _____ | _____ | _____ | 1 |
| Sum of Standard Scores | | _____ | | |
| ADHD Quotient | | _____ | _____ | 3 |

---

### Section III. Interpretation Guide

| Subtest Standard Scores | ADHD Quotient | Degree of Severity | Probability of ADHD |
|---|---|---|---|
| 17–19 | 131+ | High ↑ | Very High |
| 15–16 | 121–130 | | High |
| 13–14 | 111–120 | | Above Average |
| 8–12 | 90–110 | | Average |
| 6–7 | 80–89 | | Below Average |
| 4–5 | 70–79 | ↓ Low | Low |
| 1–3 | ≤69 | | Very Low |

---

### Section IV. Profile of Scores

| Subtest Standard Scores | ADHDT Subtests | | | ADHDT Composite | | Other Measures of Intelligence, Achievement, or Behavior | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hyperactivity | Impulsivity | Inattention | Composite Quotients | ADHD Quotient | Test Used | Test Used | Test Used | Test Used | Test Used |
| 20 | | | | 160 | | | | | | |
| 19 | | | | 155 | | | | | | |
| 18 | | | | 150 | | | | | | |
| 17 | | | | 145 | | | | | | |
| 16 | | | | 140 | | | | | | |
| 15 | | | | 135 | | | | | | |
| | | | | 130 | | | | | | |
| | | | | 125 | | | | | | |
| 14 | | | | 120 | | | | | | |
| 13 | | | | 115 | | | | | | |
| 12 | | | | 110 | | | | | | |
| 11 | | | | 105 | | | | | | |
| 10 | | | | 100 | | | | | | |
| 9 | | | | 95 | | | | | | |
| 8 | | | | 90 | | | | | | |
| 7 | | | | 85 | | | | | | |
| 6 | | | | 80 | | | | | | |
| 5 | | | | 75 | | | | | | |
| 4 | | | | 70 | | | | | | |
| 3 | | | | 65 | | | | | | |
| 2 | | | | 60 | | | | | | |
| 1 | | | | 55 | | | | | | |

---

© 1995 by PRO-ED, Inc.
1 2 3 4   97 96 95

Additional copies of this form (#6882) are available from PRO-ED
8700 Shoal Creek Blvd., Austin, TX 78757, 512/451-3246.

**Section V. Response Form**

DIRECTIONS: Please indicate which of the following behaviors/characteristics are a problem for this individual. Mark or circle 0 if the behavior is *not a problem* or if you have not had the opportunity to observe the behavior. Mark or circle 1 if the item refers to a behavior that is a *mild* problem. Mark or circle 2 if the item refers to a behavior that is a *severe* problem for this individual. Do not skip any items.

**Hyperactivity Subtest**

*I have described his behavior when off ADD meds*

| | Not a Problem | Mild Problem | Severe Problem |
|---|---|---|---|
| 1. Loud (noisy) | 0 | 1 | (2) |
| 2. Constantly "on-the-go" | 0 | 1 | (2) |
| 3. Excessive running, jumping, climbing | 0 | 1 | (2) |
| 4. Twisting and wiggling in seat | 0 | 1 | (2) |
| 5. Easily excited | 0 | 1 | (2) |
| 6. Grabs objects | 0 | (1) | 2 |
| 7. Excessive talking | 0 | 1 | (2) |
| 8. Difficulty remaining seated | 0 | (1) | 2 |
| 9. Constantly manipulating objects | 0 | (1) | ▨ |
| 10. Inability to play quietly | 0 | 1 | (2) |
| 11. Fidgets | 0 | 1 | (2) |
| 12. Restless | 0 | 1 | (2) |
| 13. Squirms | 0 | 1 | (2) |

Hyperactivity Sum [       ]

892

## Impulsivity Subtest

|  | Not a Problem | Mild Problem | Severe Problem |
|---|---|---|---|
| 14. Acts before thinking *(doesn't do very often, but can cause serious problems)* | 0 | ~~1~~ | (2) |
| 15. Shifts from one activity to the next | 0 | (1) | 2 |
| 16. Fails to wait for one's turn | 0 | (1) | 2 |
| 17. Difficulty waiting turn | 0 | (1) | 2 |
| 18. Blurts out answers | (0) | ~~1~~ | 2 |
| 19. Impulsive | 0 | 1 | (2) |
| 20. Interrupts conversations | 0 | (1) | ~~2~~ |
| 21. Intrudes on others | (0) | ~~1~~ | 2 |
| 22. Does not wait for directions | 0 | (1) | 2 |
| 23. Fails to follow rules of games | (0) | 1 | 2 |

Impulsivity Sum [ ]

## Inattention Subtest

|  | Not a Problem | Mild Problem | Severe Problem |
|---|---|---|---|
| 24. Poor concentration | 0 | 1 | (2) |
| 25. Fails to finish projects | 0 | 1 | (2) |
| 26. Disorganized | 0 | 1 | (2) |
| 27. Poor planning ability | 0 | 1 | (2) |
| 28. Absentminded | 0 | 1 | (2) |
| 29. Inattentive | 0 | 1 | (2) |
| 30. Difficulty following directions | 0 | 1 | (2) |
| 31. Short attention span | 0 | 1 | (2) |
| 32. Easily distracted | 0 | 1 | (2) |
| 33. Difficulty sustaining attention | 0 | 1 | (2) |
| 34. Difficulty staying on task | 0 | 1 | (2) |
| 35. Difficulty completing tasks | 0 | 1 | (2) |
| 36. Frequently loses things | 0 | 1 | (2) |

Inattention Sum [ ]

893

### Section VI. Key Questions

1. Does the person demonstrate six or more symptoms of inattention, or six or more symptoms of hyperactivity, or impulsivity listed in each subtest? *yes* *yes* *Yes*

2. Does the person exhibit the behavioral problems in a variety of environments? *Yes*

3. Does the person demonstrate the behaviors considerably more frequently than do most people of the same mental age? *Yes*

4. Has the person demonstrated the behaviors for at least 6 months? *yes*

5. Did the person first demonstrate the behaviors before age 7? *Yes*

6. Is the person's functioning (at school, home, and work) significantly impaired? *yes (esp. when off meds)*

7. Are there other conditions that could possibly be causing the behavioral problems? If yes, what are the conditions? *separation of parents — conflict between parents — father has problems w/ anger*

8. Who has previously evaluated this person and what were the results? *Dr Ingersol diagnosed w/ ADD + impulse issues*

9. What specific interventions have been attempted to treat the person's problems? *takes ADD meds*

10. What additional information needs to be collected? *Talk to school — they see him only he is on ADD med's*

### Section VII. Recommendations and Comments

894

4

**Please Print**

## CHILD BEHAVIOR CHECKLIST FOR AGES 4–18

For office use only
ID #

**CHILD'S FULL NAME** — FIRST O█████ MIDDLE A█████ LAST C█████

PARENTS' USUAL TYPE OF WORK, even if not working now. (Please be specific—for example, auto mechanic, high school teacher, homemaker, laborer, lathe operator, shoe salesman, army sergeant.)

**SEX** ☒ Boy ☐ Girl

**AGE** 13

**ETHNIC GROUP OR RACE** Caucasian

**FATHER'S TYPE OF WORK:** lawyer

**MOTHER'S TYPE OF WORK:** lawyer

**TODAY'S DATE** Mo. 5 Date 3 Yr. 06

**CHILD'S BIRTHDATE** Mo. 3 Date 10 Yr. 93

**GRADE IN SCHOOL** 5th

**NOT ATTENDING SCHOOL** ☐

Please fill out this form to reflect *your view* of the child's behavior even if other people might not agree. Feel free to print additional comments beside each item and in the spaces provided on page 2.

**THIS FORM FILLED OUT BY:**
☒ Mother (full name) Claudia Pabo
☐ Father (full name)
☐ Other—name & relationship to child:

---

**I.** Please list the sports your child most likes to take part in. For example: swimming, baseball, skating, skate boarding, bike riding, fishing, etc.

☐ None

| | Compared to others of the same age, about how much time does he/she spend in each? | | | | Compared to others of the same age, how well does he/she do each one? | | | |
|---|---|---|---|---|---|---|---|---|
| | Don't Know | Less Than Average | Average | More Than Average | Don't Know | Below Average | Average | Above Average |
| a. swimming | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| b. biking | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| c. shooting w/ basket ball | ☐ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ |

---

**II.** Please list your child's favorite hobbies, activities, and games, other than sports. For example: stamps, dolls, books, piano, crafts, cars, singing, etc. (Do *not* include listening to radio or TV.)

☐ None

| | Compared to others of the same age, about how much time does he/she spend in each? | | | | Compared to others of the same age, how well does he/she do each one? | | | |
|---|---|---|---|---|---|---|---|---|
| | Don't Know | Less Than Average | Average | More Than Average | Don't Know | Below Average | Average | Above Average |
| a. playing w/ Legos | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |
| b. imaginary play | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ ? |
| c. brio play w/ imaginary train track playmates | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |

---

**III.** Please list any organizations, clubs, teams, or groups your child belongs to.

☒ None

| | Compared to others of the same age, how active is he/she in each? | | | |
|---|---|---|---|---|
| | Don't Know | Less Active | Average | More Active |
| a. | ☐ | ☐ | ☐ | ☐ |
| b. | ☐ | ☐ | ☐ | ☐ |
| c. | ☐ | ☐ | ☐ | ☐ |

---

**IV.** Please list any jobs or chores your child has. For example: paper route, babysitting, making bed, working in store, etc. (Include *both* paid and unpaid jobs and chores.)

