UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **O.O., by his parent and next friend, CLAUDIA PABO,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 07-1863 (JDB) |

## ORDER

Upon consideration of [11] plaintiffs' motion for summary judgment, [12] defendants' cross-motion for summary judgment, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [11] plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that [12] defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendants.

/s/
JOHN D. BATES
United States District Judge

Date:   August 27, 2008