☐ None

| | Compared to others of the same age, how well does he/she carry them out? | | | |
|---|---|---|---|---|
| | Don't Know | Below Average | Average | Above Average |
| a. sets table | ☐ | ☐ | ☒ | ☐ |
| b. sweeps floor | ☐ | ☒ | ☐ | ☐ |
| c. picks up after himself when asked repeatedly | ☐ | ☒ | ☐ | ☐ |

895

Copyright 1991 T.M. Achenbach, U. of Vermont, 1 S. Prospect St., Burlington, VT 05401   UNAUTHORIZED REPRODUCTION FORBIDDEN BY LAW

4-95 Edition

**V.** **1.** About how many close friends does your child have?  ☒ None  ☐ 1  ☐ 2 or 3  ☐ 4 or more
(Do *not* include brothers & sisters)

**2.** About how many times a week does your child do things with any friends outside of regular school hours?
(Do *not* include brothers & sisters)  ☒ Less than 1  ☐ 1 or 2  ☐ 3 or more

**VI.** Compared to others of his/her age, how well does your child:

| | Worse | About Average | Better | |
|---|---|---|---|---|
| a. Get along with his/her brothers & sisters? | ☐ | ☒ | ☐ | ☐ Has no brothers or sisters |
| b. Get along with other kids? | ☒ | ☐ | ☐ | |
| c. Behave with his/her parents? | ☐ | ☒ | ☐ | |
| d. Play and work alone? | ☒ | ☐ | ☐ | |

**VII.** **1.** For ages 6 and older—performance in academic subjects.  ☐ Does not attend school because _____

| Check a box for each subject that child takes | Failing | Below Average | Average | Above Average |
|---|---|---|---|---|
| a. Reading, English, or Language Arts | ☐ | ☒ | ☐ | ☐ |
| b. History or Social Studies | ☐ | ☒ | ☐ | ☐ |
| c. Arithmetic or Math | ☐ | ☒ | ☐ | ☐ |
| d. Science | ☐ | ☒ | ☐ | ☐ |
| e. Writing | ☐ | ☒ | ☐ | ☐ |
| f. _____ | ☐ | ☐ | ☐ | ☐ |
| g. _____ | ☐ | ☐ | ☐ | ☐ |

Other academic subjects—for example: computer courses, foreign language, business. Do *not* include gym, shop, driver's ed., etc.

**2.** Does your child receive special remedial services or attend a special class or special school?  ☐ No  ☒ Yes—kind of services, class, or school: minimal resource 1 or 2 times per wk 3-5 hrs help w/ homework per night by mother

**3.** Has your child repeated any grades?  ☐ No  ☒ Yes—grades and reasons: ① started pre-K at 5 - 6 mos. after adoption ② repeating 5thG after transferring to hard school   additional 8-12 hrs on weekend

**4.** Has your child had any academic or other problems in school?  ☐ No  ☒ Yes—please describe: can't or won't work independently poor reading comprehension
When did these problems start? has always had problems paying attention

Have these problems ended?  ☒ No  ☐ Yes—when? problems have improved w/ ADD meds & tutoring

Does your child have any illness or disability (either physical or mental)?  ☐ No  ☒ Yes—please describe: ADD, crossed eyes

What concerns you most about your child? anger & behavior problems at school (school is very strict) ø poor academic achievement generally

Please describe the best things about your child: cheerful, happy disposition, enthusiastic, can be empathic, very curious & lively, willing to work hard at school work w/ one on one support, eager to help, sense of humor

896

Below is a list of items that describe children and youth. For each item that describes your child **now or within the past 6 months**, please circle the **2** if the item is **very true or often true** of your child. Circle the **1** if the item is **somewhat or sometimes true** of your child. If the item is **not true** of your child, circle the **0**. Please answer all items as well as you can, even if some do not seem to apply to your child.

**Please Print**

**0 = Not True (as far as you know)    1 = Somewhat or Sometimes True    2 = Very True or Often True**

| | | |
|---|---|---|
| 0 1 **(2)** | 1. | Acts too young for his/her age |
| 0 **(1)** 2 | 2. | Allergy (describe): __latex__ |
| | | _____ |
| 0 1 **(2)** | 3. | Argues a lot |
| **(0)** 1 2 | 4. | Asthma |
| 0 **(1)** 2 | 5. | Behaves like opposite sex __rare__ |
| **(0)** 1 2 | 6. | Bowel movements outside toilet |
| **(0)** 1 2 | 7. | Bragging, boasting |
| 0 1 **(2)** | 8. | Can't concentrate, can't pay attention for long |
| **(0)** 1 2 | 9. | Can't get his/her mind off certain thoughts; obsessions (describe): _____ |
| 0 1 **(2)** | 10. | Can't sit still, restless, or hyperactive |
| 0 **(1)** 2 | 11. | Clings to adults or too dependent __for help w/ school work__ |
| **(0)** 1 2 | 12. | Complains of loneliness |
| **(0)** **(1)** 2 | 13. | Confused or seems to be in a fog |
| **(0)** 1 2 | 14. | Cries a lot |
| **(0)** 1 2 | 15. | Cruel to animals |
| 0 **(1)** **(2)** | 16. | Cruelty, bullying, or meanness to others __to brother + sister__ |
| **(0)** 1 **(2)** | 17. | Day-dreams or gets lost in his/her thoughts |
| **(0)** 1 2 | 18. | Deliberately harms self or attempts suicide |
| 0 1 **(2)** | 19. | Demands a lot of attention |
| 0 1 **(2)** | 20. | Destroys his/her own things |
| 0 **(1)** 2 | 21. | Destroys things belonging to his/her family or others |
| 0 **(1)** 2 | 22. | Disobedient at home |
| 0 1 **(2)** | 23. | Disobedient at school |
| 0 **(1)** 2 | 24. | Doesn't eat well __eats excessive snack foods__ |
| 0 **(1)** 2 | 25. | Doesn't get along with other kids |
| **(0)** 1 2 | 26. | Doesn't seem to feel guilty after misbehaving |
| **(0)** 1 2 | 27. | Easily jealous |
| **(0)** 1 2 | 28. | Eats or drinks things that are not food— **don't** include sweets (describe): _____ |
| **(0)** 1 2 | 29. | Fears certain animals, situations, or places, other than school (describe): _____ |
| **(0)** 1 2 | 30. | Fears going to school |

| | | |
|---|---|---|
| **(0)** 1 2 | 31. | Fears he/she might think or do something bad |
| **(0)** 1 2 | 32. | Feels he/she has to be perfect |
| **(0)** 1 2 | 33. | Feels or complains that no one loves him/he |
| 0 **(1)** 2 | 34. | Feels others are out to get him/her |
| **(0)** 1 2 | 35. | Feels worthless or inferior |
| 0 1 **(2)** | 36. | Gets hurt a lot, accident-prone |
| **(0)** 1 2 | 37. | Gets in many fights |
| 0 **(1)** 2 | 38. | Gets teased a lot |
| **(0)** 1 2 | 39. | Hangs around with others who get in trouble |
| **(0)** 1 2 | 40. | Hears sounds or voices that aren't there (describe): _____ |
| | | _____ |
| 0 1 **(2)** | 41. | Impulsive or acts without thinking |
| **(0)** 1 2 | 42. | Would rather be alone than with others |
| 0 **(1)** 2 | 43. | Lying or cheating |
| 0 **(1)** 2 | 44. | Bites fingernails |
| 0 **(1)** **(2)** | 45. | Nervous, highstrung, or tense |
| 0 **(1)** **(2)** | 46. | Nervous movements or twitching (describe): __pulls on front lock of hair__ |
| **(0)** 1 2 | 47. | Nightmares |
| 0 1 **(2)** | 48. | Not liked by other kids |
| **(0)** 1 2 | 49. | Constipated, doesn't move bowels |
| **(0)** 1 2 | 50. | Too fearful or anxious |
| **(0)** 1 2 | 51. | Feels dizzy |
| **(0)** 1 2 | 52. | Feels too guilty |
| **(0)** 1 2 | 53. | Overeating |
| **(0)** 1 2 | 54. | Overtired |
| **(0)** 1 2 | 55. | Overweight |
| | 56. | Physical problems **without known medical cause:** |
| **(0)** 1 2 | a. | Aches or pains (**not** stomach or headaches) |
| **(0)** **(1)** 2 | b. | Headaches |
| 0 **(1)** 2 | c. | Nausea, feels sick |
| 0 **(1)** 2 | d. | Problems with eyes (**not** if corrected by glasses) (describe): __Crossed eyes__ |
| **(0)** 1 2 | e. | Rashes or other skin problems |
| **(0)** 1 2 | f. | Stomachaches or cramps |
| **(0)** 1 2 | g. | Vomiting, throwing up |
| **(0)** **(1)** 2 | h. | Other (describe): __accident prone__ |

897

**Please see other side**

| | | | |
|---|---|---|---|
| (0) 1 2 | 57. | Physically attacks people |
| 0 (1) 2 | 58. | Picks nose, skin, or other parts of body (describe): |
| (0) 1 2 | 59. | Plays with own sex parts in public |
| (0) 1 2 | 60. | Plays with own sex parts too much |
| 0 1 (2) | 61. | Poor school work |
| (0) 1 2 | 62. | Poorly coordinated or clumsy |
| (0) 1 2 | 63. | Prefers being with older kids |
| 0 1 (2) | 64. | Prefers being with younger kids |
| (0) 1 2 | 65. | Refuses to talk |
| 0 (1) 2 | 66. | Repeats certain acts over and over; compulsions (describe): pulls hair (not pulling out) |
| (0) 1 2 | 67. | Runs away from home |
| (0) 1 2 | 68. | Screams a lot |
| (0) 1 2 | 69. | Secretive, keeps things to self |
| (0) 1 2 | 70. | Sees things that aren't there (describe): |
| (0) 1 2 | 71. | Self-conscious or easily embarrassed |
| (0) 1 2 | 72. | Sets fires |
| 0 (1) 2 | 73. | Sexual problems (describe): 13 – pre pubescent (easily embarrassed by references to sex) |
| 0 (1) 2 | 74. | Showing off or clowning |
| (0) 1 2 | 75. | Shy or timid |
| (0) 1 2 | 76. | Sleeps less than most kids |
| (0) 1 2 | 77. | Sleeps more than most kids during day and/or night (describe): |
| (0) 1 2 | 78. | Smears or plays with bowel movements |
| (0) 1 2 | 79. | Speech problem (describe): |
| (0) 1 2 | 80. | Stares blankly  day dreams |
| (0) 1 2 | 81. | Steals at home |
| (0) 1 2 | 82. | Steals outside the home |
| (0) 1 2 | 83. | Stores up things he/she doesn't need (describe): |

| | | | |
|---|---|---|---|
| 0 1 (2) | 84. | Strange behavior (describe): Jibbers – strange noises when off ADD meds |
| 0 1 (2) | 85. | Strange ideas (describe): says he used to be a grown up + has been reincarnated |
| 0 (1) 2 | 86. | Stubborn, sullen, or irritable |
| 0 (1) 2 | 87. | Sudden changes in mood or feelings |
| (0) 1 2 | 88. | Sulks a lot  very irritable when ADD meds wear off |
| 0 (1) (2) | 89. | Suspicious |
| 0 1 (2) | 90. | Swearing or obscene language |
| (0) 1 2 | 91. | Talks about killing self |
| (0) 1 2 | 92. | Talks or walks in sleep (describe): |
| 0 1 (2) | 93. | Talks too much |
| (0) 1 2 | 94. | Teases a lot |
| 0 (1) 2 | 95. | Temper tantrums or hot temper |
| (0) 1 2 | 96. | Thinks about sex too much |
| 0 (1) 2 | 97. | Threatens people |
| (0) 1 2 | 98. | Thumb-sucking |
| (0) 1 2 | 99. | Too concerned with neatness or cleanliness |
| (0) 1 2 | 100. | Trouble sleeping (describe): |
| (0) 1 2 | 101. | Truancy, skips school |
| (0) 1 2 | 102. | Underactive, slow moving, or lacks energy |
| (0) 1 2 | 103. | Unhappy, sad, or depressed |
| 0 (1) (2) | 104. | Unusually loud  when off meds |
| (0) 1 2 | 105. | Uses alcohol or drugs for nonmedical purposes (describe): |
| (0) 1 2 | 106. | Vandalism |
| (0) 1 2 | 107. | Wets self during the day |
| (0) 1 2 | 108. | Wets the bed |
| (0) 1 2 | 109. | Whining |
| (0) 1 2 | 110. | Wishes to be of opposite sex |
| (0) 1 2 | 111. | Withdrawn, doesn't get involved with others |
| 0 (1) 2 | 112. | Worries  doing example @ back seat driving |
| 113. | Please write in any problems your child has that were not listed above: |
| 0 (1) 2 | | badgers parents to get what he wants |
| 0 1 (2) | | thinks grown up don't know what they're |

ism Behavior Checklist Record Form

**Child's Name:** ⬛⬛⬛ ⬛⬛⬛

**Date:** 5/3/06

**Examiner:** Claudia Pabo (mother)

**INSTRUCTIONS:** Circle the number to any item which accurately describes your child:

*describes behavior off meds*

Column headers: 1 Sensory | 2 Relating | 3 Body and Object Use | 4 Language | 5 Social and Self Help

| Item | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Whirls self for long periods of time | | | 4 | | |
| Learns a simple task but "forgets" quickly | | | | | 2 |
| Frequently does not attend to social/environmental stimuli | | 4 | | | |
| Does not follow simple commands given once (sit down, come here, stand up) *understands/doesn't obey* | | | | (4) | |
| Does not use toys appropriately (e.g., spins trees, etc.) | | | | | |
| Poor use of visual discrimination when learning (fixates on one characteristic such as size, color, or position) | 2 | | | | |
| Has no social smile | | (2) | | | |
| Has pronoun reversal (you for I, etc.) | | | | 3 | |
| Insists on keeping certain objects with him/her | | | 3 | | |
| Seems not to hear, so that a hearing loss is suspected | 3 | | | | |
| Speech is atonal and arrhythmic | | | | 4 | |
| Rocks self for long periods of time | | | 4 | | |
| Does not (or did not as a baby) reach out when reached for | | 2 | | | |
| Strong reactions to changes in routine/environment | | | | | 3 |
| Does not respond to own name when called out among two others (Joe, Bill, Mary) | | | | 2 | |
| Does a lot of lunging and darting about, interrupting with spinning, toe-walking, flapping, etc. | | | 4 | | |
| Not responsive to other people's facial expressions/feelings | | 3 | | | |
| Seldom uses "yes" or "I" | | | | 2 | |
| Has "special abilities" in one area of development, which seems to rule out mental retardation | | | | | 4 |
| Does not follow simple commands involving prepositions ("put the ball on the box" or "put the ball in the box") | | | | 1 | |
| Sometimes shows no "startle response" to a loud noise (may have thought child was deaf) | 3 | | | | |
| Flaps hands | | | 4 | | |
| Severe temper tantrums and/or frequent minor tantrums | | | | | 3 |
| Actively avoids eye contact | | 4 | | | |
| Resists being touched or held *tactile defensive → sometimes like being held on my lap when upset* | (3) | (4) | | | |
| Sometimes painful stimuli such as bruises, cuts, and injections evoke no reaction | 3 | | | | |
| Is (or was as a baby) stiff and hard to hold | | 3 | | | |
| Is flaccid (doesn't cling) when held in arms | | 2 | | | |
| Gets desired objects by gesturing | | | | 2 | |
| Walks on toes | | | 2 | | |
| Hurts others by biting, hitting, kicking, etc. | | | | | 2 |
| Repeats phrases over and over | | | 3 | | |
| Does not imitate other children at play | | 3 | | | |
| Often will not blink when a bright light is directed towards eyes | 1 | | | | |
| Hurts self by banging head, biting hand, etc. | | | 2 | | |
| Does not wait for needs to be met (wants things immediately) | | | | 1 | |
| Cannot point to more than five named objects | | | | 1 | |
| Has not developed any friendships *w/ children his own age (does well w/ much younger kids)* | | | | | (0) |
| Covers ears at many sounds | 4 | | | | |
| Twirls, spins, and bangs objects a lot *makes banging noises* | | | (4) | | |
| Difficulties with toilet training | | | | | 1 |
| Uses 0-5 spontaneous words per day to communicate wants and needs | | | | 2 | |
| Often frightened or very anxious | | 3 | | | |
| Squints, frowns, or covers eyes when in the presence of natural light | 3 | | | | |
| Does not dress self without frequent help | | | | | 1 |
| Repeats sounds or words over and over | | | 3 | | |
| Looks "through" people | | 4 | | | |
| Echoes questions or statements made by others | | | | 4 | |
| Frequently unaware of surroundings, and may be oblivious to dangerous situations | | | | | 2 |
| Prefers to manipulate and be occupied with inanimate things | | | | | 4 |
| Will feel, smell, and/or taste objects in the environment | | | 3 | | |
| Frequently has no visual reaction to a "new" person | 3 | | | | |
| Gets involved in complicated "rituals" such as lining things up, etc. | | | 4 | | |
| Very destructive (toys and household items are soon broken) | | | 2 | | |
| Developmental delay was identified at or before 30 months of age | | | | | 1 |
| Uses at least 15 but less than 30 spontaneous phrases daily to communicate | | | | 3 | |
| Stares into space for long periods of time | 4 | | | | |

Totals

Grand Total

899

*Instructions:*

1. Circle the numerals following those behavioral characteristics that accurately describe the individual being rated

2. Sum the circled numerals in each column and record the total at the bottom of the column.

3. Sum the column totals to achieve a total score.

4. Transpose the total scores onto the ABC Summary Profile.

Additional instructions are on page 8 of the manual.



AUTISM BEHAVIOR CHECKLIST SUMMARY PROFILE

900

© 1993 by PRO-ED, Inc.

Additional copies of this form (#6643) are available from
PRO-ED, 8700 Shoal Creek Boulevard, Austin, TX 78757, 512/451-3246.

# Short Sensory Profile



**SENSORY PROFILE**

Winnie Dunn
Ph.D., OTR, FAOTA

Child's Name: O̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ Birth Date: 3/10/06 Date: _____

Completed by: Claudia Pabo ~~brother~~ Relationship to Child: mother

Service Provider's Name: _____ Discipline: _____

## INSTRUCTIONS

*(instructions text illegible)*

| ALWAYS |
| FREQUENTLY |
| OCCASIONALLY |
| SELDOM |
| NEVER |

*reflects behavior off meds for ADD*

| Item | Tactile Sensitivity | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Expresses distress during grooming (for example, fights or cries during haircutting, face washing, fingernail cutting) | | | X | X | |
| | Prefers long-sleeved clothing when it is warm or short sleeves when it is cold | | | | | X |
| | Avoids going barefoot, especially in sand or grass | | | | | X |
| | Reacts ~~emotionally or aggressively~~ to touch  *pulls away sometimes* | | | X | | |
| | Withdraws from splashing water  *reaction seems normal* | | | | X | X |
| | Has difficulty standing in line or close to other people | | | | X | |
| | Rubs or scratches out a spot that has been touched | | | | | X |
| | **Section Raw Score Total** | | | | | |

| Item | Taste/Smell Sensitivity | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Avoids certain tastes or food smells that are typically part of children's diets | | | | X | |
| | Will only eat certain tastes (list: _____) | | | | X | |
| | Limits self to particular food textures/temperatures (list: _____) | | | | X | |
| | Picky eater, especially regarding food textures | | | | X | |
| | **Section Raw Score Total** | | | | | |

| Item | Movement Sensitivity | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Becomes anxious or distressed when feet leave the ground | | | | | X |
| | Fears falling or heights | | | | | X |
| | Dislikes activities where head is upside down (for example, somersaults, roughhousing) | | | | | X |
| | **Section Raw Score Total** | | | | | |

| Item | Underresponsive/Seeks Sensation | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Enjoys strange noises/seeks to make noise for noise's sake  *off meds* | X | X | | | |
| | Seeks all kinds of movement and this interferes with daily routines (for example, can't sit still, fidgets)  *off meds* | X | X | | | |
| | Becomes overly excitable during movement activity | | | X | | |
| | Touches people and objects | | X | X | | |
| | Doesn't seem to notice when face or hands are messy | X | | | | |
| | Jumps from one activity to another so that it interferes with play | | | X | X | |
| | Leaves clothing twisted on body | | | | X | |
| | **Section Raw Score Total** | | | | | |

901

0761638040

*reflects behavior off meds*

| Item | Auditory Filtering | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Is distracted or has trouble functioning if there is a lot of noise around | | X | | | |
| | Appears to not hear what you say (for example, does not "tune-in" to what you say, appears to ignore you) | | | X | | |
| | Can't work with background noise (for example, fan, refrigerator) | | | XXX | | |
| | Has trouble completing tasks when the radio is on | | | | | |
| | Doesn't respond when name is called but you know the child's hearing is OK | | | | X | |
| | Has difficulty paying attention | X | | | | |
| | **Section Raw Score Total** | | | | | |

| Item | Low Energy/Weak | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Seems to have weak muscles | | | | | |
| | Tires easily, especially when standing or holding particular body position | | | | | |
| | Has a weak grasp *hand tires when writing* | | | X | | X |
| | Can't lift heavy objects (for example, weak in comparison to same age children) | | | | X | |
| | Props to support self (even during activity) | | | | X | |
| | Poor endurance/tires easily | | | | X | |
| | **Section Raw Score Total** | | | | | |

| Item | Visual/Auditory Sensitivity | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Responds negatively to unexpected or loud noises (for example, cries or hides at noise from vacuum cleaner, dog barking, hair dryer) | | | | | X |
| | Holds hands over ears to protect ears from sound | | | | X | |
| | Is bothered by bright lights after others have adapted to the light | | | | X | |
| | Watches everyone when they move around the room | | | | | X |
| | Covers eyes or squints to protect eyes from light | | | | X | |
| | **Section Raw Score Total** | | | | | |

---

**FOR OFFICE USE ONLY**

## Summary

**Instructions:** Transfer the score for each section to the Section Raw Score Total column. Plot these totals by marking an X in the appropriate classification column (Typical Performance, Probable Difference, Definite Difference).*

**SCORE KEY**

| 1 = Always | 4 = Seldom |
|---|---|
| 2 = Frequently | 5 = Never |
| 3 = Occasionally | |

| Section | Section Raw Score Total | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|---|
| Tactile Sensitivity | /35 | | | |
| Taste/Smell Sensitivity | /20 | | | |
| Movement Sensitivity | /15 | | | |
| Underresponsive/Seeks Sensation | /35 | | | |
| Auditory Filtering | /30 | | | |
| Low Energy/Weak | /30 | | | |
| Visual/Auditory Sensitivity | /25 | | | |
| Total | /190 | | | |

*Classifications are based on the performance of children without disabilities (n = 1,037).

Copyright © 1999 by The Psychological Corporation. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher. *The Psychological Corporation* and the *PSI* logo are registered trademarks of The Psychological Corporation.

Printed in the United States of America.



THE PSYCHOLOGICAL CORPORATION®

A Harcourt Assessment Company

902

1 2 3 4 5 6 7 8 9 10 11 12 A B C D E

0761638040



# SENSORY PROFILE

Winnie Dunn, Ph.D., OTR, FAOTA

## Caregiver Questionnaire

Child's Name: ~~O—g O———~~    Birth Date: ~~———~~/93 Date: 5/3/06

Completed by: Claudia Pabo    Relationship to Child: mother

Service Provider's Name: _____    Discipline: _____

describes behavior when off meds

### INSTRUCTIONS

*(instructions text illegible)*

- ALWAYS
- FREQUENTLY
- OCCASIONALLY
- SELDOM
- NEVER

Copyright © 1999 by The Psychological Corporation. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

The Psychological Corporation and the PSI logo are registered trademarks of The Psychological Corporation.

Printed in the United States of America



THE PSYCHOLOGICAL CORPORATION®

A Harcourt Assessment Company

1 2 3 4 5 6 7 8 9 10 11 12 A B C D E    0761638059

## Sensory Processing

| Item | A. Auditory Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|------|------------------------|--------|------------|--------------|--------|-------|
| ❓ | Responds negatively to unexpected or loud noises (for example, cries or hides at noise from vacuum cleaner, dog barking, hair dryer) | | | | | X |
| ❓ | Holds hands over ears to protect ears from sound | | | | X | |
| ❓ | Has trouble completing tasks when the radio is on | | | | | |
| ❓ | Is distracted or has trouble functioning if there is a lot of noise around | | X | | | |
| ❓ | Can't work with background noise (for example, fan, refrigerator) | | | | | X |
| ❓ | Appears to not hear what you say (for example, does not "tune-in" to what you say, appears to ignore you) | | | X | X | |
| ❓ | Doesn't respond when name is called but you know the child's hearing is OK | | | | X | |
| ❓ | Enjoys strange noises/seeks to make noise for noise's sake | | | X | | |
| | **Section Raw Score Total** | | | | | |

Comments

| Item | B. Visual Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|------|----------------------|--------|------------|--------------|--------|-------|
| 👁 | Prefers to be in the dark | | | | | X |
| 👁 | Expresses discomfort with or avoids bright lights (for example, hides from sunlight through window in car) | | | | | X |
| 👁 | Happy to be in the dark | | | | | X |
| 👁 | Becomes frustrated when trying to find objects in competing backgrounds (for example, a cluttered drawer) | | | | | X |
| 👁 | Has difficulty putting puzzles together (as compared to same age children) | | | | | X |
| 👁 | Is bothered by bright lights after others have adapted to the light | | | | X | X |
| 👁 | Covers eyes or squints to protect eyes from light | | | | X | X |
| 👁 | Looks carefully or intensely at objects/people (for example, stares) | | | | X | |
| 👁 | Has a hard time finding objects in competing backgrounds (for example, shoes in a messy room, favorite toy in the "junk drawer") | | | | | X |
| | **Section Raw Score Total** | | | | | |

Comments

904

| Item | C. Vestibular Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| → | Becomes anxious or distressed when feet leave the ground | | | | | X |
| → | Dislikes activities where head is upside down (for example, somersaults, roughhousing) | | | | | X |
| → | Avoids playground equipment or moving toys (for example, swing set, merry-go-round) | | | | | X |
| → | Dislikes riding in a car | | | | | X |
| → | Holds head upright, even when bending over or leaning (for example, maintains a rigid position/posture during activity) | | | | X | |
| → | Becomes disoriented after bending over sink or table (for example, falls or gets dizzy) | | | | | X |
| → | Seeks all kinds of movement and this interferes with daily routines (for example, can't sit still, fidgets) *when not on ADD meds* | X | | | | |
| → | Seeks out all kinds of movement activities (for example, being whirled by adult, merry-go-rounds, playground equipment, moving toys) | X | | | | |
| → | Twirls/spins self frequently throughout the day (for example, likes dizzy feeling) | | | X | | |
| → | Rocks unconsciously (for example, while watching TV) | | | | | X |
| → | Rocks in desk/chair/on floor | | | | | X |
| | **Section Raw Score Total** | | | | | |

liked spinning toy in
doctors office
enormously – said that
he didn't get dizzy

905

3

| | Item | D. Touch Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|---|
| | 29 | Avoids getting "messy" (for example, in paste, sand, finger paint, glue, tape) | | | | | X |
| | 30 | Expresses distress during grooming (for example, fights or cries during haircutting, face washing, fingernail cutting) when he has sparles in hair | | | X | X | |
| | 31 | Prefers long-sleeved clothing when it is warm or short sleeves when it is cold | | | | | X |
| | 32 | Expresses discomfort at dental work or toothbrushing (for example, cries or fights) | | | | | X |
| | 33 | Is sensitive to certain fabrics (for example, is particular about certain clothes or bedsheets) | | | | | X |
| | 34 | Becomes irritated by shoes or socks | | | | | X |
| | 35 | Avoids going barefoot, especially in sand or grass | | | | | X |
| | 36 | Reacts emotionally or aggressively to touch pulls away/giggles | | X | | | |
| | 37 | Withdraws from splashing water | | | | X | |
| | 38 | Has difficulty standing in line or close to other people | | | | | X |
| | 39 | Rubs or scratches out a spot that has been touched | | | | | X |
| | 40 | Touches people and objects to the point of irritating others fidgits w/ objects | | | X | | X |
| | 41 | Displays unusual need for touching certain toys, surfaces, or textures (for example, constantly touching objects) | | | | | X |
| | 42 | Decreased awareness of pain and temperature | | | | | X |
| | 43 | Doesn't seem to notice when someone touches arm or back (for example, unaware) | | | | | X |
| | 44 | Avoids wearing shoes; loves to be barefoot (he takes off shoes whenever he can) | X | | | | |
| | 45 | Touches people and objects | | | | X | |
| | 46 | Doesn't seem to notice when face or hands are messy | X | | | | |
| | | Section Raw Score Total | | | | | |

Comments:

| | Item | E. Multisensory Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|---|
| | 47 | Gets lost easily (even in familiar places) | | | | X | |
| | 48 | Has difficulty paying attention | X | | | | |
| | 49 | Looks away from tasks to notice all actions in the room | X | | | | |
| | 50 | Seems oblivious within an active environment (for example, unaware of activity) | | | | | X |
| | 51 | Hangs on people, furniture, or objects even in familiar situations | | | | | X |
| | 52 | Walks on toes | | | | X | X |
| | 53 | Leaves clothing twisted on body | | | | | X |
| | | Section Raw Score Total | | | | | |

Comments:

906

| | Item | F. Oral Sensory Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|---|
| | | Gags easily with food textures or food utensils in mouth | | | | | X |
| | | Avoids certain tastes or food smells that are typically part of children's diets | | | | | X |
| | | Will only eat certain tastes (list: ___) | | | | | X |
| | | Limits self to particular food textures/temperatures (list: ___) | | | | X | |
| | | Picky eater, especially regarding food textures | | | X | X | X |
| | | Routinely smells nonfood objects | | | | | X |
| | | Shows strong preference for certain smells (list: likes smell of perfume) | | | X | | X |
| | | Shows strong preference for certain tastes (list: sweet + salty) | | X | | | |
| | | Craves certain foods (list: ice cream/salty snacks) | X | | | | |
| | | Seeks out certain tastes or smells (list: sweet / salty) | X | | | | |
| | | Chews or licks on nonfood objects | | | | | X |
| | | Mouths objects (for example, pencil, hands) | | | | | X |
| | | Section Raw Score Total | | | | | |

Comments

**odulation**

| | Item | G. Sensory Processing Related to Endurance/Tone | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|---|
| | | Moves stiffly | | | | | X |
| | | Tires easily, especially when standing or holding particular body position | | | | | X |
| | | Locks joints (for example, elbows, knees) for stability | | | | | X |
| | | Seems to have weak muscles | | | | | X |
| | | Has a weak grasp    hand tires when writing | | X | | | |
| | | Can't lift heavy objects (for example, weak in comparison to same age children) | | | | | X |
| | | Props to support self (even during activity) | | | | | X |
| | | Poor endurance/tires easily | | | | | X |
| | | Appears lethargic (for example, has no energy, is sluggish) | | | | | X |
| | | Section Raw Score Total | | | | | |

Comments

| Item | H. Modulation Related to Body Position and Movement | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| ♡ | Seems accident-prone | X | | | | |
| 👁 | Hesitates going up or down curbs or steps (for example, is cautious, stops before moving) | | | | | X |
| → | Fears falling or heights | | | | | X |
| → | Avoids climbing/jumping or avoids bumpy/uneven ground | | | | | X |
| → | Holds onto walls or banisters (for example, clings) | | | | X | |
| → | Takes excessive risks during play (for example, climbs high into a tree, jumps off tall furniture) | | | ~~X~~ | X | |
| → | Takes movement or climbing risks during play that compromise personal safety | | | | X | |
| → | Turns whole body to look at you | | | | X | |
| ⚡ | Seeks opportunities to fall without regard to personal safety | | | | X | |
| ⚡ | Appears to enjoy falling | | | | X | |
| | Section Raw Score Total | | | | | |

nments:

| Item | I. Modulation of Movement Affecting Activity Level | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Spends most of the day in sedentary play (for example, does quiet things) | | | | | X |
| | Prefers quiet, sedentary play (for example, watching TV, books, computers) | | | | X | |
| | Seeks sedentary play options  *plays w/ Legos, train track* | | | | ~~X~~ | |
| | Prefers sedentary activities | | | | X | |
| | Becomes overly excitable during movement activity | | | X | | |
| | "On the go" | X | | | | |
| | Avoids quiet play activities | | X ~~X~~ | | | |
| | Section Raw Score Total | | | | | |

ents:

| Item | J. Modulation of Sensory Input Affecting Emotional Responses | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| | Needs more protection from life than other children (for example, defenseless physically or emotionally) | | | | X | |
| | Rigid rituals in personal hygiene | | | | | X |
| | Is overly ~~affectionate~~ *friendly* with others *(strangers)* | | X ~~X~~ | | | |
| | Doesn't perceive body language or facial expressions (for example, unable to interpret) | | | | X | |
| | Section Raw Score Total | | | | | |

nts:

908

| Item | K. Modulation of Visual Input Affecting Emotional Responses and Activity Level | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| 👁 | Avoids eye contact | | | | X | |
| 👁 | Stares intensively at objects or people | | | | X | XXX |
| 👁 | Watches everyone when they move around the room | | | XXX | X | |
| 👁 | Doesn't notice when people come into the room | | | | | X |
| | Section Raw Score Total | | | | | |

omments

## Behavior and Emotional Responses

| Item | L. Emotional/Social Responses | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| ♡ | Seems to have difficulty liking self (for example, low self-esteem) | | | | XX | X |
| ♡ | Has trouble "growing up" (for example, reacts immaturely to situations) | X | | | | |
| ♡ | Is sensitive to criticisms | | | \ | X | |
| ♡ | Has definite fears (for example, fears are predictable) | | | | | X |
| ♡ | Seems anxious | | X | | | |
| ♡ | Displays excessive emotional outbursts when unsuccessful at a task | | | | X | |
| ♡ | Expresses feeling like a failure | | | | X | |
| ♡ | Is stubborn or uncooperative | | | X | | |
| ♡ | Has temper tantrums | | | | X | |
| ♡ | Poor frustration tolerance | | | | X | |
| ♡ | Cries easily | | | X | | |
| ♡ | Overly serious | | | | X | |
| ♡ | Has difficulty making friends (for example, does not interact or participate in group play) | X | | | | |
| ♡ | Has nightmares | | | | | X |
| ♡ | Has fears that interfere with daily routine | | | | | X |
| ♡ | Doesn't have a sense of humor | | | | | X |
| ♡ | Doesn't express emotions | | | | X | X |
| | Section Raw Score Total | | | | | |

ments

909

7

| Item | M. Behavioral Outcomes of Sensory Processing | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| 👁 | Talks self through tasks | | | | | X |
| 👁 | Writing is illegible (always poor) | | | X | | |
| 👁 | Has trouble staying between the lines when coloring or when writing | | X | | | |
| ♡ | Uses inefficient ways of doing things (for example, wastes time, moves slowly, does things a harder way than is needed) | X | | | | |
| ♡ | Has difficulty tolerating changes in plans and expectations | | | | | X |
| ♡ | Has difficulty tolerating changes in routines | | | | | X |
| | Section Raw Score Total | | | | | |

Comments

| Item | N. Items Indicating Thresholds for Response | ALWAYS | FREQUENTLY | OCCASIONALLY | SELDOM | NEVER |
|---|---|---|---|---|---|---|
| 🏃 | Jumps from one activity to another so that it interferes with play | X | X | | | |
| 〰 | Deliberately smells objects | | | | X | X |
| 〰 | Does not seem to smell strong odors | | | | X | X |
| | Section Raw Score Total | | | | | |

Comments

FOR OFFICE USE ONLY

| ICON KEY | THRESHOLD KEY | SCORE KEY | |
|---|---|---|---|
| | | 1 | |
| | | 2 | |
| | | 3 | |
| | | 4 | |
| | | 5 | |

910

July , 2006

Dear Ms. Patterson,

I will call you next week to make arrange-ments for Dr. Dietzel and Dr. Federici to talk with the relevant folks at Kingsbury. They have also said that they will write letters to you on O█████ behalf.

Sincerely,
Claudia Pabo

EXHIBIT
911
DD-16
tabbies

# Kingsbury
### The Place for Success

**Application for Admission**



2005

Name  O▮▮▮▮  O▮▮▮  A▮▮▮▮  (O▮▮▮)
_____Last_____First_____Middle____Preferred

Home Address  3512 Rodman St., N.W.
_____Street

Washington, D.C. 2008 (202) 966-4368
City_____State____Zip_____Telephone

Birthdate ▮▮▮▮ 93  Country of Birth  Russia

Gender:  Male  V  Female ____

Have you ever applied to Kingbury before this year?  O▮▮▮ has not
If yes, what year did you apply?  O▮▮▮ sister applied 8yrs. ago.
How did you hear about Kingbury?  Educational consul-
tant

## SCHOOLS

Name of present school  Our Lady of Victory *]
Current Grade Level  rising 6th Grader
Principal or Head of School  Shiela Martinez
Address  4755 Whitehaven Parkway, N.C
_____Street
Washington, D.C. 20007 (202)337-1421
City_____State____Zip_____Telephone

Dates of Attendance  Aug. 2005 - June 2006
Previous Schools  John Eaton + Hearst (D.C.P.S.)

| School | Dates Attended | Reason for Leaving |
|---|---|---|
| John Eaton | 4th + 5th grades | to attend Our Lady of Victory School |
| Hearst | Pre-k - 3rd | school ends at 3rd grade |

## SIBLINGS

*] Our Lady of Victory cannot meet O▮▮▮ needs and he will not be returning there. (It's a great little school, but not the right place for O▮▮.)

| Name | Age | Present School |
|---|---|---|
| Christina Oliver | 15 | Lab School of Washington |
| Victor Oliver | 15 | St. Patrick's Episcopal Day School (gradu-ated May 2006) |

912

## STUDENT HISTORY

General Health: Check one: Good ___✓___ Fair _____ Poor _____

Has your child been diagnosed with a learning disability? _Yes____
(O⬛ also lacks binocular vision — has problems using eyes together in nor-mal manner.)

Has your child been identified as having attention deficit disorder or attention deficit hyperactivity disorder? _Yes_____

Is your child on any medication? If so, please list type, dosage, times per day.
_Yes Concerta -36mg/day   Ritalin -5mg_
Supervising physician: _____ 3 tim-es/day

Has your child ever received counseling? Please describe type and problems addressed: _No (We may start counseling over the summer.)_

If your child was adopted, at what age did he/she join your family? _5 yrs. old_

## TESTING HISTORY

Dr. Federici did a complete psycho-educational evaluation of O⬛ without ADD meds.

Dr. Dietzel and Jamie Butler did some supplemental achievement testing of O⬛ when he was on meds for ADD. O⬛ was able to behave and focus much better during the testing on meds.

⁎) D.C. also did a class room observation, but they haven't written a report yet.

Date of most recent educational testing: _May 2006_
Examiner: _Dr. Federici + Dr. Dietzel + Jamie_
Telephone: _(703) 548-0721   (301) 588-1400 Butler_

Date of most recent psychological testing: _May 2006_
Examiner: _Dr. Federici_ ⁎)
Telephone: _(703) 548-0721_

→about 3 yrs. ago
Date(s) of previous psychological testing: _tested for ADHD)_
Date of most recent speech and language evaluation: _May 2006_
Examiner: _Dr. Federici   Dr. Dietzel + Jamie_
Telephone: _(703) 548-0721  (301) 588-1400 Butler_
(D.C. also did some language/reading testing, but they haven't written a report yet)
Is your child currently receiving language therapy? _No (See tutoring)_
Speech and Language Pathologist: _____
Telephone: _____

Date of most recent occupational therapy evaluation: _May 2006_
Examiner: _Dr. Federici_
Telephone: _(703) 548-0721_

Is your child currently receiving occupational therapy? _No_
Occupational Therapist: _____
Telephone: _____

Is your child currently being tutored? _Yes_ By whom? _Sylvan Learning Center_
How often? _4-7 hrs/wk_ Subject Area _Reading Comprehension + Math_

913

**PARENTS**

Name Claudia Pabo

Home Address 3512 Rodman St., N.W.
_Street_

Washington, D.C. 20008
_City_                                _State_                    _Zip_

Home Telephone (202) 966-4368

Occupation lawyer

Name of Employer FCC

WCB, FCC, 445-12th St., S.W.
_Business Address_

Washington, D.C.                          20554
_City_                                _State_                    _Zip_

Business Telephone (202) 418-1595 Fax (202) 418-1413

E-mail claudia.pabo @ fcc.gov    Cell Phone none

Name Charles Oliver

Home Address 1605 North Stafford St.
_Street_

Arlington, Virginia 22207
_City_                                _State_                    _Zip_

Home Telephone (202) 309-3027 (cell)

Occupation lawyer

Name of Employer FCC

WB, FCC, 445-12th St, S.W.
_Business Address_

Washington, D.C.                          20554
_City_                                _State_                    _Zip_

Business Telephone (202) 418-1325 Fax _____

E-mail Charles.Oliver@ fcc.gov   Cell Phone (202) 309-3027

Parents are: Single ____ Divorced ____ Married ____ ~~Partnered~~ Separated ✓

Applicant lives with: divides time between parents, spends more than 1/2 of his time w/mother

To whom should admission correspondence be sent? mother (Claudia Pabo)

Would you like information on financial aid? no

Are you seeking public funding for your child's education at Kingsbury? yes

Applicant's Name _____

914

# PARENT OBSERVATION FORM

**Please fill out this checklist based on your child's current abilities:**

| | No Difficulty | Some Difficulty | Great Difficulty | Not Applicable |
|---|---|---|---|---|
| Getting started on tasks | | | ✓ | |
| Following oral instruction | | ✓ | | |
| Following written instruction | | ✓ | | |
| Keeping track of materials | | | ✓ | |
| Staying on task | | | ✓ | |
| Completing work on time | | | ✓ | |
| Reading text materials | | | ✓ | |
| Spelling | | ✓ | | |
| Writing legibly | | ✓ | | |
| Written expression | | | ✓ | |
| Computing math problems | | ✓ | | |
| Understanding math concepts | | | ✓ | |
| Interacting positively with peers | | | ✓ | |
| Interacting positively with adults | ✓ (usually does very well w/ adults - occasional problems, but rare) | ✓ | | |
| Following class rules | (usually does fairly well) | | | |
| Working well in a small group | | ✓ | | |
| Participating in class discussions | | | ✓ | |

915

**PARENT QUESTIONNAIRE**

1. **What are your child's strengths?** O▇▇ is a very curious and energetic child. He is very interested in figuring out how things work and in building things. He has a relatively good vocabulary and loves being read to. O▇▇ is capable of sustained hard work with individualized attention or in a small group.

2. **What are your child's areas of greatest need?** O▇▇ has significant problems with ADD, although his meds make a huge difference in his ability to focus and behave well. O▇▇ is very disorganized. His reading comprehension is poor and he has difficulty retaining math concepts.

3. **When did you become aware of your child's problems with learning?** O▇▇ has struggled in school, but his performance improved each year. O▇▇ problems with learning became clear when he moved to the more rigorous academic program at Our Lady of Victory.

4. **Has your child exhibited behavioral problems in school and/or at home?** O▇▇ has had disciplinary problems at school in the past year. He does not have behavior problems at home. <u>See attached sheets</u>

5. **What are your child's interests?** O▇▇ loves bicycling, swimming, and shooting basketball. He also loves playing with his wooden train tracks and building things with legos. He also loves being read to and listening to music.

6. **Has your child ever been hospitalized? Please explain the circumstances.** Only emergency room visits.

7. **Please briefly describe the school environment in which you see your child functioning most effectively?** O▇▇ would learn best in a school with small classes where he was able to get a lot of individualized and small group attention. He also needs individualized work to help him with reading comprehension. The ability to accomodate his oral and "hands on" learning st▇▇ would also help.

You are required to submit all relevant psychological, educational and medical information. Any relevant information withheld may jeopardize your child's eligibility.

916

4. Has your child exhibited behavior problems in school or at home.

O▓▓ had disciplinary problems at school last year. I think that being on an excessive dose of ADD meds during the 2005-2006 school year, being in the wrong academic environment and the stress of his parents' separation were major factors in these problems since O▓▓ had not had serious disciplinary problems at school before. (O▓▓ was, however, suspended from school in second grade under D.C.'s zero tolerance policy for bringing his brother's pocket knife to school. He showed it to other boys in the bathroom, but there was no threatening behavior. Under D.C.P.S. policy, suspension for bringing a pocket knife to school is mandatory regardless of the circumstances involved.)

Most notably, O▓▓ made threatening remarks to some classmates who were taunting him. At lunch, one of the boys O▓▓ was sitting with accused him of taking some of his potato chips and then began waiving the chip bag in O▓▓ face and/or throwing chips at him. O▓▓ said, "I have guns at home, and if you come anywhere near my house, I'll shoot you." When questioned about this, O▓▓ admitted to saying this and expressed remorse. Before this, O▓▓ was not aware that there had been

917

①

shootings at schools in the past. When I explained this to him, he was able to understand why his threatening comments were being taken so seriously.

When Dr. Federici evaluated O████, he said that O████ dose of ADD meds seemed way too high. (O████ was taking 72 mg./day of Concerta at that time.) Based on Dr. Federici's advice, we reduced the dose of O████ ADD meds after discussing the issue with O████ pediatrician. (I had realized that O████ was very irritable when the ADD meds wore off late in the afternoon, but I had not realized that the higher dose made him very tense and irritable during the school day.) After we reduced his meds, O████ teacher and the principal both remarked on how much happier, relaxed and less irritable he seemed.

O████ also had a painful ankle injury that kept him on crutches for several weeks in the fall. During this time, O████ older brother teased him a lot and claimed that O████ was faking. On several occasions at school, O████ became upset about

918

②

questions from his gym teacher and class mates about how much longer he would be on crutches, etc. He interpreted these questions and comments as suggesting that he was faking the injury when they were not intended that way. (The same comments and questions from O▓▓▓ older brother would have been intended to suggest that O▓▓ was faking.) After one question about being on crutches by his gym teacher, O▓▓▓ said that he was "going to get Mr. Jackson" who reported it to the teacher to another student nearby. I believe that these incidents are the "other paranoid and threatening behavior" referred to in Dr. Federici's report.

Dr. Federici's report also refers to two incidents of vandalism outside the home. In the most recent indcident, O▓▓ dented the metal door to a bathroom stall at camp by hitting it with a rock that was in the pocket of his shorts. (He swung the shorts and hit the door with the rock while it was in the pocket of his shorts. He was wearing his bathing suit.) He did this shortly after his

919

father and I separated last June under circumstances that were very traumatic for O███. Several years earlier, O███ had enlarged a hole in the plaster board in a bathroom (at camp) apparently to get a better look at pipes that were visable through the original hole. I am not aware of any other problems of this type.

In providing more detail on the disciplinary problems mentioned in Dr. Federici's report, I am not attempting to justify or excuse O███'s behavior. In all of these cases, I strongly supported the school or camp's disciplinary action and made this very clear to O███. (For example, I had to pay $300 to replace the dented bathroom stall door. O███ has reimbursed me for this over the past year from his allowance and birthday and Christmas money.) ← I do think that the additional context that I have provided is useful in determining the psychological significance to attach to O███'s disciplinary problems, however.

920

We have not had serious disciplinary problems with O███ at home. (He has always behaved better at home than at school.) Although O███ is very messy and would rather play than do school work, he is a great kid at home. He is empathic, helpful, affectionate and interested in every thing. I really enjoy him.

At the same time, it is clear to me that O███ has problems with impulsivity and does not always think things through before he says or does something. The ADD meds make an enormous difference in this regard, however. O███ is also generally immature for his age. Socially, emotionally and in his recreational interests, O███ is much more like a 10 or 11 year old than a 13 year old. O███ also has great difficulty making friends with peers. He is very good with younger children and typically gets along well with adults.

## Please Return to Kingsbury Admissions Office

## Parent Release Form

Kingsbury Day School
5000 14th Street, NW
Washington, DC 20011
(202) 722-5558

To: Whom It May Concern

I hereby authorize the release of records, evaluations, reports, transcripts, and other information for my child named below to The Kingsbury Day School.

✓ Educational Assessments      ✓ Occupational/Physical Therapy

✓ Transcripts/Reports Cards      ✓ Medical Records

✓ Speech/Language Reports      ✓ Educational Consultant/Advocate

✓ Psychological Evaluations      ____ Other, please specify

Kingsbury Day School, for purpose of admissions and continuing enrollment, is hereby authorized to permit appropriate staff members, to contact any professional involved in the assessment, education, or treatment of:

O███ O███████
**Student**

Claudia Pabo
Charles Oliver
Print name of person signing this form

███/93
**Date of Birth**

mother
father
Relationship to child

Claudia Pabo
Signature

6/19/06      6/19/06
Date

Please return this form to the Admissions Office

*State Education Agency for the District of Columbia*
**State Enforcement and Investigation Division (SEID) Special Education**
*Programs*



# Due Process Complaint Disposition

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A.    STUDENT AND CASE INFORMATION:

Student Name: O████    O████    Birth Date: ████93
First    MI    Last

SHO Case Number: [            ]    (if applicable)

## B.    PARENT / GUARDIAN:

Name: Claudia    Pabo
First    Last

Complete Address: 3512 Rodman Street, NW
Washington, DC  20008

Phone: [            ]    [            ]
Home    Work or alternative phone no.    Fax No. if applicable

## C.    LOCAL EDUCATION AGENCY REPRESENTATIVE:

Full Name: Kymberly    Grafton    Title: LEA, CRS

Address:
925 Rhode Island Avenue, NW
Washington, DC  20001

Phone: (202) 671-0882    (202) 673-6557
Office    Fax

1

SEID DRN Rev'd. 6/14/05

**EXHIBIT**
00-973

_____    The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

__X___    The resolution session was unsuccessful. The case should proceed to a due process hearing.

_____    The resolution session was unsuccessful. The parties have agreed to try mediation.

_____    The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

_____    The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

_____    The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

## J.    **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_Claudia Pabo_  9/26/06
Signature of Parent/Guardian                Date

_Kymberly Drafton_  9-26-06
Local Educational Agency Representative        Date

**Mail, fax or deliver this form to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

2

924

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

__ PUBLIC        ___DCPS CHARTER        __ LEA CHARTER        __ NONPUBLIC        _X_ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: [        ]        Meeting Held: 9-26-06

Student: O____ O____        DOB: ___-93        Kingsburv Dav

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Kymberly Grafton | Kymberly Grafton | LEA/CRS |
| Claudia Pabo | Claudia Pabo | Mother |
| Michael Eig | Michael Eig | Attorney |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

[  ] Resolved        [X] Unresolved

The meeting began with introductions.  The parent's complaint is that DCPS failed to propose an appropriate program and placement for the student.  The parent is requesting DCPS place and fund the student at Kingsbury Day School for the 2006-2007 school year.

The parent registered and proved residency at the CARE Center.  It is DCPS position that an appropriate placement has been identified.  Another meeting would not be productive.  DCPS is rejecting funding and placement at Kingsbury.

The parent objects to their not being a complete DRS/IEP team for today's meeting. The parent objects to this writer's lack of authority to state anything but, DCPS' preexisting position.  The parent questions why they were required to come to this DRS.  The parent has observed at Prospect and has a number of concerns with what she saw, but there is no one to present those issues to.  Based on the parent's observation at Prospect, she feels this placement is not appropriate for her son.  The parent continues to request placement at Kingsbury.

The parent is unwilling to accept DCPS offer and will proceed to due process.  This case is unresolved.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
- [ ] Initial Evaluation
- [X] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Other _____

Date  September 21, 2006

Student  O___ O____                          DOB ___/93

School  Kingsbury/CARE Center

Current Disability Category  Multiple Disability - MD (OHI/LD)

Setting  Out of General Education Settig

Dear  Claudia Pabo

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**
- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with  MD (OHI/LD)
- [X] Your child will begin receiving  Psychological Services  as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
  from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [X] Other:  Placement at: Prospect Learning Center

**Description and Explanation of agency action proposed or refused.**

The MDT has reviewed evaluations/reports and determined that the student is eligible for special education services as a student with a disability classification of MD. Prospect LC is an appropriate placement, as services indicated inn the IEP can be implemented at this school.

**Description of Other Options Considered and reasons for rejection of each option**

The MDT has reviewed evaluations/reports and determined that a non-public placement is inappropriate, as an appropriate public placement has been identified in accordance with IDEA.

Other relevant factors to the decision- _____

MDT Members:
- [X] Principal or Designee
- [ ] Parent
- [ ] Student
- [X] Social Worker
- [ ] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  C.A.R.E. Center  at  202/871-0882  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

**EXHIBIT**

DO-18

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student O_____ O_____    DOB ___/93 Age 13  Grade 7  ID 9051483

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

[X] Wechsler Intelligence Scale for Children-III (WISC-III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/6 to 16 years. Date of Report  5/3/06.

[ ] Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 1/6 to 6 1/6 years. Date of Report _____

[ ] Wechsler Adult Intelligence Scale-III (WIAS 111) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

[ ] Bayley Scales of Infant Development-11 - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

[X] Wechsler Individual Achievement Test (WIAT) - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report  5/3/06

[ ] Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

[ ] Kaufman Test of Educational Achievement (KTEA) - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

[X] Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report  5/30/06 (Indep Eval)
Cognitive 9/11/06 (Indep Eval)

[ ] Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

[X] Developmental Test of Visual Motor Integration (VMI) - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report  5/3/06

[ ] Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

[ ] Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents.
Date of Report _____

[ ] House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

Neuropsychological Evaluation (Federici, 5/8/06)
Comprehensive Receptive and Expressive Vocabulary Test (CREVT-2) -5/15/06
Social Work Evaluation Report (7/5/06)
Review of Independent Evaluation (8/21/06)

927

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### SPECIAL EDUCATION
### MULTIDISCIPLINARY TEAM
### (MDT)

Student O___ O_____  DOB ___/93  Age 13  Grade 7  ID 9051483

[X] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
　　Date of Report  5/3/06

[X] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report  5/3/06

[ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

[X] **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report  5/3/06

[ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

[ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

[ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential mental processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

[ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

[ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
　　Date of Report _____

[X] **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
　　Date of Report  5/15/06

[ ] **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

[ ] **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary. Date of Report _____

[ ] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

[ ] **Peabody Picture Vocabulary Test–Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
　　Date of Report _____

[ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
　　Date of Report _____

[X] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-058R

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

928

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT O██O██ (DOB:███/93)        SCHOOL Kingsbury/CARE Center        DATE: 9/21/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Claudia Pabo | not present | |
| Cindy F. Brown, LICSW | Cindy F. Brown LICSW | Case Manager/Social Worker |
| Jermaine Perkins | Jermaine Perkins | Psychologist |
| Vecia Banner | Vecia O. Banner | IEP developer/Spec. Ed. |
| Dr. Eve Peterson | via telephone | Principal - Prospect LC |
| Leslie Charles | Leslie Charles | Speech-Language Pathologist |
| | | |
| | | |
| | | |
| | | |

The purpose of this meeting is to discuss and identify and appropriate educational placement for the student.

DCPS has proposed Prospect LC as an appropriate educational program for the student. The parent and educational consultant have visited the program and observed classes. Parent's attorney previously sent letter indicating that the parent has filed a due process complaint appealing the decision of the IEP team to place the student at Prospect LC, the parent was rejecting the placement, and that it was unnecessary for the placement meeting to go forward. DCPS notes that a placement decision has not been made and the placement meeting is proceeding in order for DCPS to discuss Prospect LC and determine whether it is an appropriate program.

Dr. Peterson participated via telephone to discuss her program. She indicated that the parent & Dr. Solomon visited last week and had an opportunity to observe classes. Prospect is a full-time special education program for students with learning disabilities. Some students also have Speech Language Impairment and Other Health Impairment (OHI). OHI students are mostly ADHD. There are 2 - 13 yr old classrooms, although they are at capacity. Dr. Peterson noted that she has been assured by Special Ed that another 13 yr old class will be added if necessary. The 13 yr old classes are on the 4th floor, but student do get related services (OT, speech, etc...) in other parts of the building. In addition to the special ed classrooms, the program has Humanities (Art, Music), Physical Education, Science (through reading and Math), Library, Reading Resource, and Math Resource. The program also

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

929

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)

STUDENT __O█ O█_____   SCHOOL _Kingsbury/CARE Center_  PAGE _2_ OF _2_

**Discussion of Placement (continued):**

has a special education teacher who provides transition services to
students, esp. those who will be transitioning out of the program.
Life skills component is also a part of program.
Prospect has all related services (in-site providers) for psychological,
social work, speech, OT, adaptive physical ed. Dr. Peterson noted
that parent indicated that student has visual perceptual concerns
and that she informed parent that Prospect has full-time OT.
who provides direct services to students. There are three psychologist,
two of which provide direct intervention services. Also, two
speech therapists providing direct services to students. Social
workers provide support to parents, work on attendance issues and
provide behavioral intervention to student (mostly for issues related
to ADHD). Prospect also has a full-time nurse who monitors
and provides services to student with health issues, such as
asthma, diabetes, seizures. Also administers medication.
lunch periods are in two groupings (older and younger students)
The school day begins at 9:45 am and ends at 2:15 pm.
Also, school follows Positive Behavior Intervention model. All
special education teachers are certified and aides either are
certified or in processing of completing requirements. All classes
have a special education teacher and aide.
Based on the information provided by Dr. Peterson about the
program, DCPS (MDT) believes that Prospect is an appropriate
program for the student. DCPS will issue prior Notice to
Prospect LC.

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘

                              TIME  : 10/13/2006 09:21
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROE6J471573


        DATE,TIME              10/13  09:20
        FAX NO./NAME           93016573843
        DURATION               00:00:17
        PAGE(S)                01
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# District of Columbia Public Schools
### *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



OFFICE OF THE
GENERAL COUNSEL
2006 OCT 13 AM 11: 30

### HEARING NOTICE

MEMORANDUM VIA: [X]FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _M. EIG_          Fax No.: _(301) 657-3843_

LEA Legal Counsel: _R. PRIMES_

RE:    _____ , _____ and (LEA)  DOB: _____ /93
              Student's Name

FROM:    __SHARON NEWSOME__
         Special Education Student Hearing Office Coordinator

DATE SENT: ___10/12/06___

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
___9/14/06___. Please be advised that the hearing has been scheduled for:

                                                                        931

DATE: ___11/16/06___

TIME: _9:00  11:00  11:00 + 2:00_

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| O██████, O.    Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| DCPS | ) | |
| **Attending Kingsbury Day School** | ) | DISTRICT OF COLUMBIA |
| | | |
| Respondent | ) | PUBLIC SCHOOLS |

## SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2. The complaint notice was filed on **September 14, 2006**

3. The deadline for the resolution meeting is **September 29, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A. *Prior Written Notice Not Issued by the Local Educational Agency*. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

    1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

    2. A description of other options that the IEP Team considered and the reasons why those options were rejected;

    3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

932

Rev'd. 7/6/05

4.    A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **September 24, 2006**.

C.    *Deficiency Notice*.    A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is **September 29, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

933

Rev'd. 7/6/05

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556



# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney:Michael Eig, Esq.**
**Parent: Claudia Pabo**

Telephone Number: **(301) 657-1740**          Pages: **3**
Fax Number: **(301) 657-3843**                 Date: **September 14, 2006**

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: **O█ O█**
School:  **Attending Kingsbury Day School**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

**Thank You**
**Marica Brown**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged.  The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME : 09/14/2006 14:27
                                    NAME : STATE ENFORCEMENT
                                    FAX  : 2024425253
                                    TEL  :
                                    SER.# : 000D6J436181
```

```
      DATE,TIME            09/14  14:26
      FAX NO./NAME         93016573843
      DURATION            00:00:58
      PAGE(S)             03
      RESULT              OK
      MODE                STANDARD
                          ECM
```

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
for Special Education Programs

# Fax

## Time Sensitive Materials Attached

### Prompt Attention: Attorney:Michael Eig, Esq.
### Parent: Claudia Pabo

Telephone Number: **(301) 657-1740**            Pages: **3**
Fax Number: **(301) 657-3843**            Date: **September 14, 2006**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: O███ O█████

School:  **Attending Kingsbury Day School**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

935

**Thank You**

# MICHAEL J. EIG AND ASSOCIATES, P.C.
### ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740
FACSIMILE (301) 657-3843

September 14, 2006

Sharon Newsome
District of Columbia Public Schools
Student Hearing Office
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002

Re: O██, O██
*via facsimile and first-class mail*

Dear Ms. Newsome:

Enclosed please find a due process hearing request for the above-named student. Please feel free to call if you have questions regarding this matter.

Sincerely,

Michael J. Eig

cc:    Claudia Pabo

936

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
Special Education Programs



# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the District of Columbia Public Schools, **District of Columbia Public Charter School (DCPS or LEA)** and/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more that two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Student Name: C▓▓ O▓▓▓▓                          Birth Date: ▓▓▓▓▓ 1993

Address:  3512 Rodman Street, NW, Washington, D.C. 20008

Home School: John Eaton Elementary School

Present School of Attendance: Kingsbury Day School

　　　　Is this a charter school? No　　　　　If yes, you must also provide a copy of this notice to the
　　　　　　　　　　　　　　　　　　　charter school principal or director)

Parent/Guardian of the Student:  Claudia Pabo

Address (if different from the student's above):　　　　same as above

Phone/Contact Number:　　see below　　　Fax Number (if applicable):　　see below

937

**B.**  **Individual Making the Complaint/Request for Due Process Hearing:**

Name: Michael J. Eig, Esq.

Complete Address: _____        same as above

_____

Phone: (h) ___see below___ (w) ___see below___ (Fax) ___see below___ (e-mail) _____

Relationship to the Student:

☒  Parent          ☐  Legal Guardian            ☐  Parent Surrogate

☐  Self/Student    ☐  Local Education Agency (LEA)   ☐  Parent Advocate

**C.**  **Legal Representative/Attorney (if applicable):**

Name: Michael J. Eig, Esq.

Address: _____ Michael J. Eig and Associates, P.C.

_____ 5454 Wisconsin Avenue, Suite 760, Chevy Chase, Maryland 20815

Phone: (w) 301-657-1740 ___ (Fax) 301-657-3843 ___ (e-mail) _____

Will attorney / legal representative attend the resolution session? ☒ Yes      ☐ No

**D.**  **Complaint Made Against (check all that apply):**

☒  DCPS school (name of the school if different from page one) _____
☐  Charter school (name of the charter school if different from page one) _____
☐  Non-public school or residential treatment facility (name) _____
☐  Parent

**E.**  **Resolution Session Between Parent and LEA:**

I understand that it is my right to have a resolution session to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: All parties must agree to waive the resolution session to avoid having this meeting.)

☐   I wish to waive the Resolution Session.

**E.**  **Mediation Process:**

IDEA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session.  Mediation is also available prior to a due process hearing, but mediation may not be used to deny or delay a parent's right to a hearing on parent's due process complaint. Please check all that apply:

☐   I am requesting mediation as an alternative to the resolution session meeting.
☐   I am requesting mediation services only.
☐   I do not wish to use a mediator at this time.

## G.   Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions.  Provide complete details about all the facts supporting your claims.  (You may attach additional pages if needed):

1.      What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

O___ O___ is a thirteen-year-old student who is eligible to receive special education services under the IDEA as a student with Multiple Disabilities. O___ has a specific learning disability, language disorder, problems with reading social cues and peer relationships, behaviors associated with Attention Deficit Hyperactivity Disorder ("ADHD") including some oppositionality, impulsivity, variable attention, hyperactivity, and poor executive functioning. O___ is also identified as having Fetal Alcohol Syndrome. The District of Columbia Public Schools ("DCPS") has identified him as a student with an educational disability eligible to receive special education and related services under the IDEA.

During the 2005-06 school year O___ attended Our Lady of Victory School ("OLV").  Prior to attending OLV, O___ attended John Eaton and Hearst Elementary School.  O___ experienced great difficulty during the 2005-06 school year. Ms. Pabo spent several hours a night with O___ trying to complete his school assignments.  As a result, out of concern for her son, and at the recommendation of OLV, in the Spring of 2006, Ms. Pabo, contacted DCPS and requested that the school system determine O___ special education eligibility.  A multi-disciplinary team ("MDT") met in April of 2006 and determined that evaluations and observation were necessary. The team reconvened prior to the start of the 2006-07 school year to review all evaluations and observations and to determine O___ eligibility.  The DCPS MDT found O___ eligible for special education services and proposed IEP goals and objectives.  The team recommended that O___ receive full-time special education at the Prospect Learning Center for the 2006-07 school year. After reviewing the proposed IEP, Ms. Pabo shared many concerns about the goals and objectives with the DCPS IEP team.  The team refused to modify any of the goals and/or objectives.

Ms. Pabo, along with her educational consultant, Dr. Laura Solomon, observed the Prospect Learning Center and found that it is not appropriate to meet O___ needs. Ms. Pabo has many concerns about Prospect. For example, Prospect does not offer a flexible curriculum which is essential for O___ to succeed.  In addition, O___ would be at Prospect for only one year, before having to change schools due to his age.

In sum, the school system's failure to propose an appropriate program and placement for O___ is a denial of the free appropriate public education to which he is entitled under IDEA.  Ms. Pabo  has located an appropriate placement for O___ at the Kingsbury Day School.  As a remedy for the school system's failure she requests that O___ be placed and funded at Kingsbury for the 2006-07 school year.

2.      To the extent known to you at this time, how can this problem be resolved?

As a remedy for the school system's failure she requests that O___ be placed and funded at Kingsbury for the 2006-07 school year.

3.    Issues presented:

**H.**  **Estimated amount of time needed for the hearing:**    **1 Day**

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more that two hours will be needed.

**I.**  **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- •   Interpreter (please specify the type) N/A _____
- •   Special Communication (please describe the type) N/A _____
- •   Special Accommodations for Disability (please be specific) N/A _____
- •   Other N/A _____

**J.**  **Waiver of Procedural Safeguards:**

☐    I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

**K.**  **Parent Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_____         _____
Signature of Parent or Guardian                    Date

**L.**  **Signature of Attorney/Legal Representative:**

_____         9.14.06
Legal Representative/ Advocate                     Date

**M.**  **Signature of LEA Representative (if hearing requested by LEA):**

_____         _____
Representative of LEA                               Date

SEID DPCN Rev'd 9/30/05                  4

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

# MICHAEL J. EIG AND ASSOCIATES, P.C.

### ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740

---

FACSIMILE (301) 657-3843

# FAX

| | |
|---|---|
| **To:** | Sharon Newsome |
| | **District of Columbia Public Schools** |
| **Fax Number:** | (202) 442-5556 |
| **From:** | Michael Eig |
| **Date:** | September 14, 2006 |
| **Time:** | 11:46 am |
| | |
| **Total Pages:** | 7 |
| (including cover) | |
| | |
| **Re:** |  |

This facsimile contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us at (301) 657-1740 and ask to speak with the sender. Also, we would appreciate your forwarding the document back to us and destroying it. Thank you.